IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LISA BENSON COOPER, | ) |
| Plaintiff, | ) |
| v. | ) No. 17-0041-CV-W-BP |
| KSHB-TV 41, *et al.*, | ) |
| Defendants | ) |

## ORDER DENYING JOINT MOTION FOR PROTECTIVE ORDER

On June 21, 2017, the parties filed a Joint Motion for Protective Order. The motion, (Doc. 26), sets forth some categories of documents that are to be protected, and ends the list by including "other types of confidential information identified in the Stipulated Protective Order." (Doc. 26, ¶ 1.) The Stipulated Protective Order provided by the parties would cover "any disclosure or discovery material that is designated" by the attorneys, so long as those materials fall within nine broad categories.

As written, the Protective Order applies to a wider range of information than is justified and does not limit or describe the information that might be subject to the Protective Order. The Court is willing to enter a Protective Order, but only if it specifies the types of information that are subject to the Protective Order.

The Court's staff contacted the attorneys on June 26 and again on July 17 to determine if the parties wished to narrow the scope of the Protective Order. To date, the parties have not responded. For these reasons, the Joint Motion for Protective Order is denied.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
Date: August 7, 2017    UNITED STATES DISTRICT COURT