IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| Lisa B. Cooper, | ) | Case No. 17-00041-CV-W-BP |
|---|---|---|
| Plaintiff, | ) | Date: 4/20/2018 |
| vs. | ) | |
| KSHB-TV 41, et. al., | ) | |
| Defendants. | ) | |

MINUTES OF TRIAL OR HEARING

HONORABLE   BETH PHILLIPS   presiding at Kansas City, Missouri.
================================================================

Nature of Proceeding:  Pretrial Conference
Time Commenced: __10:00 a.m.___          Time Terminated:___12:00 p.m._____

Plaintiff by:                                             Defendant by:
Dennis Egan and Martin Meyers              Mark Johnson, Michael McIntyre
                                                              Rachel Smith and Kate Hart

| Remarks: | Witness Testifying |
|---|---|
| All parties present and ready for pretrial hearing 10:00 a.m.; | |
| Motions in Limine discussed 10:02 a.m.;  Other pretrial | |
| matters and procedures discussed. | |
| | |
| | |
| | |
| | |
| | |

**Pltf. Rested**_____          **Deft.Rested**_____

Court Reporter: Katie Wirt                               By: /s/ Kelly McIlvain
                                                                     Kelly McIlvain, Courtroom Deputy