IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LISA BENSON COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 17-00041-CV-W-BP |
| ) | |
| KSHB-TV 41, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF PLAINTIFF'S SUPPLEMNTAL EXPERT WITNESS REPORT

Plaintiff notifies the Court that plaintiff served her Supplemental Expert Witness Report for Monica R. Biernat, Ph.D., this 9th day of October, 2018 via e-mail to:

DENTONS US LLP
Mark P. Johnson, MBN 30740
Kate E. Hart, MBN 61601
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
Ph. :   (816) 460-2400
Fax :   (816) 531-7545
Email: mark.johnson@dentons.com
          kate.hart@dentons.com

**ATTORNEYS FOR DEFENDANTS
KSHB-TV AND SCRIPPS MEDIA, INC.**

BAKER & HOSTETLER LLP
M. Scott McIntyre (*pro hac vice*)
312 Walnut Street, Suite 3200
Cincinnati, OH 45202-4074
Ph.:   (513) 929-3400
Fax:   (513) 929-0303
Email : smcintyre@bakerlaw.com

Rachel M. Smith (*pro hac vice*)
811 Main Street, Suite 1100
Houston, TX 77002
Ph.:   (713) 646-1386
Fax:   (713) 751-1717
Email: rsmith@bakerlaw.com

Respectfully submitted,

THE POPHAM LAW FIRM

By:/s/ Dennis E. Egan
DENNIS E. EGAN - MO #27449
712 Broadway, Suite 100
Kansas City, MO 64105
Telephone:   (816) 221-2288
Telecopier:   (816) 221-3999
degan@pophamlaw.com

**THE MEYERS LAW FIRM, LC**

Martin M. Meyers – MO #29524
503 One Main Plaza
4435 Main St.
Kansas City, MO 64111
Telephone:     (816) 444-8500
Telecopier:     (816) 444-8508
mmeyers@meyerslaw.com

**ATTORNEYS FOR PLAINTIFF**