IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LISA BENSON COOPER,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>KSHB-TV and SCRIPPS MEDIA, INC.,<br><br>　　　　　　　Defendants. | Case No. 17-cv-00041-BP |

## SECOND AMENDED NOTICE OF CONTINUATION OF DEPOSITION OF LISA BENSON COOPER

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Scripps Media, Inc., by and through its undersigned counsel, will take the continued deposition upon oral examination of Plaintiff Lisa Benson Cooper. The deposition will begin at 8:30 a.m. on December 11, 2018, at the offices of Dentons US LLP, 4520 Main Street, Suite 1100, Kansas City, MO 64111, and will continue thereafter from day-to-day except weekends and holidays, as counsel shall stipulate, until complete. The deposition will be taken before a court reporter and will be video-taped by electronic means.

Dated: December 3, 2018　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　DENTONS US LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ *Mark P. Johnson*

　　　　　　　　　　　　　　　　　　　　Mark P. Johnson　　　　　MBN 30740
　　　　　　　　　　　　　　　　　　　　Kate E. Hart　　　　　　　MBN 61601
　　　　　　　　　　　　　　　　　　　　DENTONS US LLP
　　　　　　　　　　　　　　　　　　　　4520 Main Street, Suite 1100
　　　　　　　　　　　　　　　　　　　　Kansas City, Missouri 64111-7700
　　　　　　　　　　　　　　　　　　　　816-460-2400
　　　　　　　　　　　　　　　　　　　　FAX 816-531-7545
　　　　　　　　　　　　　　　　　　　　mark.johnson@dentons.com

1

kate.hart@dentons.com

M. Scott McIntyre (*pro hac vice*)
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, OH 45202-4074
Telephone: 513-929-3400
Facsimile: 513-929-0303
Email: smcintyre@bakerlaw.com

Rachel M. Smith (*pro hac vice*)
Baker & Hostetler LLP
811 Main Street, Suite 1100
Houston, TX 77002-6111
Telephone: (713) 646-1386
Facsimile: (713) 751-1717
Email: rsmith@bakerlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify the foregoing document was filed utilizing the Court's CM/ECF system this 3rd day of December, 2018, which sends notification to the counsel of record, as follows:

Dennis E. Egan
Bert S. Braud
The Popham Law Firm
degan@pophamlaw.com
bbraud@pophamlaw.com

Martin M. Meyers
The Meyers Law Firm, LC
503 One Main Plaza
4435 Main Street
Kansas City, MO 64111
mmeyers@meyerslaw.com

*Attorneys For Plaintiffs*

/s/ Mark P. Johnson

*An Attorney for Defendants*

109755323