IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| Lisa B. Cooper, | ) | Case No. 17-00041-CV-W-BP |
| | ) | |
| Plaintiff, | ) | Date: 2/8/2019 |
| | ) | |
| vs. | ) | 10th day of trial |
| | ) | |
| Scripps Media, Inc., | ) | |
| Defendant. | ) | |

MINUTES OF TRIAL OR HEARING

HONORABLE    BETH PHILLIPS    presiding at Kansas City, Missouri.
================================================================================
Nature of Proceeding: 10th DAY OF JURY TRIAL
Time Commenced: __8:14 a.m.____          Time Terminated: _____
Plaintiff by:                                                     Defendant by:
Dennis Egan and Martin Meyers                 Michael McIntrye, Mark Johnson,
                                                                         Rachel Smith, and Kate Hart

| Remarks: | Witness Testifying |
|---|---|
| All parties present and ready for trial; instruction | Steve Watt 9:25-9:47 before jury 10:04 a.m.-10:30 a.m. |
| conference held with parties 8:14-defendant orally moves | Lisa Benson Cooper recalled 10:31 -10:46 a.m. |
| for a mistrial -court denies same 8:43; Break 8:50-9:10 | |
| conference with counsel 9:10-9:19; Break 9:19-9:23; | |
| defendant continues case in chief and calls Steve Watt | |
| for proffer without presence of jury 9:25 a.m.; court | |
| Proceeds before jury 10:03 and defendant calls Steve | |
| Watt 10:04 a.m.; **Defendant rests 10:31 a.m.;** | |
| Plaintiff calls Lisa Benson Cooper for rebuttal 10:31 a.m. | |
| Break for jury 10:47; conference with counsel 10:47- | |
| 10:51; Break 10:51-11:14; conference with counsel | |

| | |
|---|---|
| 11:14-11:25; Break 11:25; court proceeds before jury | |
| and jury instructions read 11:31 a.m.; plaintiff's closing | |
| argument 11:56 a.m.; break 12:47-1:04 p.m.; conference | |
| with counsel 1:04-court proceeds before jury 1:08; | |
| defendant's closing 1:08 p.m.; plaintiff rebuttal closing | |
| 2:08 p.m.; jury goes to deliberate 2:21 p.m.; jury note | |
| 2:50; jury note 4:17; jury note 4:39 p.m.; jury note 6:39 | |
| jury note 6:41 p.m; jury note 7:38 p.m. Jury reaches | |
| Verdict 9:37 p.m.; Verdict A for Defendant; Verdict B | |
| For defendant; Verdict C for plaintiff; Verdict D for | |
| Plaintiff; Jury released 9:41 p.m. Court adjourned 9:41 p.m. | |
| | |
| | |
| | |
| | |
| | |
| | |

**Pltf. Rested___2/5/19 at 12:05 p.m.___**     **Deft.Rested__2/8/2019 at 10:31 a.m.___**

Court Reporter: Katie Wirt                                        By: /s/ Kelly McIlvain
                                                                                 Kelly McIlvain, Courtroom Deputy