# VERDICT FORM A

On plaintiff Lisa Benson Cooper's claim against Scripps Media, Inc. that she was denied a promotion to weekend morning anchor in 2013 based on her race, as submitted in Instruction No. 17, we find in favor of

_____     or     _____DEFENDANT_____
(Plaintiff Lisa Benson Cooper)           (Defendant Scripps Media, Inc.)

**NOTE:** Complete the remainder of this Verdict Form only if your finding is in favor of the plaintiff Lisa Benson Cooper. If your verdict is in favor of Defendant Scripps Media, Inc., please sign and date this Verdict Form A because you have completed your deliberation on this claim.

We find that Plaintiff's employment would have ended because of her own misconduct that Defendant discovered after the decision not to promote her to the weekend morning anchor.

_____ YES            _____ NO

We find plaintiff Lisa Benson Cooper's damages, as defined in Instruction No. 21, to be:

$_____ (state the amount or, if none, write the word "none").

**NOTE:** You may not award punitive damages unless you have first found against the defendant and awarded the plaintiff damages in the preceding paragraph.

We assess punitive damages against defendant Scripps Media, Inc., as defined in Instruction No. 24, as follows:

$_____ (state the amount or, if none, write the word "none").

Dated: 2/8/2019

_____[signature]_____
Foreperson

## VERDICT FORM B

On plaintiff Lisa Benson Cooper's claim against Scripps Media, Inc. that she was denied a promotion to consumer investigative reporter in 2015 based on her race, as submitted in Instruction No. 17, we find in favor of

_____          **DEFENDANT**
(Plaintiff Lisa Benson Cooper)    or    (Defendant Scripps Media, Inc.)

**NOTE:** Complete the remainder of this Verdict Form only if your finding is in favor of the plaintiff Lisa Benson Cooper. If your verdict is in favor of Defendant Scripps Media, Inc., please sign and date this Verdict Form B because you have completed your deliberation on this claim.

We find that Plaintiff's employment would have ended because of her own misconduct that Defendant discovered after the decision not to promote her to consumer investigative reporter.

_____ YES          _____ NO

We find plaintiff Lisa Benson Cooper's damages, as defined in Instruction No. 21, to be:

$_____ (state the amount or, if none, write the word "none").

**NOTE:** You may not award punitive damages unless you have first found against the defendant and awarded the plaintiff damages in the preceding paragraph.

We assess punitive damages against defendant Scripps Media, Inc., as defined in Instruction No. 24, as follows:

$_____ (state the amount or, if none, write the word "none").

Dated: 2/8/2019          _____
                                  Foreperson

# VERDICT FORM C

On plaintiff Lisa Benson Cooper's claim against Scripps Media, Inc. for retaliation based on her 2015 suspension, as submitted in Instruction No. 18, we find in favor of

__PLAINTIFF_____
(Plaintiff Lisa Benson Cooper)      or      (Defendant Scripps Media, Inc.)

**NOTE:** Complete the remainder of this form only if your finding above is in favor of the plaintiff, Lisa Benson Cooper. If your verdict is in favor of Defendant Scripps Media, Inc., please sign and date this Verdict Form C because you have completed your deliberation on this claim.

We find plaintiff Lisa Benson Cooper's damages, as defined in Instruction No. 22, to be:

$ 1,000.00 (state the amount or, if none, write the word "none").

**NOTE:** You may not award punitive damages unless you have first found against the defendant and awarded the plaintiff damages.

We assess punitive damages against defendant Scripps Media, Inc., as defined in Instruction No. 24, as follows:

$ 50,000.00 (state the amount or, if none, write the word "none").

Dated: 2/8/2019

_____
Foreperson

# VERDICT FORM D

On plaintiff Lisa Benson Cooper's claim against Scripps Media, Inc. for retaliation based on the nonrenewal of her contract, as submitted in Instruction No. 19, we find in favor of

__PLAINTIFF__
(Plaintiff Lisa Benson Cooper)    or    (Defendant Scripps Media, Inc.)

**NOTE:** Complete the remainder of this form only if your finding above is in favor of the plaintiff, Lisa Benson Cooper. If your verdict is in favor of Defendant Scripps Media, Inc., please sign and date this Verdict Form D because you have completed your deliberation on this claim.

We find that Plaintiff's employment would have ended because of her own misconduct that Defendant discovered after the decision not to renew her 2017 contract.

_____ YES     __✓__ NO

We find plaintiff Lisa Benson Cooper's damages, as defined in Instruction No. 23, to be:

$ __25,000.00__ (state the amount or, if none, write the word "none").

**NOTE:** You may not award punitive damages unless you have first found against the defendant and awarded the plaintiff damages.

We assess punitive damages against defendant Scripps Media, Inc., as defined in Instruction No. 24, as follows:

$ __125,000.00__ (state the amount or, if none, write the word "none").

Dated: __2/8/2019__

_____
Foreperson