# EXHIBIT 9

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| LISA BENSON COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-00041-CV-W-BP |
| | ) | |
| E. W. SCRIPPS MEDIA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF MARK P. JOHNSON
## IN SUPPORT OF MOTION FOR ATTORNEYS FEES

1.  I, Mark Perrin Johnson, am an attorney admitted to practice in the State of Kansas, State of Missouri, the United States Supreme Court, the United States Courts of Appeals for the Eighth Circuit and Tenth Circuits, and the United States District Courts for the Western District of Missouri and the District of Kansas. I graduated from the Harvard University Law School in 1980. I have practiced law in the Kansas City Metropolitan Area since 1980.

2.  After graduating from law school, I was an associate at Spencer, Fane, Britt & Browne until January 1, 1987, when I became a partner in that firm. I was a partner with Spencer, Fane, Britt & Browne until October, 1994, when I was one of the founding partners of the Kansas City office of Sonnenschein, Nath & Rosenthal. Through two name changes, my firm is known today as Dentons US LLP. Thus, I have been a partner in that firm for nearly twenty-five years. I was on the Sonnenschein management committee from 2007 to 2011.

3.  In my practice I have developed expertise in a number of areas, including labor and employment, employment litigation, telecommunications regulation, First Amendment, election

law and campaign finance. I have taught at the University of Kansas since 2008, in the KU Journalism School and Law School. I have taught a course on election law and campaign finance in the Law School since 2010, and since the spring semester of 2017 I have taught a course on The First Amendment in the Law School. In the undergraduate school, I have taught courses on The First Amendment, privacy, and ethics. I have also annually taught a seminar to freshmen in the KU Honors Program since 2010, on topics such as The Dust Bowl, the origins of free speech, and privacy v. security.

4. I have been listed as a Best Lawyer in Missouri in every edition of <u>Best Lawyers in America</u> since 1995. In the forthcoming edition of the book, to cover the period 2019-20, I will be included in three areas: Energy Law, First Amendment, and Public Utility Law.

5. Since my admission to the bar, I have had substantial experience in civil litigation with a concentration in labor, employment, civil rights, and voting rights cases. I have appeared before many judges in the Western District of Missouri, including Judges Stevens, Gaitan, Wright, Bartlett, Gibson, Hunter, Oliver, Sachs, and Laughrey. In the District of Kansas I have appeared before Judges Rogers (before whom I tried my first case in 1981), Theis, Lungstrum, Vratil, Robinson, Van Bebber, O'Connor, Murguia, and Crabtree. I estimate that I have tried 30 cases to verdict or decision, and have handled several dozen other cases in state and federal courts in Kansas and Missouri to summary disposition or settlement.

6. As a result of my professional experience, I am personally familiar with the billing practices of litigation firms and attorneys in the Kansas City Metropolitan Area. Attorneys in the Kansas City Metropolitan Area who have experience similar to mine (39 years of practice in numerous specialty areas, including civil litigation) routinely bill for their work at rates ranging from $400.00 per hour to $750.00 per hour. Thus, the rates of $406.00 per hour for work performed

110430246\V-2

in 2017 and $440.00 per hour for work performed in 2018 and 2019 that I seek in this case are well within the market range for attorneys of my experience and in fact are materially less than I usually charge for my time. In the absence of the work performed on this case, I would have performed work for other clients at higher rates than the rates sought herein. The same may be said for Kate Hart, an experienced associate attorney in my firm, who provided material work in the case and whose time entries are contained in Exhibit A, as are my time entries. The rates for Ms. Hart's work ($250.00 per hour for work performed in 2017 and $325.00 for work performed in 2018 and 2019) are well within the range for attorneys of her level of experience in the Kansas City market.

7. Since the beginning of my representation of the Defendant in this litigation, I have consistently maintained contemporaneous paper and computerized time and billing records reflecting the hours I have worked on this case. Throughout the course of this litigation, I have reviewed my time records and have exercised professional billing judgment, eliminating duplicative, unnecessary, and unproductive hours from my paper time slips and the computerized billing documents that my firm maintains on this case. Exhibit A contains the invoices entries.

8. Each of the time entries bearing my name truly and accurately reflects the services I performed representing the Defendant in this matter. The time for which fees are sought in this petition have been reduced from my total time expended in this case. Although more than 2,500 total hours were expended, I am only seeking fees for 203.5 hours resulting in an estimated $86,929.02 defending against frivolous claims that Scripps contends are frivolous, groundless, or without foundation in its fee petition. Upon review of my billing entries, I have determined that these fees were incurred defending against such frivolous claims and would not have been incurred

110430246\V-2

if those frivolous, groundless, or without foundation claims were not present in this action. The fees sought are conservative figures.

9.   Each of the time entries bearing Ms. Hart's name truly and accurately reflects the services she performed representing the Defendant in this matter. The time for which fees are sought in this petition have been reduced from her total time expended in this case. Although more than 1,000 total hours were expended, she is only seeking fees for 74.4 hours resulting in an estimated $22,410.00 defending against frivolous claims that Scripps contends are frivolous, groundless, or without foundation in its fee petition.  Upon review of her billing entries, I have determined that these fees were incurred defending against such frivolous claims and would not have been incurred if those frivolous, groundless, or without foundation claims were not present in this action. The fees sought are conservative figures.

10. The first category of claims that Scripps contends are frivolous are those for defending against the state-law Missouri Human Rights Act claims that Plaintiff did not submit to the jury. For those claims, I incurred $43,464.51 in fees through January 2019. For those same claims, Ms. Hart has incurred $11,205.00 in fees through January 2019.

11. The second category of claims that Scripps contends are frivolous are those for defending against the Leadership Champion claim.  For those claims, I incurred $43,464.51 in fees through January 2019. For those same claims, Ms. Hart incurred $11,205.00 in fees through January 2019.

110430246\V-2

12. I declare under penalty of perjury that all of the foregoing statements are true and correct.

Executed on March 7, 2019.

_____

Mark P. Johnson

I10430246\V-2

**EXHIBIT A**



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

June 28, 2017

**Invoice No. 1905129**

Client/Matter: 15261691-000001

Cooper Discrimination
#09090004015

Payment Due Upon Receipt

---

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

---

For Professional Services Rendered through May 31, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 1/3/17 | M. Johnson | 1.10 | Review and analyze petition filed by Lisa Cooper in Jackson County Circuit Court (.7); review exhibits filed with petition, including extensive affidavit in support of charge of discrimination (.4). |
| 1/4/17 | M. Johnson | 0.70 | Research judge to whom case has been assigned (.3); research whether removal is advisable (.2); determine deadlines for answer or removal (.2). |
| 1/11/17 | M. Johnson | 1.20 | Detailed review and analysis of petition filed in Jackson County Circuit Court, including review of attached discrimination charges (1.2). |

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
M. Johnson
at 1 816 460 2400

110439241\V-1



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

June 28, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/17/17 | M. Johnson | 1.10 | Prepare for meeting with Mr. Giles, Ms. Wright, and Mr. Bracco (.6); review recent cases on removal to federal court in Western District of Missouri (.5). |
| 1/18/17 | M. Johnson | 1.90 | To station for meeting to discuss Cooper case and items for action (1.4); work on removal pleadings, including discussion with Ms. Duvall concerning preparation of those pleadings (.5). |
| 1/19/17 | M. Johnson | 1.20 | Draft declaration for Ms. Eggers on jurisdictional amount for removal to federal court (.5); review and revise removal pleadings, including notices to be filed in Missouri state and federal courts (.7). |
| 1/20/17 | M. Johnson | 1.40 | Email to Ms. Eggers with declaration for her execution (.3); further revisions to removal papers (.6); discuss with Ms. Duvall the issue of what to do if amount of compensation difference does not meet jurisdictional amount (.3); telephone call to Ms. Eggers to follow up on declaration (.2). |
| 1/22/17 | M. Johnson | 0.80 | Email to Mr. Giles and Ms. Wright to relay drafts of removal pleadings for their review and comment (.3); email from Mr. Giles with his comments (.2); edit pleadings (.3). |
| 1/23/17 | M. Johnson | 1.40 | Final review of all removal pleadings; (1.1); confer with Ms. Duvall on Eggers declaration and handling of allegations of claim in excess of jurisdictional amount (.3). |
| 1/23/17 | M. Johnson | 1.30 | Outline answer to complaint (.6); review petition to verify that outline of answer deals with all pertinent allegations (.4); confer with Ms. Duvall concerning preparation of answer (.3). |
| 1/25/17 | M. Johnson | 1.90 | Continue to draft answer to Petition (1.2); review removal filings to ensure that all necessary issues have been addressed (.7). |
| 1/26/17 | M. Johnson | 2.00 | Draft sections of answer (.6); consult file for information to be used in answer (.4); review company's response to discrimination charge (.6); further review of petition to ensure that all relevant allegations are responded to in draft answer (.4). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

June 28, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/27/17 | M. Johnson | 2.40 | Make revisions to answer (.7); research affirmative defenses and review same in answer (.4); review company's response to discrimination charge to that answer in consistent with response (.7); review court rules to confirm timeliness of answer and work on pretrial order (.4); review template for pretrial order (.2). |
| 1/30/17 | M. Johnson | 1.80 | Review and revise answer (.7); work on opening interrogatories and document production requests (.5); arrange for filing of answer (.1); review court order on opening meeting for pretrial order purposes (.5). |
| 1/31/17 | M. Johnson | 1.20 | Confer with Ms. Hall concerning discovery pleadings preparation (.4); review and approve letter to Missouri Human Rights Commission requesting copy of file generated in investigation (.2); review response sent to charge, including attached documents (.6). |
| 2/2/17 | M. Johnson | 1.40 | Review of plaintiff's personnel documents; (.8); begin preparation of pretrial order (.6). |
| 2/3/17 | M. Johnson | 2.10 | Review file for materials to be used in pretrial order (.7); enter latest changes in schedule into tickler system (.4); call from plaintiff's counsel (.4); arrange for meeting with Ms. Eggers (.3); email from Mr. Bracco with attached items concerning other employees (.3). |
| 2/6/17 | M. Johnson | 1.40 | Review file provided by Ms. Eggers, including plaintiff's contracts, performance evaluations, application materials, and other miscellaneous personnel documents. |
| 2/7/17 | M. Johnson | 1.30 | Research court rules to determine when pretrial discovery meeting is supposed to take place and topics for discussion (.6); work on items for discussion and inclusion in pretrial order (.7). |
| 2/8/17 | M. Johnson | 1.90 | Review of materials relating to employee performance (.70); prepare timeline of events (.60); review updated list of items to cover in discovery conference with plaintiff's counsel (.60). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730

000937/085
110439241\V-1



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

June 28, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 2/9/17 | M. Johnson | 2.00 | Meeting with Jessica Eggers to obtain information concerning claims and employment of plaintiff (1.5); review materials brought by Ms. Eggers (5). |
| 2/10/17 | M. Johnson | 2.30 | Review court rules, judge's orders, and court guidelines on electronic discovery, all as part of discovery order process (.8); email to plaintiff's attorney to solicit scheduling of discovery and pretrial order meeting (.3); review court order on mediation procedure and process of designation of mediator (.5); further review and analysis of plaintiff's employment documents (.7). |
| 2/13/17 | M. Johnson | 2.10 | Prepare strategic plan (.8); work on schedule for pretrial order (.7); analysis of issues to be discussed at pretrial conference (.6). |
| 2/14/17 | M. Johnson | 2.10 | Work on draft of pretrial conference order (.6); Review local court rules on early mediation process (.4); Review list of proposed mediators and rank order preferences (.4); Work on discovery requests (.7). |
| 2/15/17 | M. Johnson | 2.40 | Outline issues for discussion at pretrial order conference, including proposed schedule, items of discovery, electronic discovery, and mediation (1.2); review plaintiff's filings (.4); analysis of plaintiff's latest contract to help determine relevance of contract terms to case (.8). |
| 2/16/17 | M. Johnson | 2.30 | Prepare for telephone conference with opposing counsel (.4); review local rules on discovery (.5); review local rules on selection of mediator (.4); research list of proposed mediators (.3); additional work on discovery requests (.7). |
| 2/17/17 | M. Johnson | 2.30 | Send proposal schedule to plaintiff's counsel (.6) provide comments for pretrial order (.5); update pleadings file (.4); review court rules for content of pretrial conference call (.5); prepare list of items to be discussed in conference call (.3). |
| 2/21/17 | M. Johnson | 2.10 | Work on pretrial order (.7); revise proposed discovery requests (.8); Review plaintiff's records (.6). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri  64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

June 28, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 2/22/17 | M. Johnson | 2.40 | Outline follow-up discovery in case (.6); telephone call with plaintiff's lawyer on scheduling matters and proposed mediation (.5); work on revisions to discovery requests (.6); review plaintiff's employment records (.7). |
| 2/24/17 | M. Johnson | 2.30 | Review latest changes to court's local rules on discovery and mediation (.8); rank mediators for use in court-mandated mediation and for suggesting mediator to court (.7); review plaintiff's employment files and analyze her contracts for relevant provisions (.8). |
| 2/27/17 | M. Johnson | 1.30 | Work on discovery, pretrial order, and pretrial mediation pleadings. |
| 2/28/17 | M. Johnson | 1.80 | Exchange emails concerning discovery requests (.3);  revisions to pretrial order and scheduling order (.6); review plaintiff's suggestions concerning mediator selection (.5); review latest changes in plaintiff's draft of pretrial order (.4). |
| 3/1/17 | M. Johnson | 1.10 | Revisions to discovery requests (.7); prepare suggested revisions to parties' proposed pretrial order (.4). |
| 3/6/17 | M. Johnson | 2.00 | Work on draft of initial disclosures (.9); review documents to determine whether to include in disclosures (.6); review notes of interviews to identify possible witnesses (.5). |
| 3/7/17 | M. Johnson | 1.60 | Drafting initial disclosures. |
| 3/8/17 | M. Johnson | 1.30 | Analysis of plaintiff's initial disclosures. |
| 3/9/17 | M. Johnson | 1.40 | Work on revisions to initial disclosures (.6); review documents produced by client (.8). |
| 3/10/17 | M. Johnson | 2.00 | Review plaintiff's initial disclosures (.7); revise defendant's disclosures (.6); begin preparation of witness files (.7). |
| 3/13/17 | M. Johnson | 2.30 | Review plaintiff's initial disclosures ).4); prepare changes to defendants' disclosures (.7);  review and prepare for mediator selection (.4); obtain information for initial disclosures from station (.8). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

June 28, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/14/17 | M. Johnson | 2.20 | Review changes in plaintiff's initial disclosures (.3); prepare changes to our draft disclosures (.6); review and prepare for mediator selection process in conjunction with plaintiff's counsel (.6); obtain information from files and documents for initial disclosures from station (.7). |
| 3/15/17 | M. Johnson | 2.40 | Review and analyze plaintiff's employment contracts, to determine their application to plaintiff's claims and defenses that have been raised. |
| 3/16/17 | M. Johnson | 1.20 | Research concerning the application of contractual terms in plaintiff's agreements to claims and defenses in case. |
| 3/17/17 | M. Johnson | 2.40 | Review latest changes to plaintiff's initial disclosures (.6); obtain information from Mr. Giles for inclusion in our disclosures (.4); make revisions to our disclosures (.6); arrange for filing and service of disclosures (.2); outline discovery to be conducted (.6). |
| 3/20/17 | M. Johnson | 2.00 | Analysis of plaintiff's initial disclosures (.8); review notes and documents for information on witnesses identified by plaintiff (1.2). |
| 3/22/17 | M. Johnson | 2.00 | Draft answers to discovery requests (.8); identify and locate possible documents to produce (1.2). |
| 3/23/17 | M. Johnson | 2.80 | Preparation for meeting with Ms. Hofmann (.7); review all notes and documents for information relevant to Ms. Hofmann's role with plaintiff (1.4);review correspondence disclosed by plaintiff (.7). |
| 3/24/17 | M. Johnson | 2.80 | Notes for meeting with Ms. Hofmann (.6); meet with Ms. Hofmann (2.2). |
| 3/26/17 | M. Johnson | 1.50 | Review email from Mr. Bracco with content from KC Police Chief Facebook page (.5); Contact with Ms. Hofmann to arrange meeting (.4); Finalize notes for discussion with Ms. Hofmann (.6). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

June 28, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/27/17 | M. Johnson | 2.70 | Meeting to discuss discovery issues and Ms. Hofmann's information about plaintiff's employment (1.5); work on discovery responses and new discovery requests for plaintiff (1.2). |
| 3/28/17 | M. Johnson | 1.90 | Work on additions to discovery responses (.7); research need to respond to several apparently irrelevant requests (1.2). |
| 3/29/17 | M. Johnson | 1.90 | Review documents for discovery purposes (.6); review and revise draft of discovery responses (.5); assemble information for interrogatory answers (.8). |
| 3/30/17 | M. Johnson | 2.10 | Review of documents obtained from company to determine whether they fall within discovery requests received from plaintiff (1.3); work on witness files for persons identified as possible witnesses by plaintiff (.8). |
| 4/6/17 | M. Johnson | 3.40 | Review and analyze discovery responses sent by Plaintiff (1.1); review documents sent by plaintiff as part of discovery production (2.3). |
| 4/7/17 | M. Johnson | 3.10 | Continue review of documents produced by plaintiff (1.6); work on responses to plaintiff's discovery (.8); call from plaintiff's counsel concerning possible amendment of complaint to add new claim (.3); research schedule to determine whether amendment is timely (.4). |
| 4/10/17 | M. Johnson | 1.80 | Work on answers to plaintiff's discovery requests (1.2); review document produced by Plaintiff (.6). |
| 4/11/17 | M. Johnson | 1.60 | Review plaintiff's request to amend complaint to add claim under Section 1981 for race discrimination and retaliation (1.2); research standard for refusal to allow amended complaint (.4). |
| 4/13/17 | M. Johnson | 2.60 | Work on responses to plaintiff's discovery requests (1.4); review and analyze documents produced by plaintiff (1.2). |
| 4/14/17 | M. Johnson | 2.30 | Review latest production from plaintiff, including videotape on DVD (.8); review additional documents produced (.7); review our files for documents to be produced to Plaintiff (.8). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

June 28, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 4/18/17 | M. Johnson | 1.10 | Work in revisions to discovery responses. |
| 4/19/17 | M. Johnson | 1.50 | Work on analysis of proposal to amend complaint (.4); exchange emails with plaintiff's counsel re amendment (.3); update discovery responses (.8). |
| 4/20/17 | M. Johnson | 1.90 | Exchange emails with plaintiff's concerning amendment to complaint (.6); prepare draft of responses to discovery requests (.6); review and analyze plaintiff's responses to discovery requests (.7). |
| 4/21/17 | M. Johnson | 2.10 | Work on discovery responses (.7); analyze documents produced by plaintiff (.8); review proposed amendment to complaint, adding claim under Section 1981 (.6). |
| 4/26/17 | M. Johnson | 1.60 | Call to Ms. Hofmann concerning meeting (.3); prepare for meeting, including assembling pleadings (.6); review documents received from plaintiff (.7). |
| 4/27/17 | M. Johnson | 1.20 | Meeting with Ms. Hofmann to discuss discovery issues. |
| 4/27/17 | K. Hart | 0.20 | Strategize regarding outstanding discovery. |
| 4/28/17 | M. Johnson | 1.90 | Preparation of discovery responses (1.3); review and revise draft of answer to amended complaint (.6). |
| 5/1/17 | K. Hart | 3.60 | Review documents for production (2.4); revise motion for protective order (1.2). |
| 5/1/17 | M. Johnson | 3.50 | Work on discovery issues. |
| 5/2/17 | M. Johnson | 2.20 | Prepare for interviews of company witnesses (1.6); confer with plaintiff's counsel on discovery and scheduling (.3); review mediation notice (.3). |
| 5/3/17 | K. Hart | 0.40 | Revise Answer to First Amended Complaint. |
| 5/3/17 | M. Johnson | 2.50 | Work on discovery issues. |
| 5/4/17 | M. Johnson | 2.50 | Work on discovery issues. |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

June 28, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/4/17 | K. Hart | 1.00 | Review video production by Plaintiff. |
| 5/8/17 | K. Hart | 0.20 | Identify documents for witness files. |
| 5/8/17 | M. Johnson | 1.50 | Work on discovery matters, including gathering information and drafting answers. |
| 5/9/17 | M. Johnson | 1.40 | Continue work on discovery matters (.7); review latest correspondence with plaintiff's counsel (.3); confer with Ms. Hofmann to obtain additional discovery-related information (.4). |
| 5/11/17 | K. Hart | 0.70 | Draft discovery responses. |
| 5/12/17 | M. Johnson | 1.80 | Assemble and collate additional information for discovery (1.1); confer with plaintiff's counsel on timing for responding to discovery (.4); confer with counsel on mediation timing (.3). |
| 5/12/17 | K. Hart | 2.50 | Review further information provided by client (2.0); revise discovery responses (.5). |
| 5/15/17 | M. Johnson | 2.20 | Work on finalizing discovery responses (1.1); confer with Plaintiff's counsel's paralegal (.2); send discovery responses (.3); obtain additional information for updating disclosures (.6). |
| 5/16/17 | M. Johnson | 3.00 | Review documents, including plaintiff's contracts (1.3); work on discovery responses (1.2); email and attachments from Mr. Giles with updated list of former reporters and anchors (.5). |
| 5/17/17 | M. Johnson | 3.20 | Review documents (2.1); prepare draft of timeline (1.1). |
| 5/18/17 | M. Johnson | 2.50 | Review documents to use in interview of Ms. Greenstein (.8); prepare new discovery response (.8); email to plaintiff's counsel with new discovery responses (.3); research affirmative defenses (.6). |
| 5/19/17 | M. Johnson | 5.10 | Prepare for and meet with Melissa Greenstein to gather information concerning interactions with plaintiff (3.0); review documents produced by plaintiff (1.3); prepare addition to discovery responses (.8). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

June 28, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/22/17 | M. Johnson | 3.10 | Analysis claims and evidence identified to this point in response to those claims. |
| 5/23/17 | M. Johnson | 3.60 | Confer with Ms. Gardner concerning assignments to be performed for discovery productions (1.2); outline issues to be handled during upcoming weeks (.5); review and analyze latest proposed changes to complaint (1.1); review documents produced by Missouri Commission on Human Rights pursuant to request for its investigative file (.8). |
| 5/24/17 | M. Johnson | 3.10 | Preparation for interviews with Mr. Mulligan and Ms. Hoffman (.8); update memo on plaintiff's claims summary (4); correspondence concerning production of documents (.4); review order concerning mediation (.4); review and analysis of plaintiff's amended complaint (1.1). |
| 5/25/17 | M. Johnson | 4.20 | Meetings with Mr. Mulligan and Ms. Hofmann for witness interviews (2.5); prepare for meetings (.8); review documents produced by plaintiff (.9). |
| 5/26/17 | M. Johnson | 3.60 | Review documents (1.2); dictate memo concerning meeting with Mr. Mulligan (.4); organize documents for production (1.2); review contents of dvd with company emails (.8). |
| 5/29/17 | M. Johnson | 2.50 | Work on analysis and collation of plaintiff's documents. |
| 5/30/17 | M. Johnson | 3.80 | Work on analysis and collation of plaintiff's documents (1.5); meeting with Ms. Hart and Ms. Gardner to coordinate activities (1.0); begin review of emails to be produced by company (1.3). |
| 5/30/17 | K. Hart | 1.50 | Strategize regarding discovery, mediation preparation, and witness interviews. |
| 5/31/17 | M. Johnson | 2.20 | Review and revise memos concerning meetings with Mr. Mulligan and Ms. Hofmann (.4); review emails to be produced (1.8). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

July 19, 2017

**Invoice No. 1911383**

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

For Professional Services Rendered through June 30, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 5/31/17 | K. Hart | 2.10 | Review personnel records for relevance and redaction. |
| 6/1/17 | K. Hart | 1.60 | Strategize regarding witness interviews, discovery process, document review and production, and mediation. |
| 6/5/17 | M. Johnson | 3.20 | Work on discovery issues (.8); update strategic plan (.4); review documents and work on timeline (1.2); meeting with Ms. Hart and Ms. Gardner to discuss work allocation (.8). |
| 6/6/17 | M. Johnson | 2.40 | Review documents produced by plaintiff (1.3; schedule witness interviews (.5); interview Ms. Hofmann (.6). |
| 6/6/17 | K. Hart | 0.80 | Strategize regarding discovery review (.3); review of personnel files (.2); correspondence with client regarding witness interviews (.3). |
| 6/7/17 | K. Hart | 0.70 | Strategize regarding document production organization (.4); draft correspondence to client regarding witness interviews and preparation (.3). |
| 6/7/17 | M. Johnson | 2.70 | Work on review of emails (1.2); prepare documents for production to plaintiff (1.0); outline mediation statement to be submitted in advance of mediation session (.5). |
| 6/8/17 | M. Johnson | 2.10 | Work on email discovery review (1.4); draft mediation statement (.7). |
| 6/8/17 | K. Hart | 0.90 | Correspondence with client regarding witness interview scheduling. |
| 6/9/17 | K. Hart | 1.40 | Conference with client contacts regarding witness interviews (.7); review employee background information (.7). |
| 6/9/17 | M. Johnson | 2.50 | Work on email discovery review. |
| 6/12/17 | K. Hart | 2.00 | Prepare for and conduct witness interviews. |
| 6/13/17 | M. Johnson | 2.10 | Review documents for production (1.4); draft mediation statement (.7). |



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

July 19, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/14/17 | M. Johnson | 2.10 | Review notes from witness interviews (.8); confer with Ms. Hart re interviews (.4); review documents produced by plaintiff for determination of timeline for events, particularly in 2015 (.9). |
| 6/14/17 | K. Hart | 8.30 | Prepare for and conduct witness interviews (7.5); develop database search terms for document review database (.5); correspondence with opposing counsel regarding entry of protective order (.3). |
| 6/15/17 | K. Hart | 6.80 | Prepare for and conduct witness interviews. |
| 6/15/17 | M. Johnson | 2.00 | Research for mediation statement (.7); revisions to draft mediation statement (.7); review search terms for emails (.6). |
| 6/15/17 | M. Johnson | 1.60 | Review documents for production. |
| 6/16/17 | K. Hart | 5.60 | Prepare for and conduct witness interviews. |
| 6/19/17 | K. Hart | 3.70 | Conduct witness interviews (3.0); revise mediation statement (.7). |
| 6/19/17 | M. Johnson | 3.90 | Work on discovery issues, including preparing documents for production. |
| 6/19/17 | M. Johnson | 1.40 | Work in revisions to mediation statement. |
| 6/20/17 | M. Johnson | 5.30 | Make additional changes to mediation statement (.8); review comments from client (.4); transmit statement to mediator (.3); work on discovery issues (1.4); review emails for production (2.4). |
| 6/20/17 | K. Hart | 3.20 | Conduct witness interviews (2.2); address outstanding inquiries regarding personnel files and document production (.6); correspondence with opposing counsel regarding protective order (.4). |
| 6/21/17 | K. Hart | 1.20 | Draft correspondence with client regarding electronic personnel files and confidential agreements (.5); review document production (.7). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

July 19, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/21/17 | M. Johnson | 3.70 | Review latest documents produced by plaintiff (1.4); confer with plaintiff's counsel re discovery issues (.4); begin preparation for mediation (.7); research Section 1981 burden and damages allowable under MHRA (1.2). |
| 6/22/17 | M. Johnson | 6.90 | Review emails and other materials to be produced (4.5); preparation for mediation (1.2); telephone call with Ms. Hofmann (.4); confer with Ms. Hart on results of interviews of employees (.8). |
| 6/22/17 | K. Hart | 1.10 | Research and analyze potential retroactive applicability of revised MHRA. |
| 6/23/17 | K. Hart | 1.40 | Review client emails for production to opposing counsel. |
| 6/23/17 | M. Johnson | 8.50 | Prepare materials to use in meeting to prepare for mediation (4.5); review documents produced by plaintiff (1.3); research jury awards in similar cases (.6); work on discovery (2.1). |
| 6/26/17 | K. Hart | 4.60 | Preparation for mediation. |
| 6/26/17 | M. Johnson | 8.50 | Preparation for meeting with Mr. Giles, Mr. Watt, and Ms. Hofmann to prepare for federal court mediation (2.5); meeting to discuss case and mediation (3.0); final preparations (3.0). |
| 6/27/17 | M. Johnson | 8.00 | To federal courthouse for mediation (5.5); debrief after mediation (.5); work on discovery (2.0). |
| 6/28/17 | K. Hart | 1.20 | Review client emails for production. |
| 6/28/17 | M. Johnson | 3.30 | Review emails for production (2.3); review correspondence concerning plaintiff's application for new position (.6); confer with plaintiff's counsel concerning mediation results (.4). |
| 6/29/17 | M. Johnson | 3.90 | Work on reviewing emails for production to plaintiff (2.1); revise draft of protective order (.7); work on preparation of privilege list (1.1). |
| 6/29/17 | K. Hart | 3.70 | Address document production inquiries (.6); review emails for production (3.1). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

July 19, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/30/17 | K. Hart | 4.50 | Review client documents for production. |
| 6/30/17 | M. Johnson | 3.50 | Work on reviewing emails for production to plaintiff (1.2); revise draft of protective order, incorporating plaintiff's suggested changes (.8); work on preparation of privilege list (.8); review exchange of emails concerning response to plaintiff's request for consideration of promotion and payment to attend NBJ convention (.7). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

August 31, 2017

**Invoice No. 1926264**

Client/Matter:  15261691-000001

Cooper Discrimination
#0909004015

For Professional Services Rendered through July 31, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 7/3/17 | M. Johnson | 3.90 | Review data and documents produced by company (3.1); update spreadsheet with information in individual employees (.8). |
| 7/4/17 | M. Johnson | 2.70 | Review data and documents produced by company. |
| 7/5/17 | M. Johnson | 3.90 | Review documents and emails for production and privilege analysis. |
| 7/6/17 | M. Johnson | 3.60 | Review documents and emails for production and privilege analysis. |
| 7/7/17 | K. Hart | 2.70 | Review email production. |
| 7/7/17 | M. Johnson | 3.30 | Review documents and emails for production and privilege analysis. |
| 7/10/17 | K. Hart | 1.30 | Review email production. |
| 7/10/17 | M. Johnson | 2.90 | Review pleadings to determine whether new issues should be considered in further discovery (.6); review emails concerning plaintiff's ongoing difficulties at work (.9); research on contract renewal impact (1.4). |
| 7/11/17 | M. Johnson | 1.50 | Update strategic plan (.4); outline additional discovery requests (.6); provide input on response to inquiries from plaintiff on schedule (.5). |
| 7/12/17 | M. Johnson | 2.50 | Review emails and employee files for production; |
| 7/12/17 | K. Hart | 2.40 | Review client email for production. |
| 7/13/17 | K. Hart | 1.80 | Review client email for production. |
| 7/13/17 | M. Johnson | 3.70 | Review emails and employee files for production (2.5); review memos generated from witness interviews (1.2). |
| 7/14/17 | M. Johnson | 1.50 | Review emails and employee files for production. |



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

August 31, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/17/17 | M. Johnson | 4.10 | Review documents (2.3); update chart with employee information (.6); begin review of employee evaluations 1.2). |
| 7/18/17 | K. Hart | 2.00 | Review client emails for production. |
| 7/18/17 | M. Johnson | 2.30 | Review emails from Ms. Hofmann concerning plaintiff (.6); begin selection of documents for use in depositions (.8); outline deposition examination (.9). |
| 7/19/17 | M. Johnson | 4.50 | Extended document review. |
| 7/19/17 | K. Hart | 1.80 | Review client documents for production. |
| 7/20/17 | K. Hart | 2.20 | Review email production (1.4); strategize regarding case timeline and news story assignment comparison charts (.8). |
| 7/20/17 | M. Johnson | 4.60 | Review and select documents for production (2.3); outline issues raised by █████████████ (.6); research possible impact of ████████████████████ (1.3); correspondence from Ms. Hofmann concerning ██████████████████ .4). |
| 7/21/17 | K. Hart | 1.70 | Review client documents for production. |
| 7/24/17 | K. Hart | 3.80 | Review employee reviews for production (2.6); add key dates and supporting documentation to case timeline (1.2). |
| 7/24/17 | M. Johnson | 3.80 | Review documents to be produced from Ms. Hoffman's files (1.0); review recently-obtained documents on employee reviews (1.5); Review ███████████ correspondence and all employee evaluations (1.3). |
| 7/25/17 | K. Hart | 1.80 | Review client documents for production. |
| 7/25/17 | M. Johnson | 3.40 | Review latest documents produced by plaintiff (.7); analysis of company documents (personnel evaluations) slated for production to plaintiff (1.2); call from plaintiff's counsel concerning discovery and possible schedule for depositions (.4); review notes from interviews with witnesses (1.1). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

August 31, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/26/17 | M. Johnson | 4.50 | Assemble cases on retroactivity of changes in Missouri anti-discrimination statute (1.4); begin research on issue (.9); further review of documents for production (1.5); begin review of plaintiff's document for selection for use in depositions to be taken (.7). |
| 7/26/17 | K. Hart | 0.60 | Address discovery and document production issues. |
| 7/27/17 | M. Johnson | 4.40 | Research changes in Missouri law and possible application to case filed before law was changed (3.1), particularly with respect to burden of proof on MHRA claim; review documents for production (1.3). |
| 7/28/17 | M. Johnson | 4.10 | Review plaintiff's second request for production of documents(.4); prepare documents for production to plaintiff (1.2); further review of documents set aside in initial review (1.6); confer concerning privilege log (.3); work on draft of protective order (.6). |
| 7/31/17 | J. Nicholas | 1.50 | Work with case team to identify final set of documents to produce (.3); Creation of document production (.8); Update document review workspace with production history and tracking (.4). |
| 7/31/17 | K. Hart | 1.90 | Draft responses to Plaintiff's second request for production (.6); investigate contact information for additional interviewees (.5); review documents for production (.8). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

September 18, 2017

**Invoice No. 1931316**

Client/Matter:  15261691-000001

Cooper Discrimination
#0909004015

_____

For Professional Services Rendered through August 31, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 7/31/17 | M. Johnson | 3.90 | Review latest documents (.6); email document requests to Mr. Giles (.2); identify documents requested by plaintiff (.8); work on deposition outlines (2.3). |
| 8/2/17 | M. Johnson | 3.50 | Work on tasks relating to organizing, indexing, and digesting documents produced to date in litigation. |
| 8/3/17 | K. Hart | 1.10 | Draft case timeline (.6); address outstanding discovery issues (.4). |
| 8/3/17 | M. Johnson | 4.50 | Review correspondence and documents concerning plaintiff ▮▮▮▮▮▮ .6); participate in conference call to discuss issue with ▮▮▮▮▮ (.5); review station's personnel manual to determine ▮▮▮▮▮ (.6); outline call to plaintiff's counsel (.3); review latest documents to be produced (1.3); begin selection of documents for use in depositions (1.2). |
| 8/4/17 | M. Johnson | 4.20 | Call from Ms. Hofmann concerning ▮▮▮▮▮ (.4); call from Dennis Egan to confirm same (.2); call to Mr. Egan to discuss discipline issues (.6); review email correspondence concerning plaintiff's discipline for failing to prevent obscene word appearing on-air (.3); work on response to documents requests (.6) review documents sent by Mr. Giles (.7); work on deposition outlines (1.4). |
| 8/6/17 | M. Johnson | 2.20 | Work on outline of summary judgment brief to organize discovery to be inserted. |
| 8/7/17 | M. Johnson | 3.00 | Review documents sent by Mr. Giles for production in response to latest document production request (1.1); review Messing documents (1.2); work on deposition scheduling (.7). |

1



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

September 18, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 8/8/17 | M. Johnson | 4.30 | Review and digest documents produced to plaintiff (2.0); select documents from those produced by Plaintiff, for use in upcoming depositions (1.3); exchange of messages with plaintiff's counsel on discovery issues (.4); exchange of email concerning obtaining additional documents from station (.3); email concerning new discrimination charge (.3). |
| 8/9/17 | M. Johnson | 3.30 | Work on deposition scheduling and outlines (1.5); arrangements for court reporters (.4); continue review and selection of documents for use in depositions (1.4). |
| 8/10/17 | M. Johnson | 3.80 | Continue to outline depositions (1.2); work on research for template for summary judgment motion (1.7); review documents to be produced to plaintiff (.9). |
| 8/10/17 | K. Hart | 0.20 | Contact witnesses for interviews. |
| 8/11/17 | K. Hart | 2.00 | Contact potential witnesses regarding interviews (.4); prepare witness interview summaries (.6); conduct witness interviews (1.0). |
| 8/11/17 | M. Johnson | 3.90 | Work on summary judgment research (1.3); identify analogous cases (1.2); prepare response to document requests (.5); work on review of documents to be produced (.9). |
| 8/14/17 | M. Johnson | 3.70 | Prepare deposition outlines (1.7); review documents for use in depositions (.9); call to plaintiff's counsel re depositions (.4); review documents to be produced (.7). |
| 8/15/17 | M. Johnson | 5.10 | Research new Missouri law on burden of proof in discrimination cases (2.2); draft response to document production requests (.9); review emails from plaintiffs complaining about scheduling and discipline issues (.7); research issues raise by those matters (1.3). |
| 8/15/17 | K. Hart | 1.70 | Contact potential witnesses for interviews; summarize witness interviews. |
| 8/16/17 | K. Hart | 0.30 | Review production log and request for background information on former employees. |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

September 18, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/16/17 | M. Johnson | 4.40 | Work on deposition outlines (1.3); research changes in Missouri law on discrimination (1.1); review latest discrimination charge filed by plaintiff's counsel (1.2); work on document production response (.8). |
| 8/17/17 | M. Johnson | 4.70 | Work on deposition outlines (1.7); work on documents to be produced (.8); revise response to document requests (.7); additional research in changes in Missouri law (1.5). |
| 8/18/17 | M. Johnson | 4.90 | Work on deposition outlines (.8); work on documents to be produced (2.1); review documents to be produced pursuant to documents requests (1.3); review database content (7). |
| 8/21/17 | M. Johnson | 3.60 | Work on discovery issues (.8); prepare for depositions and scheduling same (1.2); review latest documents to be produced (1.0); review emails from plaintiff containing additional complaints (.6). |
| 8/22/17 | K. Hart | 0.30 | Revise responses to second request for production. |
| 8/22/17 | M. Johnson | 3.00 | Work on discovery issues (1.2); review emails from plaintiff (.6); update documents to be disclosed (1.2). |
| 8/23/17 | M. Johnson | 5.90 | Prepare for and participate in conference call to discuss status of several matters (2.5); review emails with plaintiff on scheduling and assignments (.6); draft response to plaintiff on scheduling matters after detailed review of weekly schedule and research on several reporters (1.5); research latest changes in state law (1.3). |
| 8/24/17 | M. Johnson | 4.20 | Call with Ms. Hofmann concerning scheduling issue (.4); call to Mr. Winkler to discuss response to plaintiff on scheduling (.4); review emails with responses (.6); revise response to document production request (.3); assemble documents for production (.6); telephone call with plaintiff's attorney on discovery and deposition matters (.3); research on state law issues (1.6). |
| 8/25/17 | K. Hart | 0.20 | Follow up regarding documents for production for responses to Plaintiff's second requests for production. |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

September 18, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/25/17 | M. Johnson | 2.90 | Telephone call with plaintiff's attorney to discuss scheduling of depositions (.5); determine whether dates offered are open and available for defendant's counsel (.3); review files on witnesses plaintiff intends to depose (.8); work on discovery issues (.7); review latest discovery requests and proposed responses (.6). |
| 8/28/17 | K. Heimel | 3.20 | Continue to analyze client emails logging evidence re: reporter assignments. |
| 8/28/17 | M. Johnson | 2.40 | Finalize, file, and service discovery response (.6); review and assemble documents to be produced (1.1); review latest correspondence on depositions (.7). |
| 8/28/17 | K. Hart | 0.30 | Manage paralegal and e-Discovery team efforts regarding document review (.2); follow up regarding discovery responses (.1). |
| 8/29/17 | M. Johnson | 4.00 | Research concerning changes in state law (2.6); prepare documents of production to plaintiff (1.4). |
| 8/30/17 | M. Johnson | 2.40 | Work on deposition schedules (.6); call to plaintiff's counsel (.4); review documents produced by plaintiff (1.4). |
| 8/30/17 | K. Hart | 0.40 | Follow up regarding outstanding discovery matters, depositions, interviews, and second set of requests. |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

October 13, 2017

**Invoice No. 1941356**

Client/Matter:  15261691-000001

Cooper Discrimination
#0909004015

For Professional Services Rendered through September 30, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 9/1/17 | M. Johnson | 2.50 | Work on latest discovery responses (.8); emails concerning inquiries from plaintiff (.5); research for response (.4); email from Mr. Winkler and telephone call with Mr. Winkler concerning responding to plaintiff (.4); outline latest response to plaintiff (.4). |
| 9/5/17 | M. Johnson | 2.30 | Research changes in Missouri law relevant to merits of discrimination and retaliation claims. |
| 9/5/17 | K. Hart | 1.30 | Develop supplemental discovery lines of inquiry (.5); review necessary requests for supplemental discovery responses (.3); strategize regarding anticipated depositions (.5). |
| 9/6/17 | M. Johnson | 3.00 | Review notes from witness interviews (.6); update spreadsheet with information concerning station employees (.9); review exit interviews notes (.7); work on assembling documents for production to plaintiffs (.8). |
| 9/7/17 | M. Johnson | 2.30 | Work on deposition outlines, document selection, and document productions. |
| 9/8/17 | M. Johnson | 2.50 | Meeting with Ms. Hart and Ms. Gardner to discuss tasks to be performed (1.0); review latest draft of response to document requests (.7); update spreadsheet with information on station employees (.8). |
| 9/8/17 | K. Hart | 2.70 | Strategize with M. Johnson and J. Gardner regarding supplemental discovery, supplemental document production, witness interviews, depositions, trial strategy, demonstratives, trial witnesses, and other topics. |
| 9/11/17 | M. Johnson | 2.40 | Research law on scheduling claim (.8); email from Ms. Hofmann re plaintiff's latest inquiry (.4); prepare draft of response (.5); review plaintiff's discovery responses to determine whether request for updating responses should be make (.7). |

1

110439305\V-1



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

October 13, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 9/11/17 | K. Hart | 2.50 | Draft timeline and second set of discovery requests (.8); research applicable statute of limitations for motion in limine purposes (1.7). |
| 9/12/17 | M. Johnson | 2.50 | Emails from Ms. Hofmann concerning plaintiff (.4); telephone call with Mr. Watt (.3); call to Ms. Hofmann (.3); review ███████ (.6); research whether plaintiff can "create" evidence of discrimination by raising allegations (.9). |
| 9/12/17 | K. Hart | 0.40 | Contact potential witnesses. |
| 9/13/17 | M. Johnson | 1.40 | Exchange messages with Mr. Giles (.3); update spreadsheet with information on station and newsroom employees (.6); outline response to questions raised by Ms. Hofmann ███████ (.5). |
| 9/14/17 | M. Johnson | 1.30 | Telephone call with Mr. Giles and Ms. Wright (.6); work on document production (.7). |
| 9/14/17 | K. Hart | 1.20 | Discovery, pretrial, and trial strategy meeting. |
| 9/15/17 | M. Johnson | 2.80 | Work on research into use of discovery information for summary judgment. |
| 9/16/17 | M. Johnson | 1.60 | Review materials generated in discrimination charge investigation. |
| 9/18/17 | M. Johnson | 1.20 | Comprehensive review of emails sent by plaintiff complaining about assignments, schedules, and discipline (.8); confer with Ms. Hofmann re proposed responses (.4). |
| 9/19/17 | M. Johnson | 4.00 | Prepare for and participate in conference call concerning plaintiff's emails (1.5); draft responses to emails (1.2); communicate with plaintiff's counsel concerning discovery, depositions, and plaintiff's emails to company attorneys (.5); work on discovery issues (.8). |
| 9/20/17 | M. Johnson | 0.60 | Exchange messages with Ms. Hofmann and Ms. Wright concerning communications from plaintiff. |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

October 13, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 9/22/17 | M. Johnson | 2.40 | Review updated discovery requests and responses, and meet with Ms. Hart and Ms. Gardner to discuss how to make production to plaintiffs. |
| 9/22/17 | K. Hart | 0.70 | Strategize regarding supplemental discovery, depositions, document production, and dispositive motions. |
| 9/23/17 | M. Johnson | 0.90 | Review latest documents sent by plaintiff and filings concerning extensions of discovery. |
| 9/25/17 | M. Johnson | 3.00 | Revisions to latest discovery requests (.7); update employee spreadsheet (.8); review employee exit interview documents (.7); outline depositions (.8). |
| 9/26/17 | K. Hart | 0.60 | Draft revised protective order and joint motion for entry (.4); correspondence with client regarding supplemental discovery (.2). |
| 9/26/17 | M. Johnson | 2.60 | Work on analysis of latest cases on burdens and instructions in MHRA cases. |
| 9/27/17 | M. Johnson | 2.80 | Continue work on MHRA analysis (1.3); review latest discovery responses (.8); update spreadsheet on employees (.7). |
| 9/28/17 | M. Johnson | 3.40 | Work on revisions to discovery responses (.7); email from plaintiff's counsel concerning expert designation and production of documents (.4); work on deposition schedules (.4); review documents for use in depositions (.4); review ████████ .6); call from ██████████ (.4); review email from ██████████ ████████ .5). |
| 9/29/17 | M. Johnson | 2.00 | Review plaintiff's expert CV (.8); begin review of expert report (1.2). |
| 9/30/17 | K. Hart | 1.50 | Review background of Plaintiff's expert witness. |
| 9/30/17 | K. Hart | 0.50 | Draft correspondence to client regarding outstanding information and documents needed to supplement discovery responses. |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

October 13, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 9/30/17 | M. Johnson | 1.50 | Review expert witness report. |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



| | Dentons US LLP | Salans FMC SNR Denton |
|---|---|---|
| | American Century Tower II | McKenna Long |
| | 4520 Main Street, Suite 1100 | dentons.com |
| | Kansas City, Missouri 64111-7700 | |

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

November 15, 2017

**Invoice No. 1952888**

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

---

For Professional Services Rendered through October 31, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 10/1/17 | M. Johnson | 1.30 | Review all recent pleadings. |
| 10/2/17 | M. Johnson | 4.00 | Work on depositions (1.4); prepare initial outline of anticipated summary judge brief (.6); detailed review of expert witness report (1.3); review expert witness CV for possible relevant materials (.7). |
| 10/3/17 | K. Hart | 1.20 | Review documents for production (.9); correspondence with opposing counsel regarding protective order (.3). |
| 10/3/17 | M. Johnson | 4.60 | Prepare deposition instructions (.8); work on depo schedules (.4); contact with plaintiff's counsel concerning depositions (.3); research law for use in outlines for depositions (1.2); review new case on instructions in MHRA cases (.8); review articles from expert's CV (1.1). |
| 10/4/17 | M. Johnson | 6.30 | Work on selection of documents for depositions and deposition prep sessions (1.6); outline issues to cover in prep sessions (1.0); work on expert witness research (3.7). |
| 10/5/17 | M. Johnson | 3.90 | Work on deposition schedules (.4); update discovery responses (1.2); outline depositions (1.5); draft deposition instructions (.8). |
| 10/6/17 | K. Hart | 1.10 | Correspondence with opposing counsel regarding medical authorizations and depositions (.5); correspondence with client regarding discovery and document search (.6). |
| 10/6/17 | M. Johnson | 2.10 | Work on discovery requests (1.3); review emails and prepare responses to question/allegations from plaintiff about assignments (.8). |
| 10/7/17 | K. Hart | 1.20 | Discovery and deposition planning and preparation. |
| 10/7/17 | M. Johnson | 2.70 | Review all recent pleadings and correspondence, including emails arising out of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (1.5); outline issues for discussion with Mr. Bracco in preparation for his deposition (1.2). |

110439325\V-1



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

November 15, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/9/17 | K. Hart | 0.40 | Coordinate deposition scheduling (.3); correspondence with opposing counsel regarding same (.1). |
| 10/9/17 | M. Johnson | 4.50 | Begin preparation for depositions, including setting up meeting times and depo dates, outlines of deposition prep sessions and selection of documents for use at prep sessions 2.5); draft and revise deposition instructions (1.5); communicate with Ms. Hofmann concerning depo preps (.5). |
| 10/10/17 | M. Johnson | 4.30 | Continue preparation for depositions, including telephone call with Mr. Giles and Ms. Wright and Ms. Hofmann, emails to witnesses (2.4), telephone call to Brian Bracco concerning availability for his deposition (.4), email depo prep instructions to witnesses (.5), update spreadsheet with information on employees for use at prep sessions, and arrangements for court reporter (1.0). |
| 10/10/17 | K. Hart | 1.00 | Correspondence with opposing counsel and client regarding deposition scheduling and preparations (.3); draft deposition notices and request for documents (.7). |
| 10/11/17 | K. Hart | 0.20 | Correspondence with client and opposing counsel regarding deposition preparations. |
| 10/11/17 | M. Johnson | 4.10 | Work on discovery issues, including telephone call with Mr. Giles and Ms. Wright concerning deposition planning and preparation (1.0);, email correspondence with Ms. Hofmann concerning schedule and preparation instructions (.3), reviewing documents anticipated for use in depositions, and revising second interrogatories to plaintiff (1.5); review latest responses to plaintiff's inquiries concerning schedules and anchoring assignments (1.3). |
| 10/12/17 | M. Johnson | 4.80 | Work on deposition prep and examination outlines (3.5); review documents, including employee reviews and latest pleadings (1.3) . |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

November 15, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/12/17 | K. Hart | 3.20 | Analyze and draft documents and correspondence in preparation for depositions, deposition defense, discovery meet and confer, and motion for summary judgment. |
| 10/13/17 | M. Johnson | 5.70 | Meeting with team working on case to divide up several tasks (.7); preparation for meetings next week with deposition witnesses (.9); detailed review of expert witness report (1.2); review expert witness articles (.8); outline expert witness deposition (1.3); work on responses to latest questions raised by plaintiff (.8). |
| 10/13/17 | K. Hart | 2.80 | Revise notice of deposition for Plaintiff (1.20; finalize and serve Second Set of Discovery Requests to Plaintiff (1.6). |
| 10/14/17 | M. Johnson | 1.70 | Review several emails from Ms. Gardner, including timeline of events occurring in Spring of 2015, with supporting documents, that led to plaintiff's suspension and filing of discrimination claim. |
| 10/16/17 | M. Johnson | 4.50 | Review documents produced by Missouri Commission on Human Rights and select from same for use in depositions (.9); review documents produced by plaintiff for use in depositions (1.2); review email concerning exit interviews (.3); review plaintiff's statements concerning her discrimination and retaliation claims (1.1); begin review of articles from plaintiff's expert witness (.6); emails to arrange Bacon and expert witness depositions (.4). |
| 10/16/17 | K. Hart | 4.10 | Preparation for depositions (2.1); deposition preparation with S. Hirschberg (2.0). |
| 10/17/17 | K. Hart | 5.40 | Revise case timeline (.5); analyze expert report (2.5); initial case law research regarding admissibility of social science expert witnesses (2.4). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

November 15, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/17/17 | M. Johnson | 5.40 | Select documents for use in deposition preparation sessions and deposition examination (2.5); confer with Ms. Gardner concerning issues for depo prep (.5); exchange correspondence concerning Bracco deposition (.4); further review of material concerning plaintiff's expert witness (1.5); review local rules on deposition scheduling and length (.5). |
| 10/18/17 | M. Johnson | 4.50 | Work on tasks to prepare for depositions. |
| 10/18/17 | K. Hart | 4.20 | Prepare for C. Hoffman deposition preparation (1.6); strategize regarding discovery issues (1.3); strategize regarding meet and confer topics (1.0); discuss case background and case law research project in support of summary judgment with C. Wood (.3). |
| 10/19/17 | J. Gardner | 6.60 | Organize materials in advance of deposition prep session with C. Hofmann (.4); prepare materials to be reviewed by counsel in anticipation of production to opposing counsel (1.8); update personnel information chart and prepare email to S. Winkler requesting additional information (.4); revise logistics for depositions and prep sessions (.2); research and respond to various requests for information from K. Hart during deposition prep session with C. Hoffman (.8); conduct background research regarding Plaintiff and her husband (3.0). |
| 10/19/17 | M. Johnson | 8.00 | Deposition preparation for Carrie Hofmann (6.0); work on Melissa Goldstein prep (2.0). |
| 10/19/17 | K. Hart | 8.00 | Deposition preparation of C. Hoffman (4.8); review documents (2.2); follow up regarding outstanding information requests (1.0). |
| 10/20/17 | M. Johnson | 6.80 | Meeting with Ms. Wright in advance of Greenstein prep session (.8); preparation session with Ms. Greenstein (6.0). |
| 10/20/17 | K. Hart | 8.00 | Deposition preparation of M. Greenstein (4.8); draft meet and confer correspondence regarding Plaintiff's discovery responses and production (2.2); strategize regarding witness testimony, litigation tactics, and settlement negotiations (1.0). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730

000937/085
110439325V-1



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

November 15, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/21/17 | M. Johnson | 4.50 | Prepare outline for plaintiff's deposition (3.0); review documents to be used in depositions of company witnesses (1.5). |
| 10/22/17 | M. Johnson | 2.50 | Continue preparation for Cooper deposition. |
| 10/23/17 | K. Hart | 1.80 | Draft meet and confer correspondence (1.5); correspondence with client and opposing counsel regarding documents and document production (.3). |
| 10/23/17 | M. Johnson | 8.00 | Defend Greenstein deposition (7.0); final preparation for Hirschberg deposition (1.0). |
| 10/24/17 | M. Johnson | 6.90 | Defend Sean Hirshberg deposition (4.0); further preparation for plaintiff's deposition (2.5); email concerning Melissa Greenstein deposition (.4). |
| 10/24/17 | K. Hart | 2.20 | Correspondence with client regarding document and email collection (.3); review documents for production (6); witness interview with Peggy Phillip (1.3). |
| 10/25/17 | M. Johnson | 4.00 | Select documents for use with Hofmann prep session (.5); prep session with Ms. Hofmann (2.5); selection of documents for us in plaintiff's deposition (1.0). |
| 10/25/17 | K. Hart | 1.40 | Address discovery issues (.1.1); correspondence with client regarding discovery (.3). |
| 10/26/17 | M. Johnson | 8.00 | Represent company at Hofmann deposition (6.0); final preparation for plaintiff's deposition (2.0). |
| 10/26/17 | K. Hart | 1.30 | Prepare for deposition of Plaintiff (9); revise meet and confer correspondence regarding Plaintiff's discovery responses and production (.4). |
| 10/27/17 | M. Johnson | 8.00 | Deposition of plaintiff Lisa Benson. |
| 10/28/17 | M. Johnson | 3.10 | Organize documents from plaintiff's deposition (.4); review notes from deposition (.7); work on outline for expert witness deposition (.8); research on issue of systemic racism in the workplace for plaintiff's deposition (1.2). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Dave Giles
312 Walnut Street
Cincinnati, OH 45202
USA

November 15, 2017

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/29/17 | M. Johnson | 3.00 | Research admissibility of evidence relating to systemic/institutional racism to prove disparate treatment in federal court action. |
| 10/29/17 | K. Hart | 3.20 | Review documents for production (2.1); review additional documents for production (1.1). |
| 10/30/17 | M. Johnson | 5.00 | Work on investigation of expert witness and admissibility of systemic racism evidence (2.5); work on outline of expert witness deposition (1.2); outline prep session for Brian Bracco's deposition (1.3). |
| 10/30/17 | K. Hart | 2.20 | Research regarding expert witness admissibility and motion for summary judgment arguments. |
| 10/31/17 | K. Hart | 0.10 | Follow up regarding email collection update from client, outstanding witness interview requests, and document production. |
| 10/31/17 | M. Johnson | 6.50 | Work on review of plaintiff's expert's research and articles on systemic racism (4.5); work on outline for plaintiff's expert's deposition (2.0). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

December 20, 2017

**Invoice No. 1965907**

Client/Matter:  15261691-000001

Cooper Discrimination
#0909004015

For Professional Services Rendered through November 30, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|------|------------|-------|-----------|
| 11/1/17 | M. Johnson | 6.00 | Work on expert witness research (3.5); prepare for meeting with Brian Bracco to prepare him for deposition (2.5). |
| 11/2/17 | M. Johnson | 5.10 | Review and select materials for Bracco prep session (3); review latest discovery requests (.5); review golden rule letter from plaintiff (.3); read and analyze articles written by plaintiff's expert witness (1.3). |
| 11/2/17 | K. Hart | 2.10 | Strategize regarding discovery, depositions, meet and confer efforts, and motion pleadings (1.0); draftng meet and confer correspondence (1.1). |
| 11/3/17 | K. Hart | 4.50 | Begin drafting statement of facts in support of motion for summary judgment (3.5); review meet and confer correspondence and third set of requests for production propounded by Plaintiff (1.0). |
| 11/3/17 | M. Johnson | 6.50 | Preparation session with Brian Bracco (5); review and analyze plaintiff's additional discovery requests (1.5). |
| 11/4/17 | M. Johnson | 3.50 | Research admissibility of expert witness testimony on institutional racism(3.5). |
| 11/5/17 | M. Johnson | 2.50 | Outline deposition for expert witness. |
| 11/6/17 | M. Johnson | 5.20 | Work on expert witness deposition (1.5); review expert's recent articles (1.7); review deposition transcripts (2.0). |
| 11/6/17 | K. Hart | 2.30 | Revise client correspondence regarding document requests and discovery (1.5); strategize regarding discovery responses (.8). |
| 11/7/17 | M. Johnson | 5.90 | Review deposition transcripts (2.5); revise expert witness deposition outline (2.2); review expert witness articles (1.2). |
| 11/7/17 | K. Hart | 2.70 | Reschedule deposition of B. Bracco (.3); draft motion for summary judgment outline 2.4). |
| 11/8/17 | K. Hart | 3.60 | Review additional materials provided to expert witness and expert research articles. |

110439346\V-1

Cooper Discrimination
#0909004015

December 20, 2017

Matter: 15261691-000001
Invoice No.: 1965907

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/8/17 | M. Johnson | 4.50 | Review Benson and Hirshberg deposition transcripts (2.0); review and analyze expert report and documents provided to expert witness (2.5). |
| 11/9/17 | K. Hart | 2.40 | Review and revise expert witness deposition notice request for documents (.4); strategize regarding responses to plaintiff's third set of requests for production 2.0). |
| 11/9/17 | M. Johnson | 4.70 | Review several emails among Dentons team (.5); research admissibility of expert witness evidence (2.2); review deposition transcripts (2.0). |
| 11/10/17 | M. Johnson | 5.00 | Work on completion of expert witness deposition outline (1.3); review documents sent to expert by plaintiff's counsel (.7); select documents for use in expert's deposition (.5); meet with Ms. Hart and Ms. Gardner to discuss work assignments and deadlines (1.0); review Hofmann transcript (1.5). |
| 11/10/17 | K. Hart | 4.90 | Strategize regarding expert deposition (.5); conduct research regarding expert admissibility (2.9); draft questions for expert deposition (1.5) |
| 11/11/17 | K. Hart | 1.00 | Strategize with Mr. Johnson regarding expert deposition and motion to exclude. |
| 11/11/17 | M. Johnson | 3.20 | Revise outline for expert deposition (.7); review additional articles written by expert witness (1.2); select documents for expert deposition (.5); coner with Ms. Hart onprospective efforts to exclude expert testimony (.8). |
| 11/12/17 | M. Johnson | 3.20 | Exchange emails with Mr. Giles concerning discovery and depositions (.4); work on prep for expert deposition (1.6); review Hofmann deposition transcript (1.2). |
| 11/13/17 | K. Hart | 4.90 | Analyze Plaintiff's golden rule letter and address productions, additional documents needed, strategic responses, and draft response (3.5); review expert witness articles for additional deposition inquiries (1.4). |
| 11/13/17 | M. Johnson | 5.60 | Detailed review of documents given to expert by plaintiff's counsel (1.5); revisions to deposition outline for expert witness (2.5); review latest set of documents produced by plaintiff (.3); review and approve set of documents for production to plaintiff (.4); email correspondence concerning discovery issues, expert witness standard, and deposition (.6); exchange of messages with Mr. Watt concerning case (.3). |
| 11/14/17 | M. Johnson | 6.50 | Take deposition of plaintiff's expert witness, Monica Biernat. |

2

110439346\V-1

Cooper Discrimination
#0909004015

December 20, 2017

Matter: 15261691-000001
Invoice No.: 1965907

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/15/17 | M. Johnson | 4.20 | Review depo transcripts (2.5); review documents in latest production from plaintiff (.5); draft email report to client on expert witness deposition, scheduling, and new depositions to be taken (.7); update spreadsheet with employee information (.5). |
| 11/16/17 | K. Hart | 2.10 | Analyze discovery requests, golden rule letter requests, and outstanding document production issues (1.5); meeting of team members on pending assignments (.6). |
| 11/16/17 | M. Johnson | 4.70 | Review transcripts of depositions (1.5); extended report to company team by email (1.0); exchange emails with Mr. Giles (.3); work on scheduling depositions in the next month (.6); Review latest documents to be produced to plaintiffs (ethicspoint records)(.6); draft response to plaintiff's golden rule letter on discovery (.7). |
| 11/16/17 | M. Johnson | 1.50 | Work on outlines of motion for summary judgment and motion to exclude expert witness opinions (1.0); team meeting to discuss outstanding tasks (.5). |
| 11/17/17 | M. Johnson | 4.50 | Review of deposition transcripts (1.7); analysis of expert witness evidence and documents (.8); exchanges of emails concerning discovery (.5); review plaintiff's latest production of documents and response to golden rule letter (1.1); revise draft of response to plaintiff's golden rule letter (.4). |
| 11/17/17 | K. Hart | 1.60 | Correspondence with client regarding discovery requests and document collection. |
| 11/18/17 | M. Johnson | 2.30 | Review email correspondence concerning discovery issues (.6); review ethicspoint documents to be produced (.4); review deposition transcripts (1.3). |
| 11/20/17 | M. Johnson | 4.10 | Review files produced by Mr. Winkler to be disclosed in discovery (1.5); review deposition transcripts (2.0); outline issues to be considered in discovery (.6). |
| 11/21/17 | M. Johnson | 4.50 | Review deposition transcripts and exhibits (2.7); work on outline of notes from expert's deposition (1.1); review latest documents produced by plaintiff (.7). |
| 11/21/17 | K. Hart | 0.50 | Address discovery issues with opposing counsel, and correspondence regarding same. |

110439346\V-1

Matter: 15261691-000001
Invoice No.: 1965907

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/22/17 | M. Johnson | 3.60 | Exchange of correspondence with plaintiff's counsel concerning scheduling of depositions (.4); review documents produced by plaintiff concerning psych treatments and plaintiff's home email (.8); review deposition transcripts (1.3); select documents for use in depo preparation of company witnesses (.9); email to Mr. Bracco concerning deposition availability (.2). |
| 11/22/17 | K. Hart | 1.30 | Correspondence with client and opposing counsel regarding deposition scheduling and preparation. |
| 11/23/17 | M. Johnson | 3.80 | Work on scheduling depositions and depo prep sessions (.5); assemble materials for use in depo prep sessions for several witnesses (2.5); research need to produce Dee Jackson for deposition, and company's right to meet with Jackson to prepare him for deposition, in light of his representation by plaintiff's counsel (.8). |
| 11/24/17 | M. Johnson | 2.60 | Work on deposition scheduling, preparation, and outlines. |
| 11/25/17 | M. Johnson | 3.10 | Work on scheduling depositions, deposition prep session for several witnesses, and selecting documents for sessions with those witnesses (2.4); research whether company has to produce Dee Jackson as a witness(.7). |
| 11/26/17 | M. Johnson | 1.90 | Prepare deposition prep instructions for non-party and non-management witnesses (.5); correspond with Ms. Hart concerning depo prep session responsibilities (.2); review plaintiff's responses to second set of interrogatories and supplemental responses to first set of interrogatories and first set of document requests. (1.2). |
| 11/26/17 | K. Hart | 0.80 | Review Plaintiff's supplemental discovery responses. |
| 11/27/17 | M. Johnson | 5.60 | Work on making depo schedules (.6); preparation session with Mick Shaffer (1.0); review latest set of documents produced by plaintiff and their latest interrogatory responses (1.2); meeting with Ms. Hart and Mr. Gardner to discuss assignments(.5); research attempt to "try" Dee Jackson case in the context of Benson litigation (1.3); review depo transcripts (1.0). |
| 11/27/17 | K. Hart | 5.80 | Prepare C. Dubill and D. Wall, for deposition (5.0); correspondence with opposing counsel and client regarding deposition scheduling (.3); strategize regarding deposition and discovery (.5). |
| 11/28/17 | K. Hart | 4.50 | Prepare N. Philipps and A. Miller for deposition (3.0); correspondence with opposing counsel and client regarding deposition scheduling (.4); strategize regarding deposition and discovery (.4); contact F. Boal and S. Eaton regarding deposition scheduling and preparation (.7). |

4

110439346\V-1

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/28/17 | M. Johnson | 4.50 | Review deposition transcripts |
| 11/29/17 | M. Johnson | 5.10 | Work on changing and updating deposition schedules (.7); telephone call with Mr. Watt(.3); confer with Ms. Hart on deposition prep sessions (.4); prepare materials for use in preparing Frank Boal and Jessica Eggers for their depositions (1.1); review transcript of Benoit deposition (2.3); review emails from plaintiff's counsel concerning changing depo schedules (.3). |
| 11/29/17 | K. Hart | 3.40 | Prepare D. Jordan and D. Smith for deposition (2.7); correspondence with opposing counsel and client regarding deposition scheduling (.4); contact S. Eaton regarding deposition scheduling and preparation (.3). |
| 11/30/17 | K. Hart | 4.20 | Prepare D. Messing and J. McMaster for deposition (2.5); correspondence with opposing counsel and client regarding deposition scheduling (.3); strategize regarding deposition and discovery (1.0); contact S. Eaton regarding deposition scheduling and preparation (.4). |
| 11/30/17 | M. Johnson | 2.70 | Work on deposition preparation sessions. |

110439346\V-1



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

January 24, 2018

**Invoice No. 1974912**

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

For Professional Services Rendered through December 31, 2017:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/1/17 | M. Johnson | 5.90 | Deposition prep sessions with Frank Boal (1.3) and Jessica Eggers (2.8); meeting to discuss pending questions and assignments (.7); revise motion to limit depositions (.5); email exchange concerning Ms. Eggers status as witness and possible motion to exclude depositions (.6). |
| 12/1/17 | K. Hart | 5.90 | Prepare J. Eggers for deposition (4.0); revise motion for protective order (.5); correspondence with opposing counsel and client regarding deposition scheduling (.3); strategize regarding deposition and discovery (.8); contact S. Eaton regarding deposition scheduling and preparation (.3). |
| 12/2/17 | M. Johnson | 3.00 | Prepare for Bracco deposition (.6); review depo schedule (.4); work on draft of summary judgment brief (2.0). |
| 12/3/17 | M. Johnson | 1.80 | Exchange messages with Mr. Bracco concerning his deposition (.3); exchange messages with plaintiff's counsel concerning motion to limit number of depositions (.5); exchange of emails with Mr. Giles and Ms. Wright concerning scheduling, protective order, and upcoming depositions (.4); review latest documents to be produced (.6). |
| 12/4/17 | M. Johnson | 7.00 | Final preparation for and defend deposition of Brian Bracco (5.5); prepare for Dia Wall deposition (1.0); review latest documents to be produced (.5); confer with plaintiff's counsel concerning Dee Jackson deposition (.5). |
| 12/4/17 | K. Hart | 3.60 | Revise discovery responses (2.0); review additional documents for production (1.6). |
| 12/5/17 | M. Johnson | 5.20 | Review deposition transcripts (2.3); prepare email report to company team on events of 12/4 (.8); confer with plaintiff's counsel re depo schedules (.3); telephone call to Ms. Dubill to discuss deposition and protective order(.5); review email from Ms. Hart and Ms. Gardner concerning depositions and documents produced by plaintiff (.4); review Jackson personnel file (.4); update employee list/spreadsheet (.5). |

Cooper Discrimination
#0909004015

January 24, 2018

Matter: 15261691-000001
Invoice No.: 1974912

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/5/17 | K. Hart | 7.00 | Defend D. Wall deposition (2.0); correspond with client and opposing counsel regarding deposition scheduling (.5); strategize regarding potential responses to allegations of disparate treatment (.8); revise discovery responses (3.7). |
| 12/6/17 | K. Hart | 3.20 | Summarize results of D. Wall deposition (.5); correspond with client and opposing counsel regarding deposition scheduling (.5); strategize regarding potential responses to allegations of disparate treatment (.7); revise discovery responses (1.5). |
| 12/6/17 | M. Johnson | 5.40 | Review depo transcripts (2.2); evaluate contents of Dee Jackson personnel file (.6); update spreadsheet of employees (.6); revise deposition schedule in consultation with plaintiff's counsel (.4); review documents obtained from plaintiff's doctor (.6); work on outlines for Eggers deposition (.7); exchange of emails concerning possible garnishment for plaintiff (.3). |
| 12/7/17 | M. Johnson | 4.20 | Work on deposition scheduling (.7); prepare motion to reduce number of depositions (1.2); prepare Ms. Eggers for her deposition (.8); telephone call with Ms. Wright and Mr. Giles (.3); telephone call with Mr. McIntyre (.6); update spreadsheet with ▆▆▆▆▆▆▆▆▆▆ (.6). |
| 12/7/17 | K. Hart | 3.10 | Correspond with client and opposing counsel regarding deposition scheduling, outstanding document requests and other information (1.9); draft response to Plaintiff's meet and confer correspondence (1.2). |
| 12/8/17 | K. Hart | 5.30 | Strategize regarding deposition scheduling, discovery responses, discovery hearing (.7); correspondence with client and opposing counsel regarding deposition scheduling (.5); revise discovery responses (4.1). |
| 12/8/17 | M. Johnson | 4.20 | Extended telephone call with Mr. McIntyre to discuss case status (1.3); review and revise draft of response to document production requests (.7); meeting with Ms. Hart and Ms. Gardner on case responsibilities (.9); telephone call with plaintiff's counsel concerning "meet and confer" on documents requests for tax records, medical records, and insurance files (.4); review comprehensive lists of employee hiring and terminations since 2013 (.5); emails to Mr. Giles and Ms. Wright to report on pending issues (.4). |
| 12/9/17 | M. Johnson | 2.10 | Review opposition filed by plaintiff to motion to limit depositions (.7); review and revise latest responses to discovery requests (.6); review materials on expert identified by plaintiff's expert as providing opposition to her theories on systemic discrimination (.8). |

2

110439356\V-1

Matter: 15261691-000001
Invoice No.: 1974912

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/13/17 | K. Hart | 3.20 | Correspondence with client regarding outstanding discovery inquiries (.5); draft motion to reopen Plaintiff's deposition and research case law and discovery issues supporting same (2.7). |
| 12/14/17 | K. Hart | 1.60 | Finalize and file motion to reopen Plaintiff's deposition (1.1); draft one page summary for motion to reopen hearing at Judge's behest (.5). |
| 12/14/17 | M. Johnson | 4.90 | Review depo transcripts (1.3); work on request to reopen plaintiff's deposition (.7); review court order on motion (.2); prepare for argument on motion before court (.8); telephone call with Mr. McIntyre concerning sports department depositions (.5); work on summary judgment motion (1.4). |
| 12/15/17 | M. Johnson | 5.60 | Telephone calls and exchanges of email with Mr. McIntyre concerning scheduling and discovery issues (.8); begin review of Bracco deposition transcript (2.0); prepare for and participate in argument before Judge Philips on reopening plaintiff's deposition (1.5); emails to client reporting on successful result of argument before Judge (.3); confer with Dentons team members on issues to be handled over the weekend (.4); begin preparation for depositions of plaintiff and plaintiff's husband (.6). |
| 12/15/17 | K. Hart | 1.70 | Strategize regarding motion for summary judgment, depositions, and motion to exclude expert. |
| 12/16/17 | K. Hart | 1.20 | Correspondence with counsel regarding depositions (.6); strategize regarding discovery and deposition preparations (.6). |
| 12/16/17 | M. Johnson | 4.20 | Exchange emails with Mr. McIntyre concerning scheduling and materials for use in depositions (.6); assemble materials on Jackson, Boal, and Shaffer for Mr. McIntyre (.8); revise draft of summary judgment motion (.8); analyze plaintiff's latest discovery responses to "tease out" topics and witnesses that are truly new and are appropriate for inquiry in upcoming limited reopened plaintiff's deposition (1.3); outline deposition for plaintiff's husband (.7) |
| 12/17/17 | M. Johnson | 4.20 | Prepare for plaintiff's reopened deposition (.8); prepare for deposition of plaintiff's husband (.7); review transcript of plaintiff's deposition (1.5); review transcripts of depositions for material related to Dee Jackson (1.2). |
| 12/18/17 | M. Johnson | 3.10 | Numerous emails concerning depositions, schedule for summary judgment motion, and discovery issues (1.2); telephone call with Mr. McIntyre (.4); review transcript of Bracco deposition and portion of Hofmann deposition on Dee Jackson (1.5). |

Matter: 15261691-000001
Invoice No.: 1974912

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/18/17 | K. Hart | 7.40 | Coordinate deposition scheduling with client and counsel (1.6); contact clerk regarding pro hac and motion for extension (.3); draft, file, and communicate with opposing counsel regarding motion for extension (1.2); preparations and correspondence regarding sports department depositions (2.0); revise response to Plaintiff's meet and confer correspondence regarding discovery (1.8); finalize and serve offer of judgment (.5). |
| 12/18/17 | M. Johnson | 1.90 | Outline issues to be covered in summary judgment motion (.6); research retroactivity of changes in Missouri Human Rights Act (1.3). |
| 12/19/17 | K. Hart | 3.30 | Prepare for depositions of D. Jackson, F. Boal, M. Shafer, C. Cooper, and L. Benson (2.5); strategize regarding outstanding discovery and document production (.8). |
| 12/19/17 | M. Johnson | 5.00 | Prepare outline of Cooper deposition (.7); prepare outline of Benson deposition #2 (.9); revisions to draft summary judgment motion (.7); confer with Ms. Hart concerning discovery issues and upcoming depositions (.6); emails from client concerning Jackson employment, recent dispute concerning host on radio show, and outside school teaching (.8); telephone call with Frank Boal to discuss his deposition (.2); review supplemental interrogatory answers, documents to be produced with the answers, and response to plaintiff's golden rule letter (1.1). |
| 12/20/17 | M. Johnson | 7.50 | Prepare Cooper deposition outline (2.3); review and select documents for use in deposition (.8); prepare Benson deposition outline (2.2); review and select documents for use in Benson deposition (.6); review notes from previous depositions (.5); confer with Ms. Hart on discovery (.4); confer with Ms. Heimel concerning documents to use in depositions (.7). |
| 12/20/17 | K. Hart | 8.00 | Strategize regarding discovery, depositions, and document production (1.5); prepare for depositions of D. Jackson, F. Boal and M. Shafer (6.0); correspondence with client regarding document collection and new developments (.5). |
| 12/21/17 | M. Johnson | 6.80 | Telephone call with Mr. McIntyre and Ms. Hart to discuss results of yesterday's depositions and plan for upcoming events (.6); prepare for and take Carl Cooper's deposition (3.0); final preparation for and take plaintiff's reopened depositions (2.8); review and approval of documents to be produced (.4). |
| 12/21/17 | K. Hart | 6.50 | Strategize regarding discovery, depositions, and document production (.5); prepare for depositions of Plaintiff and her husband (1.7); draft summary of argument to compel tax returns and medical records (.8); finalize golden rule response, supplemental interrogatories, and document production (3.5). |

110439356\V-1

Matter: 15261691-000001
Invoice No.: 1974912

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/21/17 | M. Johnson | 0.80 | Revise outline of summary judgment brief in light of latest deposition testimony (.8). |
| 12/22/17 | M. Johnson | 1.30 | Prepare for and argue motion for access to medical and tax records. |
| 12/22/17 | K. Hart | 4.50 | Review and finalize documents for production. |
| 12/22/17 | M. Johnson | 3.50 | Review rough transcripts of Jackson, Boal, Shaffer, and Cooper depositions. |
| 12/23/17 | M. Johnson | 3.70 | Review rough draft of second volume of Benson deposition (2.3); review latest draft of summary judgment brief (1.4). |
| 12/24/17 | M. Johnson | 3.50 | Further review of deposition transcripts for use in summary judgment motion. |
| 12/25/17 | M. Johnson | 3.50 | Review deposition transcripts. |
| 12/26/17 | M. Johnson | 5.70 | Make additional revisions to draft of summary judgment motion (2.3); review depo transcripts (3.0); email exchange with Ms. Hart concerning summary judgment drafting  (.4). |
| 12/27/17 | M. Johnson | 5.50 | Work on draft of summary judgment brief (2.4); review draft of statement of facts for summary judgment brief (.8); review deposition transcripts (2.3). |
| 12/28/17 | M. Johnson | 4.80 | Work on summary judgment motion and brief (2.5); review and make selections from deposition transcripts for use with summary judgment statement of facts(2.3). |
| 12/28/17 | K. Hart | 0.40 | Revise motion for summary judgment. |
| 12/29/17 | M. Johnson | 5.50 | Work on summary judgment motion and brief (3.4); confer with Ms. Hart on drafts of brief and statement of facts (.4); review Eggers, McMaster, and Eaton deposition transcripts (1.7). |
| 12/29/17 | K. Hart | 2.00 | Draft statement of facts for use in support of summary judgement motion. |
| 12/30/17 | M. Johnson | 3.30 | Revisions to draft of summary judgment brief (2.6); email same to Mr. McIntyre for his review and comment (.2); exchange messages with Mr. McIntyre on brief and statement of facts (.5). |
| 12/30/17 | M. Johnson | 2.50 | Review Eaton, Wall, Cooper, and Benson deposition transcripts (1.5); outline affidavit for Carrie Hofmann for use in support of summary judgment motion (.5); review changes to depositions made by Carrie Hofmann and Melissa Greenstein (.5). |
| 12/30/17 | K. Hart | 6.50 | Draft statement of facts in support of motion for summary judgment. |

6

110439356\V-1

Cooper Discrimination
#0909004015

January 24, 2018

Matter: 15261691-000001
Invoice No.: 1974912

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/31/17 | M. Johnson | 1.80 | Review Boal, Shaffer, Benson (2), and McMaster deposition transcripts (1.8). |
| 12/31/17 | M. Johnson | 3.20 | Review and revise statement of facts (2.8); review depositions citations in statement of facts (.4). |

7

110439356\V-1



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

February 21, 2018

**Invoice No. 1982924**

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

Payment Due Upon Receipt

---

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

---

For Professional Services Rendered through January 31, 2018:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/1/18 | M. Johnson | 3.80 | Revisions to brief (.7); detailed review of statement of undisputed facts (2.1); revisions to same (1.0). |
| 1/2/18 | M. Johnson | 5.50 | Work on revisions to brief and statement of facts, including adding new sections on plaintiff's claims, retroactivity of changes in Missouri Human Rights Act, and failure to exhaust administrative remedies on retaliation claim, and corresponding factual underpinnings of new sections. |
| 1/2/18 | K. Hart | 1.40 | Revise brief and statement of facts in support of motion for summary judgment. |

Please return this page with your payment

| Payments by check should be sent to:<br>Dentons US LLP<br>Dept. 3078<br>Carol Stream, IL 60132-3078 | OR | Payment by wire transfer should be sent to:<br>Citi Private Bank<br>227 West Monroe, Chicago, IL 60606<br>ABA Transit # 271070801<br>Account #: 0801051693<br>Account Name: Dentons US LLP<br>Swift Code: CITIUS33<br>Reference: Invoice # and/or client matter # |
|---|---|---|

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
M. Johnson
at 1 816 460 2400

110439367\V-1



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

February 21, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/3/18 | M. Johnson | 5.60 | Work on revision to brief and statement of fact (2.1); add sections on retroactivity, plaintiff's complaints, and administrative exhaustion (1.2); add section on use of administrative exhaustion as defense to claims in lawsuit(.8); review latest deposition transcripts -- McMaster and Eggers final drafts (1.5). |
| 1/3/18 | K. Hart | 2.00 | Revise brief and statement of facts in support of motion for summary judgment. |
| 1/4/18 | M. Johnson | 6.10 | Work on revision to summary judgment statement of facts (2.2); work on revisions to summary judgment brief (2.3); update deposition files with new transcripts (.3); review latest set of documents produced by plaintiff (.6); contact plaintiff's counsel concerning exceeding page limit on briefs specified in local court rules (.2); review changes made to deposition transcripts by Mr. Bracco, Ms. Hofmann, and Ms. Greenstein (.5). |
| 1/5/18 | M. Johnson | 6.50 | Review transcripts of Benson, Cooper, Hofmann, and Greenstein depositions (2.5); make citation reference changes to summary judgment brief (1.3); review and supplement statement of facts (1.4); exchange messages with Mr. McIntyre (.2); add sections to brief on MHRA revisions (1.1). |
| 1/5/18 | K. Hart | 0.60 | Revise statement of facts in support of motion for summary judgment. |
| 1/6/18 | M. Johnson | 3.50 | Detailed review of latest draft of brief. |
| 1/7/18 | M. Johnson | 2.90 | Make additional revisions to brief (1.4); review depo transcripts and exhibits (.9); draft affidavits for use with brief and statement of facts (.6). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

February 21, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 1/8/18 | M. Johnson | 5.50 | Work on statement of facts (1.7); review latest draft of brief (.5); prepare issues to discuss with Mr. McIntyre (.4); extended telephone call with Mr. McIntyre to discuss brief and case strategy (.7); outline and begin drafting declarations for use with summary judgment motion (1.2); confer with Ms. Hart on research issues(.4); research cases on retaliation and corporate knowledge (.6). |
| 1/8/18 | K. Hart | 2.10 | Case law research in support of motion for summary judgment (1.7); strategize regarding suggestions in support of motion for summary judgment and motion to exclude Plaintiff's expert witness (.4). |
| 1/9/18 | M. Johnson | 5.90 | Draft additional changes to statement of facts (1.3); confer with Mr. McIntyre re same (.5); review draft of brief sent by Mr. McIntyre (2.1); begin incorporation of new facts into statement of facts (.8); review deposition transcripts for necessary citations (1.2). |
| 1/9/18 | K. Hart | 4.50 | Revise statement of facts in support of motion for summary judgment. |
| 1/10/18 | M. Johnson | 6.40 | Extensive review to statement of facts (1.8); revisions to same (1.7); detailed review of brief (1.5); make suggested changes (1.0); telephone call with Mr. McIntyre to discuss drafts of documents(.4). |
| 1/10/18 | K. Hart | 7.20 | Revise brief in support of motion for summary judgment and statement of facts. |
| 1/11/18 | M. Johnson | 8.00 | Work on summary judgment filings (7.5); telephone call with Mr. McIntyre to discuss filings (.5). |
| 1/11/18 | K. Hart | 8.00 | Revise motion for summary judgment brief and statement of facts in support. |
| 1/12/18 | M. Johnson | 8.00 | Work on filings (7.0); oversee filing with court (1.0). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

February 21, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/12/18 | K. Hart | 8.00 | Revise motion for summary judgment brief and statement of facts in support (5.5); prepare exhibits and redactions for filing (2.5). |
| 1/13/18 | M. Johnson | 1.20 | Facilitate service of summary judgment filings on plaintiff's counsel, to start time for response. |
| 1/14/18 | M. Johnson | 3.30 | Review expert witness transcript and articles. |
| 1/15/18 | M. Johnson | 5.20 | Verify filings with federal court clerk (.3); review latest proposed witness changes in deposition transcripts (.5); outline Daubert/motion in limine for expert witness (1.2); review deposition changes filed by plaintiff's counsel (.3); determine whether changes are of substance (.4); review expert witness transcript (2.5). |
| 1/16/18 | K. Hart | 0.70 | Prepare amended suggestions in support of motion for summary judgment (.5); file same(.2). |
| 1/16/18 | M. Johnson | 4.50 | Work on motion in limine for expert witness (2.0); review deposition transcripts (1.3); analyze same (1.2). |
| 1/17/18 | M. Johnson | 4.90 | Review articles cited by expert witness (2.3); further analysis of deposition transcripts (2.6). |
| 1/18/18 | M. Johnson | 4.10 | Outline pretrial filings (.5); research of motion in limine (2.3); review portion of transcript (1.3). |
| 1/19/18 | M. Johnson | 3.50 | Review changes in Biernat deposition (.6); outline issues to cover in motion in limine (.7); review transcript of Wall, Jackson, Boal, and Shaffer depositions (2.2). |
| 1/22/18 | M. Johnson | 3.30 | Email from plaintiff concerning supplemental disclosures (.2); review supplemental disclosures (.6); research rules on filing supplements to initial disclosures (.6); review Biernat transcript (1.4); review latest changes to deposition testimony (.5). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730

000937/085
110439367/V-1



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

February 21, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/23/18 | M. Johnson | 4.00 | Analyze plaintiff's supplemental disclosures (1.3); review court order on scheduling for service of disclosures (.3); review court rules on disclosures (.5); outline motion to strike (.4); work on Biernat motion in limine (1.5). |
| 1/23/18 | K. Hart | 0.40 | Review Plaintiff's supplemental disclosures. |
| 1/24/18 | M. Johnson | 3.20 | Review new issues and witnesses raised in plaintiff's supplemental disclosures (.7); research rules on timeliness of filing (.4); outline motion in limine on expert testimony (.6); begin drafting same (1.5). |
| 1/24/18 | K. Hart | 0.50 | Develop timeline exhibit and support for pleadings and trial. |
| 1/25/18 | M. Johnson | 3.50 | Review Biernat transcript (1.4); work on motion in limine (1.3); telephone call with plaintiff's attorney re extension to respond to summary judgment motion (.2); outline motion to strike supplemental disclosures (.6). |
| 1/26/18 | M. Johnson | 5.00 | Work on motion in limine (2.3); review research on retroactivity of Senate Bill 43 (1.6); further review of Biernat transcript (1.1). |
| 1/27/18 | M. Johnson | 2.00 | Work on deposition transcripts (.5); outline response to plaintiff's reply to summary judgment motion (.8); review plaintiff's bar research on retroactivity of SB 43 (.7). |
| 1/28/18 | M. Johnson | 1.70 | Review order on pretrial filings (.4); outline assignments for filings (.4); work on motion in limine (.9). |
| 1/29/18 | M. Johnson | 4.60 | Work on motion in limine (2.5); exchange emails with Mr. McIntyre on plaintiff's supplemental disclosures (.3); research motion to strike same (.4); work on deposition review (1.4). |
| 1/30/18 | K. Hart | 0.90 | Outline motion to strike supplemental disclosures. |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

February 21, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/30/18 | M. Johnson | 3.70 | Review deposition transcripts for use in response to summary judgment motion reply (2.1); review recent decision on retroactivity of SB 43 burden of proof in employment discrimination cases (.6); work on research concerning late supplemental disclosures (.7); review motion for extension of time to file summary response and court's order granting motion (.3). |
| 1/31/18 | M. Johnson | 3.60 | Work on motion to strike (.5); research for same (.7); review proposed changes to depositions (.6); review schedule for pretrial filings (.4); review depositions (1.4). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

March 23, 2018

**Invoice No. 1993756**

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

Payment Due Upon Receipt

---

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

---

For Professional Services Rendered through February 28, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|------|-----------|-------|-----------|
| 2/1/18 | M. Johnson | 0.60 | Outline reply to summary judgment response (.6). |
| 2/2/18 | M. Johnson | 3.50 | Review motion to strike (.8); update research thereon (.6); research for reply to response to summary judgment motion (2.1). |
| 2/5/18 | M. Johnson | 2.50 | Work on motion for summary judgment reply (.9); review depo transcripts (1.6). |
| 2/6/18 | M. Johnson | 2.10 | Work on motion to strike supplemental disclosures (.7); outline reply to response to summary judgment motion (1.4). |
| 2/7/18 | M. Johnson | 1.90 | Review documents produced by plaintiff (1.2); update spreadsheet with employee information (.7). |

Please return this page with your payment

| Payments by check should be sent to:<br>Dentons US LLP<br>Dept. 3078<br>Carol Stream, IL 60132-3078 | OR | Payment by wire transfer should be sent to:<br>Citi Private Bank<br>227 West Monroe, Chicago, IL 60606<br>ABA Transit # 271070801<br>Account #: 0801051693<br>Account Name: Dentons US LLP<br>Swift Code: CITIUS33<br>Reference: Invoice # and/or client matter # |
|---|---|---|

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
M. Johnson
at 1 816 460 2400



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

March 23, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 2/8/18 | M. Johnson | 1.60 | Review Biernat deposition. |
| 2/9/18 | M. Johnson | 2.70 | Review Biernat deposition transcript (1.2); work on outline of reply to summary judgment (1.5). |
| 2/10/18 | M. Johnson | 2.50 | Review depo transcripts for material to be used in reply to summary judgment motion response. |
| 2/11/18 | K. Hart | 2.30 | Revise motion to exclude Plaintiff's untimely disclosed witnesses. |
| 2/12/18 | M. Johnson | 4.50 | Review plaintiff's response to summary judgment motion, court orders attached thereto, and exhibits filed in support (2.8); review plaintiff's response to statement of uncontroverted facts (1.7). |
| 2/13/18 | M. Johnson | 4.60 | Analyze plaintiff's arguments (2.5); review uncontroverted statements (1.3); review exhibits provided in support of plaintiff's reply (.8). |
| 2/13/18 | K. Hart | 1.00 | Review opposition to motion for summary judgment. |
| 2/14/18 | M. Johnson | 4.60 | Further analysis of plaintiff's brief and response to our statement of uncontroverted facts (2.2); begin listing of items for consideration in reply brief (.4); telephone call with Mr. Mcintyre to discuss reply on summary judgment, motion to strike supplemental disclosures from plaintiff, and motion in limine on expert witness (.5); work on reply brief outline (1.5). |
| 2/15/18 | M. Johnson | 5.30 | Work on reply to summary judgment motion (2.5); review record citations in brief (.7); research law cited by plaintiff(2.1). |
| 2/16/18 | M. Johnson | 5.50 | Preparation of response to reply to summary judgment motion. |
| 2/17/18 | M. Johnson | 4.00 | Work on outline of reply to SJ response (1.5); review record for supporting citations (1.3); review and analyze plaintiffs' reply to statement of uncontroverted facts (1.2). |
| 2/18/18 | M. Johnson | 3.50 | Work on reply to summary judgment responses. |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



DENTONS

Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

March 23, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 2/19/18 | M. Johnson | 4.50 | Work on reply to summary judgment response (2); identify issues with plaintiff's response to uncontroverted facts (2.5). |
| 2/19/18 | K. Hart | 0.60 | Draft reply in support of motion for summary judgment. |
| 2/20/18 | M. Johnson | 4.50 | Work on drafting response to reply to summary judgment motion. |
| 2/20/18 | K. Hart | 0.20 | Correspondence regarding reply in support of motion for summary judgment. |
| 2/21/18 | M. Johnson | 5.90 | Work on reply for summary judgment (3.1); edit motion to strike plaintiff's supplemental disclosures (.6); outline motion in limine on expert witness (.6); review record citations in plaintiff's statement of uncontroverted facts (1.3). |
| 2/22/18 | M. Johnson | 5.50 | Drafting reply to SJ motion and responses to plaintiff's statement of uncontroverted facts. |
| 2/22/18 | K. Hart | 0.30 | Review Plaintiff's supplemental filing. |
| 2/23/18 | K. Hart | 1.00 | Audit letter response; strategize regarding reply in support of summary judgment and supporting facts; revise motion for extension of time. |
| 2/23/18 | M. Johnson | 5.60 | Telephone call with Mr. McIntyre concerning responses (.3); work on reply to statement of uncontroverted facts, including extensive review of record citations in facts (5.3). |
| 2/24/18 | M. Johnson | 3.30 | Work on drafting responses to uncontroverted facts. |
| 2/24/18 | K. Hart | 4.00 | Analyze Plaintiff's Opposition, opinions, and statement of facts in support. |
| 2/25/18 | M. Johnson | 2.30 | Review record for citations to be used in response to plaintiff's statement of uncontroverted facts. |
| 2/26/18 | M. Johnson | 4.50 | Draft responses to statement of uncontroverted facts, including review of record for supporting citations. |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

March 23, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 2/27/18 | M. Johnson | 5.50 | Draft responses to statement of uncontroverted facts, including review of record for supporting citations. |
| 2/28/18 | M. Johnson | 4.10 | Finalize draft of response to plaintiff's uncontroverted facts (2.1); review and comment on draft of reply brief on summary judgment (1.4); review and and revise draft of motion to strike additional disclosures by plaintiff (.6). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

April 9, 2018

**Invoice No. 1998209**

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

**Payment Due Upon Receipt**

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
M. Johnson
at 1 816 460 2400

110439539\V-1



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

April 9, 2018

**Invoice No. 1998209**

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

For Professional Services Rendered through March 31, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 3/1/18 | M. Johnson | 5.30 | Work on brief and response to statement of fact. |
| 3/1/18 | K. Hart | 1.10 | Draft response to Plaintiff's undisputed material facts in support of opposition to motion for summary judgment. |
| 3/2/18 | K. Hart | 7.40 | Draft response to Plaintiff's undisputed material facts in support of opposition to motion for summary judgment (5.2); revise reply in support of motion for summary judgment (2.2). |
| 3/2/18 | M. Johnson | 4.70 | Revise reply to statement of facts (1.8); review and revise reply brief (1.4); identify record citations for statement of facts (1.5). |
| 3/3/18 | M. Johnson | 2.20 | Work on finalizing reply brief and responses to statement of facts. |
| 3/4/18 | M. Johnson | 2.40 | Oversee finalizing of filings (.80); revise last draft of reply brief and responses to uncontroverted facts (1.60). |
| 3/5/18 | K. Hart | 2.30 | Revise reply in support of motion for summary judgment and accompanying response to material facts. |
| 3/5/18 | M. Johnson | 1.20 | Review final versions of brief and response to statement of facts. |
| 3/6/18 | K. Hart | 0.70 | Revise motion to exclude Plaintiff's untimely disclosed witnesses (.40); finalize same (.30). |
| 3/7/18 | M. Johnson | 3.80 | Review schedule for upcoming tasks (.3); work on deposition designations, required by court schedule (1.7); work on Biernat motion in limine (1.8). |
| 3/7/18 | K. Hart | 0.60 | Analyze Plaintiff's supplemental authority regarding retroactivity of the MHRA. |
| 3/8/18 | M. Johnson | 0.60 | Review plaintiff's late-filed supplemental authority. |
| 3/9/18 | M. Johnson | 1.70 | Review plaintiff's supplemental authorities (.9); work on motion in limine (.8). |
| 3/11/18 | M. Johnson | 2.30 | Work on motion in limine. |

Cooper Discrimination
#0909004015

April 9, 2018

Matter: 15261691-000001
Invoice No.: 1998209

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/13/18 | M. Johnson | 2.40 | Email from plaintiff's counsel concerning extension to respond to motion to strike witnesses (.2); work on motion in limine (2.2) |
| 3/14/18 | M. Johnson | 5.20 | Work on deposition designations (1.6); emails concerning extension of time to respond to motion to strike additional witnesses (.4); review Biernat deposition (.6);  work on motion in limine (1.3); outline issues to be handled in trial preparation (1.3). |
| 3/15/18 | M. Johnson | 3.10 | Outline tasks for trial preparation (.8); review court orders setting schedule (.5); confer with Ms. Hart (.3); message arranging conference call with Mr. McIntyre (.1); review Biernat deposition (1.4). |
| 3/15/18 | K. Hart | 1.30 | Review trial deadlines (.40); strategize regarding trial preparations (.90). |
| 3/16/18 | K. Hart | 1.40 | Strategize regarding trial tasks and themes. |
| 3/16/18 | M. Johnson | 4.20 | Confer with Mr. McIntyre concerning tasks to perform for trial preparation (.8); outline motions in limine (1.3); begin assembling materials for jury instructions and voir dire questions (.7); review plaintiff's response to summary judgment motion (1.4). |
| 3/17/18 | M. Johnson | 3.80 | Review depositions of expert witness and Ms. Cooper (2.3); research systemic discrimination (1.5). |
| 3/18/18 | M. Johnson | 1.30 | Research for jury instructions. |
| 3/19/18 | M. Johnson | 3.50 | Review list of witnesses with their involvement in case and projected content of testimony (.8); work on trial issues (1.4); work on Daubert motion (1.3). |
| 3/19/18 | K. Hart | 0.40 | Draft proposed witness list. |
| 3/20/18 | K. Hart | 0.70 | Strategize regarding potential witnesses, deposition designations, and motions in limine. |
| 3/20/18 | M. Johnson | 4.70 | Review depositions (2.1); work on motions in limine (1.8); outline trial testimony (.8) |
| 3/21/18 | M. Johnson | 5.60 | Selection of documents for possible use as exhibits (1.7); review updated employee list for possible inclusion in witness list (.5); obtain copies of jury instructions and voir dire questions (.6); review deposition transcripts and attached exhibits (2.8) |
| 3/22/18 | M. Johnson | 5.70 | Work on trial preparation tasks (.5); email from Mr. McIntyre with offer of judgment (.3); work on motions in limine and witness outlines (2.4); review witness depositions (2.5). |

3

110439539\V-1

Cooper Discrimination
#0909004015

April 9, 2018

Matter: 15261691-000001
Invoice No.: 1998209

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 3/23/18 | K. Hart | 4.90 | Provide background and instruction regarding motions in limine to C. Wood (1.40); research admissibility of deposition testimony for present witnesses (2.20); strategize regarding trial preparations (1.30). |
| 3/23/18 | M. Johnson | 5.10 | Review depositions (1.5); meeting with Ms. Whipple to discuss Judge Phillips' practices (.6); email from Ms. Hart concerning use of depositions at trial (.4); work on trial outlines (.8); serve offer of judgment on plaintiff's deposition (.3); work on in limine motions (1.5). |
| 3/24/18 | M. Johnson | 4.50 | Work on research for Biernat motion (3.0); review of deposition for relevant material (1.5). |
| 3/24/18 | K. Hart | 3.20 | Research Judge Phillips' positions on decision-makers, summary judgment, and rulings relating to similar claims (.80); research Judge Phillips' jury instructions (.60); begin drafting proposed jury instructions (1.20); draft certificate of service to offer of judgment (.60). |
| 3/25/18 | M. Johnson | 3.40 | Review emails concerning use of depositions at trial, judge's definition of supervisor, and tasks to be performed in trial prep (.9); review cases on judge's definition of supervisor (1.3); review instructions and voir dire questions used by Judge (1.2). |
| 3/26/18 | M. Johnson | 5.80 | Review employee lists (.7); outline possible demonstrative exhibits (.6); review depositions (2.4); review jury instructions used in other cases with Judge Philips (.6); review Eighth Circuit Model Instructions for relevant instructions to be proposed (.8); review pleadings for possible distinctions in verdict-directing instructions (.7). |
| 3/26/18 | K. Hart | 0.50 | Designate deposition testimony for S. Eaton. |
| 3/27/18 | K. Hart | 2.10 | Review deposition errata (.70); draft motions in limine regarding client and counsel location and size and to exclude Plaintiff's claimed medical diagnoses and causation (1.40). |
| 3/28/18 | K. Hart | 3.70 | Strategize regarding trial preparations (.60); draft motions in limine (2.6); revise witness list (.50). |
| 3/28/18 | M. Johnson | 7.50 | Meeting to discuss trial preparation tasks (1.0); review latest documents produced (1.5); review Eaton deposition (.8); review Cooper deposition (1.5); review Eighth Circuit model instructions applicable to discrimination cases (1.3); emails concerning pretrial conferences with court (.3); review drafts of motions in limine (1.1). |

4

110439539\V-1

Cooper Discrimination
#0909004015

April 9, 2018

Matter: 15261691-000001
Invoice No.: 1998209

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/29/18 | M. Johnson | 7.50 | Review depositions in preparation for trial (1.5); update wtiness list (.5); outline cross-examination (1.5); work on motions in limine on expert witness (2.0); review latest emails from plaintiff's counsel (.4); update possible demonstrative exhibits (1.6). |
| 3/29/18 | K. Hart | 1.70 | Strategize regarding demonstratives, witness preparations, and motions in limine. |
| 3/30/18 | M. Johnson | 6.90 | Work on Biernat motion (1.3); review draft exhibit list (.5); review draft witness list (.3); comments on lists (.4); review emails from Ms. Heimel concerning questions to court (.6); review jury instructions used by Judge Phillips (1.4); review depositions (2.4). |
| 3/30/18 | K. Hart | 7.20 | Revise motions in limine (3.90); draft exhibit list (2.80), and correspondence with court (.50). |
| 3/31/18 | M. Johnson | 4.10 | Review and make comments of draft motions in limine (1.7); work on Biernat motion (2.4). |

110439539\V-1



| | Dentons US LLP | Salans FMC SNR Denton |
|---|---|---|
| | American Century Tower II | McKenna Long |
| | 4520 Main Street, Suite 1100 | dentons.com |
| | Kansas City, Missouri 64111-7700 | |

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

May 17, 2018

**Invoice No. 2012635**

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

**Payment Due Upon Receipt**

---

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

---

For Professional Services Rendered through April 30, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 4/1/18 | M. Johnson | 5.50 | Review depo transcripts to aid in preparation of cross-examination. |
| 4/2/18 | M. Johnson | 7.60 | Review depo transcripts (3.5); review and analyze court's decision on summary judgment motion (1.3); email exchange with Mr. McIntyre on summary judgment decision (.5); work on cross-examination (1.4); revise motions in limine(.9). |
| 4/2/18 | K. Hart | 5.50 | Analyze order on motion for summary judgment (1.5); review unconscious bias research (3.0); draft motions in limine (1.0). |

Please return this page with your payment

| Payments by check should be sent to: | | Payment by wire transfer should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 3078 | OR | 227 West Monroe, Chicago, IL 60606 |
| Carol Stream, IL 60132-3078 | | ABA Transit # 271070801 |
| | | Account #: 0801051693 |
| | | Account Name: Dentons US LLP |
| | | Swift Code: CITIUS33 |
| | | Reference: Invoice # and/or client matter # |

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
M. Johnson
at 1 816 460 2400

110439639\V-2



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

For your Information - Open Invoices

Salans FMC SNR Denton
McKenna Long
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

May 17, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/3/18 | K. Hart | 7.40 | Strategize regarding impact of summary judgment ruling on case scope and strategy (.5); review additional documents produced by Plaintiff (2.5); revise motions in limine (3.8); trial strategy meeting with M. Johnson and S. McIntyre (.6). |
| 4/3/18 | M. Johnson | 5.80 | Work on motions in limine (1.5); review and analyze papers cited by plaintiff's expert (2.0); telephone conference with Mr. McIntyre to discuss trial prep (.8); trial prep (1.5). |
| 4/4/18 | M. Johnson | 5.30 | Meeting of staff to discuss trial prep issues (1.0); telephone call with Mr. McIntyre and Ms. Smith (.5); review depo transcripts (3.5); telephone call with Ms. Hofmann (.3). |
| 4/4/18 | K. Hart | 5.40 | Correspondence with client regarding information for demonstratives (.4); draft motions in limine (2.0); strategize regarding witness preparations, demonstratives, jury selection, courtroom details, witness and exhibit lists, motions in limine, and other trial details (1.5); analyze Plaintiff's opposition to motion to exclude undisclosed witnesses (1.5). |
| 4/5/18 | M. Johnson | 6.40 | Review and revise several motions in limine (1.6); exchange email correspondence among trial team (.6); review depositions transcripts for preparation of mock cross-examination for our witnesses (2.4); work on Biernat motion (1.8). |
| 4/5/18 | K. Hart | 6.40 | Strategize regarding potential witnesses (.8); revise motions in limine (1.6); research local practices and case law in support of motions in limine (4.0). |
| 4/6/18 | M. Johnson | 7.10 | Work on motions in limine (1.4); work on draft jury instructions (1.2); participate in conference call with court (.3); update list of events in case (.8); meeting with station management to discuss trial prep issues (2.5); work on additional trial prep issues (.9). |
| 4/6/18 | K. Hart | 5.10 | Pre-trial teleconference with court (.3); draft counter-designations and objections to Plaintiff's deposition designations (.9); strategize regarding witnesses (.4); draft jury instructions (3.5). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

May 17, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/7/18 | M. Johnson | 4.00 | Research for and draft Daubert motion on plaintiff's expert witness. |
| 4/7/18 | K. Hart | 2.90 | Research in support of motion to exclude Plaintiff's expert witness (.5); draft introduction and standards to comprehensive motion in limine (1.5); draft jury instructions (.5); draft exhibit list (.4). |
| 4/8/18 | M. Johnson | 4.40 | Review Biernat deposition (1.5); work on motion to exclude testimony (2.3); review draft jury instructions (.6). |
| 4/8/18 | K. Hart | 3.50 | Revise motions in limine (1.6); prepare for witness interviews (1.5); strategize regarding witness list and exhibit list (.4). |
| 4/9/18 | M. Johnson | 5.30 | Finalize draft of motion on plaintiff's expert witness (2.5); confer with Ms. Hart on draft of motion (.5); work on jury instructions (1.0); revise Daubert motion (1.3). |
| 4/9/18 | K. Hart | 5.70 | Witness interview with T. Shaw (2.0); witness interview preparation with R. Smith (1.0); revise motion to exclude Plaintiff's expert witness (.7); strategize regarding witnesses, exhibits, trial preparations, motions in limine, and voir dire (2.0). |
| 4/10/18 | K. Hart | 8.00 | Revise and finalize motions in limine (.5); witness interviews with C. Dubill, M. Greenstein, and J. McMaster (5.5); strategize regarding witness list and trial themes (1.5); revise demonstratives (.5). |
| 4/11/18 | M. Johnson | 6.90 | Review and analyze motions filed by plaintiffs (.7); meeting of team to discuss witness and exhibit lists, and results of meetings with witnesses (1.2); telephone conference with Mr. McIntyre and Ms. Smith to discuss witness assignments (1.4); work on Biernat witness analysis (1.5); work on notes and analyses of several Kansas City witnesses (.9); review several depositions of Kansas City witnesses (1.2). |
| 4/11/18 | K. Hart | 5.00 | Revise demonstratives (.5); analyze Plaintiff's motions in limine (4.5). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

May 17, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/12/18 | K. Hart | 8.00 | Witness interview with D. Wall (2.5); strategize regarding trial witnesses, exhibits and themes (1.5); draft witness outlines (4.0). |
| 4/12/18 | M. Johnson | 7.10 | Work on jury instructions and voir dire questions (.9): work on exhibit list and witness list (1.2); review plaintiff's motion in limine and work on response thereto (1.4); review cases on admissibility of plaintiff's failure to file tax returns (.5); review and analyze plaintiff's trial briefs (1.4); work on notes of witness interviews (1.7). |
| 4/13/18 | M. Johnson | 8.00 | Review and analyze plaintiff's motions in limine (1.2); research for responses to those motions (.9); exchange email with Mr. McIntyre (.3); edit trial brief (.9); edit witness list (.4); edit voir dire questions (.8); work on response to reply to motion to strike late-disclosed witnesses and exhibits (1.4); work on notes from witness interviews (1.2); confer with Ms. Hart on task to complete this weekend (.3); review plaintiff's witness list, exhibit list, and voir dire questions (.6); make revisions to proposed jury instructions (1.1); review final edits to Sam Eaton deposition designations (.4). |
| 4/13/18 | K. Hart | 6.70 | Analyze Plaintiff's trial briefs (3.5); draft voir dire questions (1.5); revise witness and exhibit lists and trial brief (1.2); review additional documents received from client (.5). |
| 4/14/18 | M. Johnson | 5.50 | Trial preparation work, including depo review (1.5), drafting responses to motion in limine (1.2), review plaintiff's recent filings (.6), and testimony outlines (2.3). |
| 4/15/18 | M. Johnson | 2.80 | Work on responses to motion in limine and motion to strike late-disclosed witnesses. |
| 4/15/18 | M. Johnson | 0.50 | Telephone call with Brian Bracco. |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730

000937/085
110439639\V-2



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

May 17, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/16/18 | M. Johnson | 8.00 | Finalize response to motion in limine (1.6); review and revise proposed jury instructions (1.7); telephone call with Mr. McIntyre concerning instructions, witness assignments, and motions in limine (.6); telephone call with witness Brian Bracco (.6); review Bracco deposition (1.6); work on response to plaintiff's reply to motion to strike late-disclosed witnesses (.9); review additional depo transcripts (1); outline issues to be discussed at upcoming pretrial conference (.4); review draft of objections to plaintiff's proposed voir dire questions (.3). |
| 4/16/18 | K. Hart | 6.40 | Revise reply in support of motion to exclude undisclosed witnesses and opposition to Plaintiff's motions in limine (.5); draft voir dire objections (1.0); draft witness outlines (4.9). |
| 4/17/18 | M. Johnson | 4.10 | Work on trial preparation (1.6); review various pretrial filings (2.5). |
| 4/17/18 | K. Hart | 8.00 | Draft witness outlines (4.7); revise objections to Plaintiff's proposed voir dire and draft jury instructions (2.5); review Plaintiff's proposed stipulations of fact and admissibility (.3); analyze Plaintiff's oppositions to Defendant's motions in limine (1.5); coordinate courthouse arrangements (.3). |
| 4/18/18 | K. Hart | 5.90 | Coordinate witness meetings (.4); prepare for witness preparation sessions (2.0); draft witness outlines (3.0); prepare for pretrial conference (.5). |
| 4/18/18 | M. Johnson | 5.80 | Trial preparation (1.5); review plaintiff's pleadings (1.6); create witness files (.5); review witness personnel documents and related materials (.9); begin outlines for several witnesses (1.3); |
| 4/19/18 | M. Johnson | 6.00 | Prepare examination questions for witnesses (2.4); meeting with Ms. Smith and Ms. Hart (2.2); prepare for pretrial conference (1.4). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

May 17, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/19/18 | K. Hart | 6.80 | Prepare for witness preparation sessions (1.6); contact potential jury consultants (.8); draft witness outlines (2.5); prepare for pretrial conference (.5); strategize regarding witnesses and examinations (1.4). |
| 4/20/18 | M. Johnson | 7.30 | Meeting with Mr. McIntyre and Ms. Smith (1.5); pretrial conference at court (2.5); trial preparation (1.7); research cases on expert witness (1.6) |
| 4/20/18 | K. Hart | 8.00 | Prepare for and attend pretrial conference (2.5); strategize regarding trial demonstratives (2.0); witness preparations (3.5). |
| 4/22/18 | M. Johnson | 2.80 | Prepare for meetings with Lindsay Shively and Cynthia Newsome (.7); outline filing on expert witness testimony (.8); work on trial examination (1.3) |
| 4/23/18 | M. Johnson | 8.00 | Meeting with Lindsay Shively (1.6); meeting with Cynthia Newsome (1.3); letter from plaintiff's counsel on trial length (.5); draft responsive letter (.7); review court order on admissibility of "other acts" evidence, expert witness, and length of trial (.6); exchange emails with co-counsel re same (.4); telephone call with Mr. McIntyre re same (.3); draft response to court order (.9); review draft and comments from co-counsel (.6); memorandum to co-counsel re Shively and Newsome (1.1). |
| 4/23/18 | K. Hart | 7.50 | Communications with court clerk regarding technology (.3); strategize regarding demonstratives (.8); draft witness outlines and preparations for witnesses at trial (4.5); research response to Plaintiff's revised expert report (1.5); strategize regarding trial exhibits (.4). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

May 17, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/24/18 | M. Johnson | 8.00 | Meeting with Carla Kreeger (.8); prepare notes after meeting (.4); review draft examination for Carrie Hofmann (1.2); revise draft of opening statement (.7); meeting with co-counsel (.5); review plaintiff's motion for continuance (.5); review court's updated order after pretrial conference, to determine changes from original order (.6); work on examination for expert witness Biernat (.7); review Biernat articles on implicit bias (2.8). |
| 4/24/18 | K. Hart | 5.50 | Strategize regarding demonstratives, motion for continuance, outstanding issues, response to revised expert witness report (1.5); call with C. Hofmann regarding documents (.4); communications with jury consultants (.8); analyze Plaintiff's newly filed pleadings (2.3); revise opening statement and Hoffman direct and cross outlines (.5). |
| 4/25/18 | K. Hart | 1.80 | Meet with J. McMaster (1.2); address ███████████ ████████████ (.5). |
| 4/25/18 | M. Johnson | 5.60 | Review plaintiff's objections to jury instructions and voir dire questions (1.1); research for Biernat cross-examination (2.1); review court's amended order continuing case (.2); work on drafts of examination (2.2). |
| 4/26/18 | M. Johnson | 6.10 | Draft examination based on witness interviews during week (Shively, Newsome) (3.3); review latest court order on rescheduling trial (.2); work on Biernet research (2.6). |
| 4/27/18 | M. Johnson | 4.00 | Work on Biernat cross-examination (2.5); work on objections to voir dire and jury instructions (1.5). |
| 4/27/18 | K. Hart | 0.40 | Strategize regarding tax return issue. |
| 4/30/18 | M. Johnson | 5.80 | Work on pleading concerning use of expert witness testimony at trial (5.5); communicate with witnesses Bracco and Kreegar concerning trial continuance (.3). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730

000937/085
110439639\V-2



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

June 26, 2018

**Invoice No. 2027096**

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

Payment Due Upon Receipt

---

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
M. Johnson
at 1 816 460 2400

110439654\V-1



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

June 26, 2018

**Invoice No. 2027096**

Client/Matter:  15261691-000001

Cooper Discrimination
#0909004015

For Professional Services Rendered through May 31, 2018:

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 5/1/18 | M. Johnson | 2.80 | Work on Biernat research. |
| 5/2/18 | M. Johnson | 3.50 | Review motions concerning voir dire and jury instructions (.6); review court's rulings on motions (.2); work on Biernat examination (1.8); review latest documents (.9). |
| 5/3/18 | M. Johnson | 2.40 | Work on examination for witnesses, Newsome and Kreegar. |
| 5/4/18 | M. Johnson | 2.70 | Work on trial examination for Newsome and Kreegar. |
| 5/7/18 | M. Johnson | 4.60 | Work on trial examination (1.8); research for Biernat expert witness examination (2.1); file organization (.7). |
| 5/8/18 | M. Johnson | 4.60 | Review documents for use with drafting of direct and cross-examination of Carl Cooper, Lindsey Shively and Brian Bracco witnesses (3.5); further preparation of direct examination (1.1). |
| 5/9/18 | M. Johnson | 4.80 | Continue drafting examination for assigned witnesses (1.8); work on Biernat examination and research (2.2); review exhibits identified by plaintiff (.8). |
| 5/10/18 | M. Johnson | 4.50 | Work on trial examination for Bracco and Shively. |
| 5/11/18 | M. Johnson | 3.50 | Work on trial examination for company witnesses and cross-examination for opposing party witnesses (2.0); review Motion for Reconsideration (1.5). |
| 5/14/18 | M. Johnson | 5.40 | Update drafts of trial examination for Bracco, Newsome and Shively. |
| 5/15/18 | M. Johnson | 3.80 | Update drafts of trial examination. |
| 5/16/18 | M. Johnson | 3.60 | Work on trial examination (2.3); review recent filings (1.3). |
| 5/17/18 | M. Johnson | 3.50 | Revisions to Biernat testimony. |
| 5/18/18 | M. Johnson | 3.70 | Review replies to Motion for Reconsideration (2.0); review cases cited therein (1.7). |
| 5/22/18 | M. Johnson | 4.40 | Update list of events for use at trial (1.2); review and revise drafts of trial examination (3.2). |

110439654\V-1



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

June 26, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/23/18 | M. Johnson | 4.10 | Update list of events for use at trial (.9); review and revise drafts of trial examination (3.2). |
| 5/29/18 | M. Johnson | 4.30 | Work on Biernat examination (2.5); review her articles for material to use in cross (1.8). |
| 5/30/18 | M. Johnson | 5.00 | Work on trial examination for Bracco, Carl Cooper and Cynthia Newsome. |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

July 26, 2018

**Invoice No. 2037392**

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

Payment Due Upon Receipt

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
M. Johnson
at 1 816 460 2400

110439689



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

July 26, 2018

**Invoice No. 2037392**

Client/Matter:  15261691-000001

Cooper Discrimination
#0909004015

---

For Professional Services Rendered through June 30, 2018:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/1/18 | M. Johnson | 5.50 | Work on trial examination for several witnesses ( Biernat, Bracco and Eggers). |
| 6/4/18 | M. Johnson | 5.20 | Work on trial examination (Biernat, Bracco, Newsome and Shively). |
| 6/5/18 | K. Hart | 0.20 | Analyze Plaintiff's opposition to Defendant's motion for reconsideration. |
| 6/5/18 | M. Johnson | 4.50 | Work on trial examination (Newsome, Shively, Bracco, Miller and Hicks). |
| 6/7/18 | M. Johnson | 6.00 | Review depositions (Carl Cooper, Brian Bracco, Sam Eaton) for use in preparing trial examination (3.5); work on trial examination drafting (2.5). |
| 6/11/18 | M. Johnson | 4.50 | Work on trial examination (Biernat and Eggers). |
| 6/12/18 | M. Johnson | 5.70 | Work on trial examination (Biernat and Eggers); review Biernat depo transcript for material to be used in examination. |
| 6/12/18 | K. Hart | 0.10 | Correspondence with R. Smith regarding depositions and confidentiality designations. |
| 6/14/18 | K. Hart | 0.90 | Strategize regarding Plaintiff's request for proffer hearing and response (.6); conference with S. McIntyre regarding trial preparation (.3). |
| 6/14/18 | M. Johnson | 4.10 | Confer with Mr. McIntyre concerning plaintiff's potential new claims (.4); emails from plaintiff's counsel (.4); review plaintiff's testimony on termination issues (1.3); work on Biernat examination (1.6); review emails from court on possible proffer hearing (.4). |
| 6/15/18 | K. Hart | 1.30 | Review pretrial hearing transcript and subsequent order and correspondence between counsel and the court regarding outstanding issues for response to request for proffer hearing. |

110439689



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

July 26, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/15/18 | M. Johnson | 3.90 | Review Ms. Hart's analysis of court's rulings on evidentiary issues (.6); review court order (.3); logistical arrangements for hearing (.4); review previous testimony from potential proffer witnesses (1.5). |
| 6/15/18 | K. Hart | 0.10 | Review preservation hold from opposing counsel. |
| 6/16/18 | M. Johnson | 2.00 | Review jury questionnaire (.3); outline issues for handling same (.4); outline possible proffer testimony (.9); logistical issues raised by hearing (.4). |
| 6/18/18 | K. Hart | 2.60 | Strategize regarding response to request for proffer hearing and trial preparation. |
| 6/18/18 | M. Johnson | 4.20 | Work on trial examination (3.7); review material relating to non-renewal of contract and cease and desist from use of social media (.5). |
| 6/19/18 | M. Johnson | 4.90 | Review court's order for status report (.4); work on trial examination (3.6); outline issues to be considered in status report (.5); exchange emails with Mr. McIntyre (.4). |
| 6/20/18 | M. Johnson | 6.40 | Two telephone calls with Mr. McIntyre concerning conference call with opposing counsel (.6); participate in conference call with plaintiff's counsel concerning trial issues (.8); review court's order on status report (.3); review draft of status report sent by plaintiff's counsel (.6); note possible change to status report draft (.4); work on trial examination (3.7). |
| 6/20/18 | K. Hart | 0.40 | Strategize regarding discovery and joint status report. |
| 6/21/18 | M. Johnson | 5.10 | Review draft of status report (.6); make comments thereon (.2); work on trial examination(4.3). |
| 6/21/18 | K. Hart | 0.50 | Revise joint status report. |
| 6/22/18 | M. Johnson | 5.60 | Work on trial examination and selection of documents (3.5); review status report to court (.4); begin to outline issues for August 8 hearing (.9). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

July 26, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/23/18 | M. Johnson | 2.20 | Review documents relating to non-renewal of contract and issues with use of social media (.5); work on trial examination (1.7). |
| 6/24/18 | M. Johnson | 3.80 | Draft trial examination (1.5); review witnesses' depositions to help with trial examination (2.3). |
| 6/25/18 | M. Johnson | 5.40 | Work on trial examination -- Cooper, Bracco, and Kreegar (4.2); review latest pleadings filed by parties (1.2). |
| 6/26/18 | M. Johnson | 5.10 | Review plaintiff's filings on exclusion of evidence (.5); review court order on upcoming hearing (.4); work on cross-examination for witnesses to be proffered (Hicks, Miller, and Biernat) (2.8); review exhibits to be considered for use with trial examination (1.4). |
| 6/27/18 | M. Johnson | 5.10 | Revisions to trial examination (1.3); begin drafting projected cross-examination (1.4); select documents for use with witnesses (.8); review Biernat deposition and order on her testimony (.8); work on Julia Eggers examination (.8). |
| 6/27/18 | K. Hart | 0.30 | Review court order regarding proffer hearing. |
| 6/28/18 | M. Johnson | 5.40 | Work on trial examination and cross-examination (2.4); telephone calls with Mr. McIntyre concerning motion to postpone trial (.5); review and revise draft of motion and proposed order (.6); review court's order on upcoming hearing (.5); review documents to be used for witnesses at trial (1.4). |
| 6/28/18 | K. Hart | 0.40 | Strategize regarding motion to stay case and continue trial. |
| 6/29/18 | K. Hart | 1.00 | Correspondence with court clerk regarding motion to stay case and continue trial (.3); revise motion to file under seal (.7). |
| 6/29/18 | M. Johnson | 4.50 | Work on trial examination (Biernat, Bracco, Shively, Newsome, Miller, and Eggers) (3.7); select documents for use with trial examination (.8). |
| 6/30/18 | M. Johnson | 2.30 | Review Biernat articles and peer-reviewed publications. |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri  64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

August 16, 2018

**Invoice No. 2044521**

Client/Matter:  15261691-000001

Cooper Discrimination
#0909004015

---

For Professional Services Rendered through July 31, 2018:

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 7/1/18 | M. Johnson | 3.80 | Edit drafts of trial testimony (2.5); review filing in response to plaintiff's reply on tex filings and expert witness (1.3). |
| 7/2/18 | K. Hart | 2.30 | Review court correspondence and order (.8); revise draft witness examinations for trial (1.5). |
| 7/2/18 | M. Johnson | 8.00 | Work on trial examination (3.4); review emails concerning plaintiff's response on motion to continue (.6); work on expert witness issues (2.3); review court order on hearing and response to motion to continue (.3); Review Eggers transcript (1.4). |
| 7/3/18 | M. Johnson | 5.10 | Review latest filings by plaintiff (.5); research MHRA retroactivity (2.3); exchange of emails with Mr. McIntyre and Ms. Smith (.4); review court's order on motion to continue (.4); work on trial examination (1.5). |
| 7/4/18 | K. Hart | 0.80 | Draft brief regarding applicability of 2017 amendments to MHRA. |
| 7/5/18 | K. Hart | 2.20 | Research, strategize, and draft brief regarding applicability of 2017 amendments to MHRA. |
| 7/5/18 | M. Johnson | 5.80 | Work in MHRA filing and research (2.4); confer with Ms. Hart re same (.6); review plaintiff's filing (.5); review Biernat deposition and work on trial examination (2.3). |
| 7/6/18 | K. Hart | 1.00 | Strategize regarding briefing on MHRA retroactivity (.3); revise brief (.7) |
| 7/6/18 | M. Johnson | 5.20 | Review drafts of MHRA filing (.7); telephone calls re same (.6); review plaintiff's MHRA filing (.8); work on trial examination (3.1). |
| 7/7/18 | M. Johnson | 3.30 | Work on trial examination (1.8); review cases cited in plaintiff's MHRA filing (1.5). |
| 7/8/18 | M. Johnson | 2.60 | Review plaintiff's filings in response to motion to continue, including proposed second amended complaint and deposition notice. |

110439707



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

August 16, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| **Date** | **Timekeeper** | **Hours** | **Narrative** |
|---|---|---|---|
| 7/9/18 | M. Johnson | 5.30 | Revisions to trial examination (2.1); review plaintiff's filings on possible continuance of trial, second amended complaint, and discovery requests (1.4); review documents for possible production (1.8). |
| 7/10/18 | M. Johnson | 6.00 | Work on revisions to trial examination (2.4); work on cross-examination for plaintiff's expert (1.3); research instructions for retaliation claim arising out of contract non-renewal, i.e., a retaliatory termination claim (1.4); review cases cited by plaintiff in MHRA filing (.9). |
| 7/12/18 | M. Johnson | 5.50 | Work on trial examination. |
| 7/13/18 | M. Johnson | 4.00 | Review briefs filed on MHRA and hearing issues (1.3); review emails on scheduling issues and possible new trial dates (.4); work on Biernat examination (2.3). |
| 7/14/18 | M. Johnson | 3.30 | Review latest filings by plaintiff, including supporting exhibits (1.6); review emails on scheduling (.3); prep for possible trail and hearing prior to trial (1.4) |
| 7/16/18 | M. Johnson | 4.80 | Work on material and examination for upcoming hearing (3.3); trial prep (1.5). |
| 7/16/18 | K. Hart | 0.90 | Analyze recently filed pleadings and correspondence. |
| 7/17/18 | K. Hart | 0.30 | Correspondence with court regarding potential trial dates. |
| 7/17/18 | M. Johnson | 2.80 | Review emails from Mr. McIntyre (.4); telephone call with Mr. Mcintyre concerning scheduling (.3); research on use of unemployment proceedings (.8); email to Ms. Wright and Mr. McIntyre re use of unemployment proceedings (.3); work on trial examination and hearing prep (1.0). |
| 7/18/18 | K. Hart | 2.50 | Research and summarize case law regarding challenges to claims for unemployment benefits and admissibility of same. |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

August 16, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/19/18 | M. Johnson | 5.10 | Review latest filings (1.2); read cases cited in plaintiff's filing (2.0); work on trial examination (1.5); review court's order on hearing (.4). |
| 7/20/18 | M. Johnson | 4.30 | Review and analyze second amended complaint (1.3); review court's order on complaint (.4); compare second amended complaint with allowed content per court order (1.2); work on research concerning failure to abide by court's order (.8); consider actions to take to challenge content of second amended complaint (.6). |
| 7/23/18 | K. Hart | 0.20 | Strategize regarding motion to transfer and/or motion to reconsider. |
| 7/24/18 | M. Johnson | 3.30 | Confer with Mr. McIntyre concerning content of second amended complaint and possible hearing (.5); work on prep for August 8 hearing (1.6); review latest pleadings on amended complaint (.8); review emails concerning scheduling of discovery (.4). |
| 7/25/18 | M. Johnson | 4.60 | Review drafts of motion to strike and motion concerning discovery (.8); make comments on both motions (.7); review emails on scheduling issues (.3); update list of exhibits for use at trial and in upcoming discovery (.8); review report from investigator (.8); work on examination for upcoming hearing (1.2). |
| 7/26/18 | M. Johnson | 4.70 | Review motions drafts (1.3); work on hearing examination (1.4); review email correspondence on scheduling (.4); review Biernat deposition transcript for materials (1.2); update list of exhibits to be used (.4). |
| 7/27/18 | M. Johnson | 4.10 | Review latest court orders on hearing (.6); review motions to strike and to dismiss (1.4); scheduling entries on new schedule (.4); work on logistical issues (.4); finalize drafting of hearing examination (1.3). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

August 16, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/29/18 | M. Johnson | 3.70 | Work on document organization (1.5); enter new schedule (.6); work on trial examination (1.6). |
| 7/30/18 | M. Johnson | 5.90 | Work on trial examination (2.5); work on review of briefs (1.5); review latest court orders (.5); review Biernat transcript (1.4). |
| 7/31/18 | M. Johnson | 5.50 | Research effect of response to unemployment office inquiry (1.3); response to email from Mr. McIntyre re same (.2); work on trial examination (2.1); review changes to deposition testimony (.7); read Biernet studies on implicit bias (1.2). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Alston Hunt Floyd & Ing is
now Dentons -- Continuing
services throughout Hawai`i
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

September 18, 2018

**Invoice No. 2055009**

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

---

For Professional Services Rendered through August 31, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|------|------------|-------|-----------|
| 8/1/18 | M. Johnson | 5.80 | Review latest court order and pleadings (.5); exchange of emails on scheduling (.3); research issue relating to responding to claim for unemployment compensation (.5); email exchange with Mr. McIntyre concerning such claim (.3); work on trial examination (1.8); update timeline of events in case (.6); review and analyze court order on reconsideration (.6); review cases cited in order (.8). |
| 8/3/18 | M. Johnson | 6.00 | Research tax and tax filing issues, including federal, state, and city tax filings (3.5); review court order on tax filing and expert witness testimony (.5); work on examination for expert witness (2). |
| 8/3/18 | K. Hart | 0.90 | Analyze local rule regarding motion pleading requirements; conference with R. Smith regarding upcoming depositions, pleadings, and trial tasks; correspondence regarding jury consultant proposals; review court order granting motion for reconsideration. |
| 8/6/18 | M. Johnson | 4.50 | Research tax issues, including federal and state filings (2.1); research municipal earnings tax issues (1.3); telephone call from plaintiff's counsel concerning scheduling, expert witness availability, and possible motion to dismiss/strike amended complaint (.4); review Benson Cooper depositions sections relating to tax issues (.7). |
| 8/7/18 | M. Johnson | 5.30 | Research tax issues, including federal and state filings (2.1); research municipal earnings tax issues (1.3); review drafts of filings (1.2); update files (.7). |
| 8/8/18 | M. Johnson | 5.10 | Work on Biernat examination (2.8); review drafts of motions (.9); review email correspondence (.4); telephone call from plaintiff's counsel on schedule and related issues (.4); review Cooper depo on tax issues (.6). |
| 8/10/18 | M. Johnson | 5.80 | Review several filings in response to second amended complaint (1.4); work on tax research (2.1); work on examination for upcoming hearing (2.3). |



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai`i
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

September 18, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

---

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/10/18 | K. Hart | 0.30 | Review motion for reconsideration and motion to dismiss. |
| 8/13/18 | M. Johnson | 5.50 | Work on tax research (.4); confer with Ms. Hart (.3); email from Mr. McIntyre concerning tax subpoenas (.2); research for subpoenas (.7); work on hearing examination (2.3); review recently-filed motions (1.3); review court's order on motion to dismiss (.3). |
| 8/14/18 | M. Johnson | 4.10 | Review motions, court order, and emails exchanged on 30(b)(6) deposition (1.2); call from Mr. McIntyre (.2); work on trail examination (1.3); review Biernat and Benson Cooper depositions (1.4) |
| 8/15/18 | M. Johnson | 5.40 | Review draft letter to plaintiff's counsel concerning deposition and duces tecum (.6); telephone call with Mr. McIntyre to provide comments on letter (.3); review final letter (.4); draft email as follow up to letter (.3); review court order on motion to strike (.4); update schedule (.5); download, print, and review Molloy documents (.7); arrangements for Molloy depo preparation session (.3); work on Biernat examination (.8); work on Hicks and Jackson examination (.7); emails from Ms. Smith re documents for depo prep (.4). |
| 8/16/18 | M. Johnson | 7.10 | Work on discovery requests (.7); review and revise tax return authorizations (.4); meeting with Mr. McIntyre (1.5); meeting with Mr. Mcintyre and Ms. Molloy (.6); review Molloy documents and report (1.8); review plaintiff's deposition excerpts on tax filing issues (1.3); review briefing on tax issues from both sides (1). |
| 8/16/18 | K. Hart | 1.40 | Review document production; draft discovery regarding tax filings. |
| 8/17/18 | K. Hart | 1.90 | Strategize regarding discovery, expert witnesses, and research in support of upcoming motions. |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai`i
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

September 18, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/17/18 | M. Johnson | 6.30 | Review Molloy documents (2.5); work on Biernat Examination (.8); review Biernat studies and documents(1.4); Meeting with Mr. McIntyre (.5); work on research into various discovery issues (.8); review discovery requests (.3). |
| 8/18/18 | M. Johnson | 2.50 | Email from Mr. McIntyre concerning numerous tactical issues (.4); work on answers to questions raised in email (.7); review Biernat studies and reports on implicit bias (1.4). |
| 8/19/18 | M. Johnson | 3.30 | Research on corporate issues raised by plaintiff's businesses (1.6); research evidentiary issues raised by Molloy testimony and Egan participation in investigation (1.7). |
| 8/20/18 | K. Hart | 0.50 | Draft motion to quash subpoena. |
| 8/20/18 | M. Johnson | 6.70 | Review and revise drafts of document requests, interrogatories, and associated medical authorizations (1.4); review Biernat articles and studies (1.3); work on Biernat examination (1.5); exchange emails and telephone call with plaintiff's counsel, concerning production of documents pursuant tot Rule 30(b)(6) notice (.4); telephone call to Mr. Wurzbacker to relay plaintiff's consent to non-production of documents (.2); review second drafts of discovery requests and make suggested changes (.9); emails with Ms. Hart on motion to quash (.4); review plaintiff's postings on Heydek article (.5). |
| 8/21/18 | M. Johnson | 4.80 | Work on discovery requests (2.3); emails concerning discovery (.6); emails concerning depositions (.4); telephone call with plaintiff's counsel concerning depositions (.3); confer with Ms. Hart on pending research issues (1.2). |
| 8/21/18 | K. Hart | 3.50 | Investigate Plaintiff and spouse business incorporations and filings; research tax questions and forms; revise discovery requests and accompanying release forms. |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai`i
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

September 18, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/24/18 | M. Johnson | 2.70 | Review several emails from Mr. McIntyre (.4); research tax issues to identify possible tax expert (.5); ▮▮▮▮▮ per Mr. McIntyre's request (.5); review draft of questions to be answered in 30(b)(6) for comment requested by Mr. McIntyre (.6); start work on ▮▮▮▮▮ as requested by Mr. McIntyre (.7). |
| 8/27/18 | M. Johnson | 2.90 | Review latest pleadings (.7); analysis of plaintiff's document requests (.4); provide advice to Mr. McIntyre on responses to plaintiff's documents requests (.6); update calendar for future activities (.3); review motion to reconsider court's latest order on amended complaint (.4); consider possible subpoena to plaintiff's husband and outline procedure for preparation and service (.5). |
| 8/29/18 | M. Johnson | 4.90 | Provide comments on 30(b)(6) document requests (.5); review Biernat articles (2.3); update outline of examination (1.1); review latest pleadings (.6); prepare comments for telephone call with plaintiff's counsel on upcoming depositions (.4). |
| 8/30/18 | M. Johnson | 5.80 | Prepare ▮▮▮▮▮ projections (.8); email same to Mr. McIntyre (.2); telephone call with Mr. McIntyre to discuss several issues, including upcoming call with plaintiff's counsel to discuss discovery issues, budgeting for trial and trial prep, and anticipated motion practice (.4); work on latest pleadings and discovery requests (.7); confer with Ms. Hart on upcoming tasks (.3); outline issues for several witnesses (1.1); review Eggers, Biernat, and Cooper depositions (2.3). |
| 8/30/18 | K. Hart | 0.50 | Revise updated ▮▮▮▮▮ |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai`i
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

September 18, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/31/18 | M. Johnson | 5.50 | Work on outlines of testimony and presentations (1.6); work on outlines of exhibits (.8); review exhibits for use in earlier trial prep to verify information ███████ (.5); review plaintiff's response to motion to dismiss (.8); review plaintiff's latest document requests for depositions (.4); review deposition transcripts (1.4) |
| 8/31/18 | K. Hart | 0.20 | Respond to inquiry regarding local rules; review Defendant's reply in support of motion to strike. |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Alston Hunt Floyd & Ing is
now Dentons -- Continuing
services throughout Hawai`i
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

October 15, 2018

**Invoice No. 2064404**

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

Payment Due Upon Receipt

---

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
M. Johnson
at 1 816 460 2400



DENTONS US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Alston Hunt Floyd & Ing is
now Dentons -- Continuing
services throughout Hawai`i
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

October 15, 2018

**Invoice No. 2064404**

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

For Professional Services Rendered through September 30, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 9/4/18 | M. Johnson | 2.90 | Review Mr. McIntyre's letter on discovery issues (.6); work on latest pleadings (1.5); review response to plaintiff's reply to motion to dismiss (.8). |
| 9/4/18 | K. Hart | 0.10 | Review reply in support of motion to strike; revise certificate of service. |
| 9/5/18 | K. Hart | 0.40 | Respond to R. Smith inquiries regarding discovery disputes and discovery. |
| 9/5/18 | M. Johnson | 2.60 | Work on tax research (1.2); review deposition transcripts (1.4). |
| 9/6/18 | M. Johnson | 2.90 | Work on hearing examination (1.4); review latest pleadings (.4); emails with plaintiff's counsel (.3); telephone call with plaintiff's counsel on discovery (.8). |
| 9/6/18 | K. Hart | 0.50 | Strategize regarding response to 30(b)(6) topics and requests (.30); review previous productions and interrogatory responses per R. Smith inquiry (.20). |
| 9/7/18 | M. Johnson | 1.90 | Review latest pleadings (.6); work on identifying tax expert (1.3). |
| 9/10/18 | K. Hart | 0.70 | Strategize regarding response to 30(b)(6) topics and requests (.40); review previous productions and interrogatory responses with R. Smith (.30). |
| 9/10/18 | M. Johnson | 2.10 | Work on hearing examination (1.2); update discovery requests and schedule (.9). |
| 9/11/18 | M. Johnson | 4.00 | Discussion with Mr. McIntyre on responses to discovery requests (.5); work on expert testimony (1.4); review expert deposition (1.2); telephone call with investigator prospect(.4); review latest filings (.5). |
| 9/11/18 | K. Hart | 0.50 | Statutory and case law research relating to tax issues and expert. |

110441810

Matter: 15261691-000001
Invoice No.: 2064404

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 9/12/18 | M. Johnson | 2.50 | Work on discovery issues (.8); help draft filing with court on discovery dispute (.6); participate in meet and confer with opposing counsel (.7); confer with Mr. McIntyre and Ms. Smith concerning results of meet and confer (.4). |
| 9/12/18 | K. Hart | 0.60 | Strategize regarding ███████ |
| 9/13/18 | M. Johnson | 3.80 | Work on discovery issues (.8); identify investigator, possible tax expert (1.6); review and comment on draft filing with court in discovery dispute (.6); conference call with court on discovery (.8). |
| 9/14/18 | M. Johnson | 4.10 | review latest filings and discovery requests. |
| 9/17/18 | M. Johnson | 4.30 | Work on expert witnesses (1.2); outline exam for witnesses (.7); review latest documents produced (.8); review emails concerning arrangements for discovery (.5); review notes from conference call with court on discovery (.6); telephone calls with Mr. McIntyre re discovery, hearing schedules, and other matters (.5). |
| 9/18/18 | M. Johnson | 4.70 | Review deposition transcripts for information to be used in discovery (2.1); research tax issues (.9); update list of dates (.4); outline examination (.6); exchange emails concerning scheduling and discovery (.7). |
| 9/19/18 | M. Johnson | 3.20 | Examine Biernat documents (1.5); work on expert witness identification (.9); outline latest information for us on tax matters (.8). |
| 9/20/18 | M. Johnson | 5.30 | Work on tax expert issues (.7); work on expert witness examination (1.3); review reply to response to motion to dismiss (1.2); review Biernat articles (2.1). |
| 9/21/18 | M. Johnson | 1.90 | Review results of research on non-filing of tax returns (.7); emails exchanged on same issue (.4); review latest filings on motion to dismiss (.8). |
| 9/24/18 | K. Hart | 0.20 | Correspondence regarding corporate representative deposition. |
| 9/24/18 | M. Johnson | 2.60 | Work on Biertnat examination. |
| 9/25/18 | M. Johnson | 5.60 | Review latest pleadings (.7); review and analyze court order on motion to dismiss (.5); review Biernet depo (1.2); review depos from Bracco and plaintiffs (3.2). |
| 9/25/18 | K. Hart | 1.70 | Assist with preparations for corporate representative deposition (1.2). |

Cooper Discrimination
#0909004015
Matter: 15261691-000001
Invoice No.: 2064404

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 9/26/18 | M. Johnson | 4.00 | Confer with Mr. McIntyre on expert witness and 30(b)(6) issues (.5); meeting with prospective tax expert (1.2); exchange voice mails with prospective expert (.3); work on identification of investigator (.7); gather information concerning prospective experts on journalism issues (1.3). |
| 9/26/18 | K. Hart | 3.30 | Prepare for corporate representative deposition; review court order; assist with document production. |
| 9/27/18 | K. Hart | 6.90 | Deposition preparation and assistance; document production; strategize regarding ▮▮▮▮▮▮▮▮▮ |
| 9/27/18 | M. Johnson | 4.00 | Confer with Mr. McIntyre on expert witness issues (.5); respond to questions raised by Mr. McIntyre on various trial and discovery issues (.7); confer with Ms. Hart on tasks to be performed to help in preparation for 30(b)(6) depositions (.3); work on witness files and draft outlines of witness examination (1.8); review several emails on documents to be produced at upcoming depositions (.4); verify assembly of documents for depositions (.3). |
| 9/28/18 | M. Johnson | 5.30 | Telephone call to discuss tasks to be performed for trial prep (.8); email to Ms. Hart re trial prep tasks (.3); review Molloy deposition (1.5); outline expert witness reports (.7); research local rules on expert witness reports (.6); review plaintiff's expert report (.5); review court's order on promotions still to be considered as issues in the case (.4); begin to outline chart containing all relevant information on promotions plaintiff claims were denied to her (.8). |

110441810



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Alston Hunt Floyd & Ing is
now Dentons -- Continuing
services throughout Hawai`i
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

November 19, 2018

**Invoice No. 2079412**

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

Payment Due Upon Receipt

---

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
M. Johnson
at 1 816 460 2400



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Alston Hunt Floyd & Ing is
now Dentons -- Continuing
services throughout Hawai`i
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

November 19, 2018

**Invoice No. 2079412**

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

For Professional Services Rendered through October 31, 2018:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 9/28/18 | K. Hart | 1.60 | Research regarding tax returns and authorizations and medical records. |
| 10/1/18 | M. Johnson | 2.70 | Confer with Ms. Hart on tasks to perform (.4); review depo transcripts (2.3). |
| 10/2/18 | M. Johnson | 5.10 | Review deposition transcripts (2.1); analyze latest court orders (1.2); work on information to be presented to investigator (1.8). |
| 10/2/18 | K. Heimel | 0.20 | Coordinate on reservations of witness prep rooms and reserving a visiting office for S. McIntyre's visit for 10/15 - 10/17 depositions. |
| 10/2/18 | K. Hart | 0.90 | Preparations for depositions of C. Dubill, J. McMaster, S. Winkler, and S. Watt (.5); analyze document requests related to same (.4). |
| 10/3/18 | K. Hart | 0.50 | Assist with preparation for ███████ |
| 10/3/18 | K. Heimel | 2.00 | Analyze and review case documents for all materials referencing Lisa Benson & Cooper's work outside Scripps while employed, for ██████████████ |
| 10/3/18 | M. Johnson | 3.30 | Prepare information for ███████████ review Molloy and Hunter reports (1.4); outline expert witness disclosure pleadings (.6). |
| 10/4/18 | M. Johnson | 4.40 | Assemble and review documents for meeting with ███████ (.8); meeting with ██████████ review discovery documents (.9); work on hearing preparation (1.4). |
| 10/5/18 | M. Johnson | 4.90 | Review Cooper and Benson depositions (2.3); review emails on discovery matters (.5); emails with Mr. McIntyre concerning meeting with █████████ (.4); research tax issues and subpoena procedures (.9); work on hearing issues (.8). |
| 10/5/18 | K. Heimel | 0.60 | Strategize on preparing for upcoming depositions and evidentiary discovery hearing on 10/24. |
| 10/5/18 | K. Hart | 1.70 | Preparations for upcoming depositions and evidentiary hearing. |

Case 4:17-cv-00041-BP   Document 405-9   Filed 03/07/19   Page 111 of 144

Matter: 15261691-000001
Invoice No.: 2079412

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/6/18 | M. Johnson | 3.80 | Review plaintiff's discovery responses (1.5); emails from Ms. Smith and Mr. McIntyre concerning discovery responses and reaction to court (.6); outline issues for subpoenas (.6); review latest pleadings and court order (.5); work on issues for upcoming hearing (.6). |
| 10/8/18 | K. Heimel | 1.10 | Prepare personnel files for return to client, including inventory of all files being returned and contents of personnel files. |
| 10/8/18 | M. Johnson | 4.60 | Work on discovery issues and outline content for subpoenas (1.3); review deposition testimony for preparation of subpoenas (.8); update matrix on promotion claim evidence (.9); review depositions for evidence and documents to be incorporated into matrix (1.6). |
| 10/9/18 | K. Heimel | 0.20 | Coordinate logistics with co-counsel re: Scott McIntyre's deposition prep for this Thurs/Fri. |
| 10/9/18 | M. Johnson | 5.00 | Review deposition transcripts (2.5); work on outlines of hearing testimony (1.1); review plaintiff's discovery responses (.8); update matrix on three "promotion" claims (.6). |
| 10/9/18 | K. Hart | 1.30 | Strategize regarding plaintiff's discovery responses and document production (.4); prepare matrix of plaintiff's purported lost promotions (.9). |
| 10/10/18 | K. Heimel | 0.10 | Update case file with additional court filings from the last week. |
| 10/10/18 | K. Heimel | 0.50 | Prepare Scripps' third requests for production for service on opposing counsel (.4); draft and file certificate of service re: same with court (.1). |
| 10/10/18 | M. Johnson | 3.50 | Work on latest pleadings and discovery drafts (2.3); review documents produced by plaintiff and responses to interrogatories (1.2). |
| 10/10/18 | K. Hart | 2.50 | Draft meet and confer correspondence regarding deposition subpoenas (1.0); revise discovery requests (1.0); review supplemental expert report (.5). |
| 10/11/18 | K. Heimel | 2.90 | Strategize on pretrial needs, and preparation for upcoming discovery hearing (.5); update case file with new productions from Plaintiffs and Defendants (from Baker Hostetler) (1.3); update trial team task list (.2); Prepare Scripps' Answers to Second Interrogatories and Answers to Fourth Requests for Production and Scripps documents, Bates Nos. 4413-4571 for production to opposing counsel (.7); draft and file certificate of service re: same (.2). |

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/11/18 | M. Johnson | 5.70 | Meeting with Mr. McIntyre to discuss pending issues (.5); work on discovery drafts (1.5); review latest pleadings; (1.2) review documents produced by plaintiff (2.5). |
| 10/11/18 | K. Hart | 2.60 | Correspondence regarding verification of discovery responses (.3); assist in deposition preparations (1.3); coordinate paralegal direction and assignments (.3); distinguish case law cited in plaintiff's discovery responses (.7). |
| 10/11/18 | C. Wood | 3.10 | Research cases cited by plaintiff re: damages; summarize applicability of same; research and analyze Missouri verdicts/awards in employment cases; provide summary of same to M. Johnson for review; review discovery requests/responses. |
| 10/12/18 | C. Wood | 2.00 | Discussion with K. Hart re: discovery of tax documents (.4); review of discovery responses and documents produced re: same (1.6). |
| 10/12/18 | K. Hart | 1.90 | Provide direction to C. Wood regarding research questions (.2); analyze discovery responses and document production (1.5); follow up regarding witness files (.2). |
| 10/12/18 | K. Heimel | 1.30 | Prepare subpoena to Carl Cooper and draft documents request language to accompany subpoena for tax documents filed 2012-2017 (.5); prepare tax exhibits A-C re: same (.8). |
| 10/12/18 | K. Heimel | 0.30 | Update witness file for Terra Hall in preparation for discovery hearing and continued prep for trial. |
| 10/12/18 | M. Johnson | 5.50 | Work on budget and liability analysis (1.3); work on transcript analysis (1.6); confer with ▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆ (.6); work on subpoena for Carl Cooper (.5); work on letter concerning discovery matters (.9); emails on discovery and scheduling matters (.6). |
| 10/13/18 | K. Hart | 0.60 | Telephone call with J. Conway regarding communications with J. McMaster and plaintiff. |
| 10/14/18 | M. Johnson | 3.60 | Email exchange with Mr. McIntyre on pending matters (.3); work on subpoena for Carl Cooper (.5); work on expert witness disclosures (.9); assemble documents for transmittal to expert witness McInerney (.6); review Molloy deposition in relation to expert witness disclosure (1.3). |
| 10/15/18 | K. Heimel | 0.90 | Prepare materials to be sent to expert Pat McInerney (.3); arrange delivery of same (.2); create expert witness files for McInerney, Malloy and Hunter (.4). |

Matter: 15261691-000001
Invoice No.: 2079412

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 10/15/18 | M. Johnson | 7.20 | Prepare and send documents to expert Pat McInerney (.5); email exchange with Mr. McIntyre concerning expert witnesses (.3); telephone call with Mr. McIntyre concerning upcoming depositions of Mssrs. Winkler and Watt (.5); work on revisions to subpoena to Carl Cooper (.4); work on expert witness disclosures, including emails to Mr. Hunter and Ms. Molloy to obtain information for use with disclosures, and review of experts' reports (1.2); review and analyze latest supplemental disclosure from plaintiffs (.5); compare latest changes with original report (.4); work on golden rule letter in response to plaintiff's discovery responses (.5); work on claims matrix, including adding deposition cites to use as evidence. (1.4); participate in interviews of potential expert witnesses ███████ ██████████████ (1.5). |
| 10/15/18 | K. Heimel | 1.30 | Continue to prepare for discovery hearing including updating witness files (1.0); edits to discovery index (.3). |
| 10/15/18 | C. Wood | 4.10 | Review most recent production of documents provided by plaintiff (.5); compare same to discovery response and check for accuracy (1.1); research and compile applicable laws relating to discovery responses and failure to disclose tax information (1.5); respond to questions from M. Johnson and K. Hart re: scope of discovery produced (1.0). |
| 10/15/18 | K. Hart | 1.10 | Correspondence with ██████████ regarding voir dire, ███████████████ (.2); draft meet and confer correspondence (.4); review materials provided to expert; strategize regarding employment counselor privilege (.5). |
| 10/16/18 | M. Johnson | 6.70 | Telephone call with Mr. McIntyre to discuss pending matters (.4); review and revise draft of golden rule letter on plaintiff's discovery responses (.4); review and revise draft of subpoena to Carl Cooper (.2); work on email concerning Watt and Winkler depositions (.4); email correspondence on depositions schedules (.7); review report from █████████ on updated research (.8); review Biernat deposition (1.3); work on expert witness lists and assembling of documents for experts to review (.7); review Biernat's "revised" initial report and her supplemental report (.9); review Biernat depo to determine documents provided to her by plaintiff (.9). |
| 10/16/18 | K. Heimel | 2.50 | Edits to document request language to accompany subpoena to Carl Cooper for tax documents (.5); continue to update production index in preparation for discovery hearing and pretrial deadlines (1.5); analyze and review McMaster deposition testimony and key evidence regarding decision making around her hiring and update Evidence Matrix (.5). |

Matter: 15261691-000001
Invoice No.: 2079412

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 10/16/18 | K. Hart | 1.60 | Contact J. Conway regarding interactions with KSHB employees (.7); draft meet and confer correspondence regarding Plaintiff's responses to third set of discovery requests (.5); preparations for evidentiary hearing (.4). |
| 10/17/18 | K. Heimel | 0.20 | Update case calendar re: parties' agreement to extend deadline for Watt & Winkler to produce documents. |
| 10/17/18 | K. Heimel | 0.70 | Analyze and review recent document productions by both parties and prepare expert witness files (.5); update witness files (.2). |
| 10/17/18 | K. Hart | 1.40 | Review supplemental document production (.3); coordinate notarization of interrogatory responses (.1); correspondence regarding document production and deadlines (.3); prepare witness files (.2); review ███████████ (.2); correspondence with ███████ (.3). |
| 10/17/18 | M. Johnson | 4.90 | Review several emails from Mr. McIntyre concerning depositions and other issues (.7); review email from ████ with ████████████████ (.5); work on expert witness issues (2.3); outline expert witness disclosures (.7); review materials sent to experts (.6); analyze Biernat's supplemental report (.7). |
| 10/18/18 | K. Heimel | 1.10 | Make edits to subpoena to Carl Cooper for documents (.4); draft notice of subpoena to be served on all parties (.3); draft certificate of service regarding notice of subpoena (.2); prepare same to be filed and served (.2). |
| 10/18/18 | M. Johnson | 6.50 | Meeting with ████████ to discuss ████████████ (2.0); email to Mr. McIntyre re same (.2); review documents sent by Mr. McIntyre on plaintiff's social media production (.7); finalize and authorize service of subpoena (.3); review deposition testimony (.9); review ████████████████ (1.5); review ████ literature (.9). |
| 10/19/18 | K. Heimel | 1.70 | Draft language requesting documents from Delta Airlines re: Plaintiff's application for employment, draft subpoena re: same (.5); draft FOIA request letter to Missouri Department of Labor requesting Plaintiff's unemployment benefit information (.4); two phone calls to MO Department of Labor researching custodian to serve FOIA request on (.9). |

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/19/18 | M. Johnson | 6.80 | Emails from McIntyre and Ms. Smith (.5); outline motions in limine (.7); work on expert disclosures (.9); review materials used by McInerney (1.2); review latest subpoena materials (.4); confirm service of Cooper subpoena (.2); review ███████ activities (1.4); review social media documents and other documents produced by plaintiff (1.5). |
| 10/19/18 | K. Hart | 3.20 | Draft ████████████ (1.2); strategize regarding ████████████ (.4); analyze case law and testimony and strategize regarding golden rule letter related to potential motion for sanctions (1.6). |
| 10/20/18 | M. Johnson | 4.20 | Work on several items relating to subpoenas, use of licensed therapist and admissibility of evidence relating to such, further review of real estate records, and work on expert disclosures. |
| 10/21/18 | M. Johnson | 2.60 | Work on expert disclosures (1.7); outline possible motions in limine (.9). |
| 10/22/18 | M. Johnson | 5.40 | Review and analyze ████████████ 2.5); work on analysis of Biernet supplemental report (.8); work on analysis asa to whether additional deposition is necessary for Biernet and subsequent motion in limine (1.3); work on several tasks for preparation for upcoming hearing (.8). |
| 10/23/18 | K. Heimel | 1.20 | Prepare for trial. |
| 10/23/18 | N. Gerwel | 0.50 | Search for criminal and divorce records for Randy Thurman. |
| 10/23/18 | M. Johnson | 6.20 | Review plaintiff's expert information (.7); work on our expert witnesses (1.4); research information provided by Ms. Molloy and Mr. Hunter (1.7); review latest document production from plaintiff (.9); review pending discovery requests (.8); exchange of email with Mr. McIntyre of various issues (.7). |
| 10/24/18 | N. Gerwel | 1.00 | Working to acquire criminal and divorce records for Randy Thurman. |
| 10/24/18 | K. Heimel | 0.20 | Review Thurman dockets in preparation for obtaining criminal records. |
| 10/24/18 | K. Hart | 3.40 | Review R. Thurman criminal and civil case backgrounds (.7); contact court clerk regarding discovery dispute conference (.2); revise third-party subpoenas regarding Plaintiff's potential employment (.5); revise FOIA request regarding unemployment benefits (.3); revise draft voir dire submissions (1.0); draft court submission regarding discovery dispute (.7). |

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 10/24/18 | M. Johnson | 4.50 | Work on numerous discovery issues (1.3); telephone call with Mr. McIntyre to discuss pending issues (.4); work on expert witness disclosures (1.3); review deposition testimony on Randy Thurman and review Thurman criminal records (.9); review and revise draft of one-page summary for use in presenting discovery dispute to court (.6). |
| 10/25/18 | K. Heimel | 0.20 | Edit and serve Missouri Sunshine Request re: Plaintiff's unemployment benefits on Missouri Department of Labor. |
| 10/25/18 | N. Gerwel | 0.40 | Download Storrs and Chapline deposition and exhibits to S: drive and rename. |
| 10/25/18 | K. Hart | 3.30 | Address conflicts with Delta Air Lines (.5); revise non-party subpoenas (.4); revise one page summary regarding discovery dispute (.3); correspondence with ███████ ████████(.4); strategize regarding discovery, depositions, and expert depositions (.2); analyze meet and confer correspondence regarding discovery from Plaintiff's counsel (.6); calls with Mo. Dept. of Labor AGC regarding FOIA request (.3); strategize regarding confidentiality issues (.6). |
| 10/25/18 | M. Johnson | 4.70 | Work on expert witness disclosures (1.5); outline template for disclosure (.9); work on discovery issues, including prep for teleconference on discovery dispute (1.1); review documents produced by plaintiff (1.2). |
| 10/25/18 | M. Carroll | 0.80 | Legal research on duty to supplement discovery responses under Federal Rule of Civil Procedure 26(e) (.4); Draft summary of findings and conclusions (.4). |
| 10/25/18 | K. Heimel | 0.70 | Edits to subpoena to Delta Air Lines for production of documents (.3); draft notice of subpoena to Delta Airlines and serve on opposing counsel (.2); draft certificate of service re: same and e-file with court (.2). |
| 10/26/18 | N. Gerwel | 0.80 | Download Storrs and Chapline deposition and exhibits to S: drive and rename. |
| 10/26/18 | K. Hart | 2.70 | Revise subpoenas to American Airlines and Independence School District (.4); meet and confer conference with opposing counsel regarding discovery dispute (.9); strategize regarding response to meet and confer correspondence relating to Defendant's discovery responses(.7); review social media policies and training procedure (.7). |

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/26/18 | K. Heimel | 4.30 | Prepare subpoenas to Independence school district and American Airlines (.4); research custodians of record for service re: same (.3); draft document request language, notices of subpoenas and certificate of service for filing and service (.6); research and draft evidence matrix in preparation for trial concerning defense arguments re: decision making and timelines for selection of leadership champions and selections of Shively and McMaster (3.0). |
| 10/26/18 | M. Johnson | 5.60 | Telephone call with Beth Knobel (.9); telephone call with Pat McInerney (.7); draft pleadings for filing of expert reports (1.2); telephone call with Mr. McIntyre (.4); telephone call with plaintiff's counsel to discuss discovery disputes (.8); draft court filing in discovery dispute (.7); revise motion and expert pleadings (.9). |
| 10/26/18 | C. Wood | 2.90 | Research re: extent of privilege for counselors/therapists under Missouri law (1.3); analyze applicability of same to KCTV life coach (1.2); send summary of same to K. Hart for review (.4). |
| 10/27/18 | M. Johnson | 3.20 | Telephone call with Ms. Knobel to discuss testimony (.7); telephone call with Mr. McInerney to discuss testimony (.5); follow up email to provide questions Mr. McInerney is asked to address (.5); review drafts of expert witness disclosures (.9); revise same (.6). |
| 10/28/18 | M. Johnson | 2.40 | Emails to Ms. Knobal and Mr. Hunter (.4); review expert witness forms (.3); email to Mr. McInerney (.4); review matrix on promotion claims (.5); work on motions in limine (.8). |
| 10/29/18 | K. Heimel | 0.50 | Update case file with Plaintiff's supplemental discovery responses and document productions (.3); update files on key trial issues including leadership champion and social media training information (.2). |
| 10/29/18 | M. Johnson | 5.40 | Work on several expert witness disclosures (1.4); communicate with several witnesses and review/revise their reports (1.3); review deposition transcripts (.7); update promotion matrix (.6); prepare notices of expert witness disclosure (.3); review Knobel report (.7); review McInerney report (.4). |
| 10/30/18 | K. Heimel | 0.10 | Analyze and review response received from Missouri Department of Labor regarding request for Plaintiff's unemployment benefits records. |
| 10/30/18 | M. Johnson | 7.30 | Work on and serve expert witness disclosures (5.5); meeting with Mr. McIntyre (1.0); telephone call with court (.8). |

Cooper Discrimination
#0909004015

Matter: 15261691-000001
Invoice No.: 2079412

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/30/18 | K. Hart | 3.10 | Draft response to Plaintiff's meet and confer correspondence (.8) participate in telephonic discovery dispute hearing (1.5); review supplemental discovery responses (.8). |
| 10/31/18 | K. Heimel | 0.30 | Edits to three notices of service of expert disclosures re Krosnick, Knobel and McInerney in preparation to e-file with court. |
| 10/31/18 | K. Heimel | 5.90 | Update expert witness files (1.1); draft trial team contact list (.4); strategize and coordinate on trial preparation (1.1); send deposition files to jury consultant (.3); analyze and review status of documents not yet received from client from previous trial date (.5); draft email to S. Winkler re: document requests for trial (.3); analyze and review witness outline and task list and continue to analyze evidence we anticipate needing for trial (2.2). |
| 10/31/18 | M. Johnson | 4.50 | Work on expert disclosures (.7); review updated matrix (.6); review numerous emails concerning witness assignments, ▮▮▮▮▮▮▮▮▮▮ preparation of subpoenas, and review of depositions and records (1.4); prepare witness outlines (1.8). |
| 10/31/18 | M. Carroll | 2.10 | Further legal research into duty to supplement discovery responses, focusing on cases from Tenth Circuit and Western District of Missouri (1.5); Draft summary of findings and conclusions (.6). |
| 10/31/18 | N. Gerwel | 1.00 | Revise deposition exhibit index to include Chapline and Storrs (.6); Communicate with D. Boor regarding Case Notebook/Trial Director (.4). |
| 10/31/18 | K. Hart | 5.80 | Strategize regarding witness preparation (1.5); call with ▮▮▮▮▮▮▮▮▮▮ (.3); research regarding and revision of response to meet and confer correspondence regarding discovery responses (4.0). |

10



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Alston Hunt Floyd & Ing is
now Dentons -- Continuing
services throughout Hawai`i
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

December 17, 2018

**Invoice No. 2088715**

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

Payment Due Upon Receipt

---

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
M. Johnson
at 1 816 460 2400

110441879



| | Dentons US LLP | Alston Hunt Floyd & Ing is |
|---|---|---|
| | American Century Tower II | now Dentons -- Continuing |
| | 4520 Main Street, Suite 1100 | services throughout Hawai`i |
| | Kansas City, Missouri  64111-7700 | dentons.com |

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

December 17, 2018

**Invoice No. 2088715**

Client/Matter:  15261691-000001

Cooper Discrimination
#0909004015

For Professional Services Rendered through November 30, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 11/1/18 | K. Hart | 5.10 | Research case law in support of and revise response to meet and confer correspondence regarding supplementation of Defendant's discovery (3.8); strategize and revise correspondence regarding Plaintiff's production of privileged documents (.9); review Independence School District production (.4). |
| 11/1/18 | M. Johnson | 4.70 | Review revised expert report from Dr. Krosnick (.6); review numerous emails over the course of the day (1.3); review and revise meet and confer letters on discovery issues (.7). |
| 11/2/18 | K. Hart | 7.40 | Draft witness outline for B. Post (.5); communications with Delta Air Lines regarding subpoena (.4). |
| 11/2/18 | M. Johnson | 5.10 | Work on witness outlines (1.3); review several email (.5); review letters on discovery issues and make appropriate changes (.8); meeting with Ms. Hart and Ms. Heimel to discuss responsibility for numerous tasks (1.3). |
| 11/3/18 | M. Johnson | 2.80 | Review Ms. Hart's revisions to schedule and results of research ████████████████ .6); work on analysis of property records (.8); review deposition transcripts (1.4). |
| 11/3/18 | K. Hart | 2.40 | Analyze potential privilege for ███████ (1.0). |
| 11/4/18 | M. Johnson | 3.20 | Review expert witness reports (2.3); review plaintiff's expert supplemental report (.6); review emails (.3). |
| 11/5/18 | M. Johnson | 4.50 | Conference call with team to discuss pending assignments (.8); review latest email traffic and draft of letter concerning plaintiff's failure to redact (.8); work on expert witness issues nd outlines of witness testimony (2.5). |
| 11/5/18 | K. Hart | 8.00 | Review corporate representative, S. Watt, S. Winkler, and A. Molloy deposition transcripts (3.0); review Hunter and Knobel expert reports (1.0); strategize regarding potential defense witnesses for trial and witness preparations (1.5); strategize regarding evidentiary hearing (.5); analyze Plaintiff's motion to strike Defendant's expert witnesses (.3). |

2

110441879



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai`i
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

December 17, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 11/6/18 | K. Hart | 7.80 | Strategize regarding additional subpoenas (1.0); research potential open records request to public university (1.2); draft and serve open records request to University of Kansas regarding Dr. Biernat file (1.5); communications with ██████████████████.5); address clawback request from Plaintiff's counsel (.3); strategize regarding additional discovery requests (.5); strategize regarding witness preparations, outlines, declarations, and themes (1.8); review C. Dubill document production (.5). |
| 11/6/18 | M. Johnson | 3.20 | Review and approve discovery letters (.5); review plaintiff's new discovery requests (.8); work on witness outlines (1.5); respond to emails from co-counsel (.4). |
| 11/7/18 | K. Hart | 6.60 | Strategize regarding additional discovery (1.0); draft correspondence to Plaintiff's counsel regarding failure to abide by Protective Order (1.5); draft subpoena to Spirit Heritage (.8); conference call with C. Hofmann, K. Chapline, and R. Smith regarding Facebook collection process (1.2); review Plaintiff's fifth request for documents and first requests for admission (.6); review Molloy deposition transcript (1.5). |
| 11/7/18 | M. Johnson | 5.60 | Review Watt and Winkler depositions (3.5); work on depo changes (.5); outline witness testimony (.9); review plaintiff's motion re expert witnesses (.7). |
| 11/8/18 | M. Johnson | 5.60 | Review depositions for use in witness testimony (3.5); review plaintiff's new discovery request (1.2); revise letter concerning plaintiff's disclosure of confidential material (.2); update chart on plaintiff's claims (.7). |
| 11/8/18 | K. Hart | 3.10 | Strategize regarding discovery, meet and confer regarding discovery disputes, witness preparations (1.2); review discovery requests propounded by Plaintiff (.4). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai`i
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

December 17, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/9/18 | K. Hart | 0.60 | Revise correspondence to opposing counsel regarding discovery and violation of protective order (.3); strategize regarding discovery responses (.3). |
| 11/9/18 | M. Johnson | 6.30 | Review Watt and Winkler depositions (3.5); work on Biernat examination (1.3); review emails (.4); prepare supplemental disclosures (.6); update trail matrix (.5). |
| 11/10/18 | M. Johnson | 4.00 | Work on discovery issues (1.5); draft hearing examination (2.5). |
| 11/11/18 | M. Johnson | 5.30 | Work on discovery issues (2.0); review and revise witness declarations (.5); outline trial examination (1.5). |
| 11/12/18 | M. Johnson | 3.60 | Review numerous emails over the course of the day (.7); review and revise supplemental disclosures (.6); update trail matrix (.8); outline trial examination (1.5). |
| 11/12/18 | K. Hart | 2.20 | Prepare witness files (.9); revise financial records subpoena (.3)█████████████(.2); strategize regarding confidentiality, discovery responses, and designations under protective order (.8). |
| 11/13/18 | M. Johnson | 5.00 | Discussion of assigned witnesses and preparation of testimony (.6); draft letter concerning discovery dispute on subpoenas to third parties (.8); ████████████████████████ deposition (1.3); ██████████████████████(.5). |
| 11/13/18 | K. Hart | 4.70 | Revise subpoena for Plaintiff's financial records (.4); revise supplemental disclosures (.5); strategize regarding witnesses, disclosure of insurance agreement, depositions, evidentiary hearing, and discovery responses (3.8). |
| 11/14/18 | M. Johnson | 6.30 | Review depo transcripts for assigned witnesses (2.5); review latest document production and drafts of responses to plaintiff's discovery requests (2.0); review several emails from Mr. McIntyre and Ms. Smith (.6); outline testimony for upcoming hearing (1.2). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai`i
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

December 17, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/14/18 | K. Hart | 0.60 | Strategize regarding discovery disputes and witness preparation (.4); ██████████████ (.1); review response to KU open records request (.1). |
| 11/15/18 | K. Hart | 1.40 | Address KU response to open records request (.1); draft one page summary of discovery dispute to Court (.6); review one page summaries of discovery disputes of Plaintiff's and witness counsels (.2); strategize regarding evidentiary hearing (.5). |
| 11/15/18 | M. Johnson | 3.10 | Review numerous emails over the course of the day (.6); review and revise one-page summary for court on discovery dispute (.4); prepare for conference call with court to argue for production of documents concerning plaintiff's outside business activities (.8); work on examination for Biernat deposition (1.3). |
| 11/16/18 | K. Hart | 4.70 | Draft subpoena to M. Biernat (.3); prepare for discovery dispute conference (.7); appear at discovery dispute conference (1.1); strategize regarding outstanding discovery and pretrial disputes, documents, witness issues, and inquiries (1.4); strategize regarding document production (1.2). |
| 11/16/18 | M. Johnson | 3.50 | Prepare for and participate in conference call with court on discovery dispute (2); review numerous emails over the course of the day (1); two telephone calls with Mr. McIntyre to discuss discovery issues (.5). |
| 11/18/18 | M. Johnson | 4.10 | Draft Biernat examination, including review of relevant sections of her deposition (2.2); work on outline for second day of Biernat deposition (1.3); review drafts of ████████████████ declaration (.6). |
| 11/18/18 | K. Hart | 0.90 | Review Plaintiff's discovery responses (.4); research controlling case law regarding background evidence (.5). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai`i
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

December 17, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/19/18 | M. Johnson | 5.20 | Review several emails on discovery issues (.6); review court's order on discovery dispute (.5); telephone calls with Mr. McIntyre (.5); review ███████████ .3); work on expert witness testimony and preparation for evidentiary hearing (1.8); update subpoena for Commerce Bank (.4); review drat of response to motion to strike expert testimony and make suggetd revisions (1.1). |
| 11/19/18 | K. Hart | 8.00 | Strategize regarding document production (1.2); draft and revise motion for extension of time to respond to motion to strike (1.3); review document production by Spirit Heritage (.3); strategize regarding evidentiary hearing (.6); draft responses to requests for admissions (4.1); strategize regarding ███████████ (.5). |
| 11/20/18 | M. Johnson | 6.20 | Analysis of court's order quashing subpoena to Commerce Bank (.5); work on amending subpoena to fit within court's ruling on proper scope of discovery (.8); review draft of response to motion to strike expert witnesses (.6); review materials concerning and affidavit from Al Miller, for use in preparing examination at evidentiary hearing (.9); review expert witness disclosures for material to be used in response to motion to strike (1.2); review several emails among counsel team over the course of the day (.5); conference call with Mr. McIntyre, Ms. Smith, and Ms. Hart to disuse pending discovery such issues, including several categories of documents as possible inclusions among documents to be produced (1.7). |
| 11/20/18 | K. Hart | 8.00 | Revise Commerce subpoena (1.3); conference with Plaintiff regarding Facebook download (.2); revise draft response to Plaintiff's motion to strike experts (.3); strategize regarding hearing topics and witnesses and hearing and trial technology (2.7); strategize regarding discovery responses (.6); contact court regarding social media discovery dispute (.2); strategize regarding depositions, pleadings, document production, Kelly Marten, Jeff Mulligan, and other witnesses (2.7). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730

000937/085
110441879



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai'i
dentons.com

For your Information - Open Invoices

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

December 17, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| **Date** | **Timekeeper** | **Hours** | **Narrative** |
|---|---|---|---|
| 11/21/18 | M. Johnson | 5.10 | Revise brief on striking expert witnesses (2.3); work on outline of Miller testimony (1.2); work on outline of Biernat testimony (.5); work on outline for use at Biernat deposition (1.1). |
| 11/21/18 | K. Hart | 8.10 | Finalize and serve revised Commerce subpoena (.3); review and strategize regarding documents for production (.8); prepare questions for Plaintiff's deposition (.6); revise response to motion to strike (1.2); strategize regarding social media discovery dispute (.6); case law research in support of response to motion to strike (1.0); appear at deposition of C. Dubill (2.6); meet and confer regarding discovery dispute (1.0). |
| 11/22/18 | M. Johnson | 3.00 | Prepare for upcoming evidentiary hearing. |
| 11/22/18 | K. Hart | 1.80 | Review documents for potential production. |
| 11/23/18 | K. Hart | 3.40 | Revise deficiency letter (.3); revise response to motion to strike (.4); strategize regarding witness proffer examinations (1.8); pretrial hearing preparations (.9). |
| 11/23/18 | M. Johnson | 6.60 | Prepare materials concerning Biernat argument (2.5); email same to Mr. McIntyre (.3); preparation of outline/Q and A for Al Miller (1.5); email same to Mr. McIntyre (.2); review latest draft of response to motion to strike (.6); work on outline for Biernat deposition (1.5). |
| 11/24/18 | M. Johnson | 4.40 | Update outline for Biernat argument (.5); work on outline of Biernat deposition (2.5); review plaintiff's deposition to provide input on topics to be inquired into at continuance of deposition (1.4). |
| 11/24/18 | K. Hart | 4.30 | Strategize and provide input regarding A. Miller proffer examination (.5); strategize regarding and revise cross-examination outline of C. Phillips proffer examination (.7); outline outstanding matters for pretrial hearing (1.1); review D. Jackson employment records (.9); pretrial hearing preparations (1.1). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

For your Information - Open Invoices

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai'i
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

December 17, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/25/18 | M. Johnson | 3.10 | Prepare notes for plaintiff's deposition (1.3); work on prep for evidentiary hearing (1.2); review several emails exchanged among counsel team (.6). |
| 11/25/18 | K. Hart | 4.60 | Clarify details for pretrial hearing (.3); review examination outlines in preparation for hearing (4.3). |
| 11/26/18 | K. Hart | 8.00 | Review Plaintiff's reply in support of motion to strike (.3); prepare for pretrial hearing (2.8); strategize regarding witness preparations (.6); participate in courtroom tour, pretrial hearing strategy, and pretrial hearing (4.3). |
| 11/26/18 | M. Johnson | 6.50 | Work on Biernat deposition outline (2.5); work on A. Miller Q and A (1.5); outline latest changes to witness matrix (1.0); work on notes for plaintiff's depositions and supporting documents (1.5). |
| 11/27/18 | M. Johnson | 6.60 | Meeting with Ms. Hofmann (2.0); email concerning meeting with Ms. Hofmann (.5); revisions to motion to redact depositions transcripts (.4); confer with Ms. Hart concerning evidentiary hearing (.6); exchange numerous emails over the course of the day on trial and prep matters (.7); update witness chart (.4); select documents for introduction through specific witnesses (.7); outline Winkler testimony (1.3). |
| 11/27/18 | K. Hart | 4.80 | Strategize post-evidentiary hearing, ███████████ ██████ 1.5); draft responses to Plaintiff's fifth requests for production (1.0); correspondence regarding depositions, deadlines, and discovery (.3); review notice of intent to request redaction and local rules regarding redaction (.4); draft and file motion for leave to redact transcript and correspond with Dubill and McMaster counsel regarding same (1.1); review Plaintiff's document productions (.3); correspondence regarding ████████ █████ (.2). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730

000937/085
110441879



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

For your Information - Open Invoices

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai`i
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

December 17, 2018

Client/Matter #: 15261691-000001

Cooper Discrimination
#0909004015

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/28/18 | K. Hart | 3.80 | Review Plaintiff's social media document production (.8); prepare for discovery dispute call (1.0); discovery dispute conference with opposing counsel (.3); strategize regarding responses to Plaintiff's discovery requests (.6); draft responses to Plaintiff's fifth set of document requests (.4); correspondence regarding joint motion and depositions (.2); review Commerce Bank objections to subpoena (.2). |
| 11/28/18 | M. Johnson | 3.40 | Work on Biernat deposition outline (1.2); review numerous emails throughout the day (.7); review ███████████ ██████████ examining Biernat (1.5). |
| 11/29/18 | M. Johnson | 6.50 | Work on trial testimony outlines (Newsome, Shively, Cooper, Bracco, Eaton, and Hirschberg). |
| 11/29/18 | K. Hart | 2.90 | Review Plaintiff's social media document production for issues and strategize and revise correspondence regarding same. |
| 11/30/18 | M. Johnson | 6.30 | Work on trial testimony outlines (Shively, Cooper, Bracco, Eaton, Massongill, Hicks, and Miller) (5.5); telephone call with Mr. Giles and Mr. McIntyre to discuss ███████ ████████ (.4); work on draft of response to objections to Commerce Bank subpoena (.4). |
| 11/30/18 | K. Hart | 1.50 | Strategize regarding discovery deficiency correspondence and meet and confer efforts (.5); strategize regarding ████████ ████████████ (.4); strategize regarding witness preparations and Commerce subpoena dispute (.6). |

Questions should be directed to:
M. Johnson
at 1 816 460 2400

Federal Tax I.D. Number 36-1796730



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Alston Hunt Floyd & Ing is
now Dentons -- Continuing
services throughout Hawai`i
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

January 11, 2019

**Invoice No. 2097188**

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

For Professional Services Rendered through December 31, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 12/1/18 | M. Johnson | 3.50 | Work on testimony outlines. |
| 12/2/18 | M. Johnson | 6.10 | Work on testimony outlines (4.5); email to counsel team transmitting drafts of testimony (.4); work on Biernat deposition (1.2). |
| 12/3/18 | M. Johnson | 4.80 | Telephone call with Ms. Hart concerning tasks to be performed (.2); review draft of one-page court summary on bank subpoena dispute (.5); work on testimony outlines (3.3); update matrix on promotion questions (.8). |
| 12/3/18 | K. Hart | 2.80 | Revise deposition notice (.2); review correspondence from plaintiff's counsel (.3); redact hearing transcript (1.2); draft one page summary regarding Commerce Bank subpoena dispute (.5); strategize regarding mock trial (.6). |
| 12/4/18 | K. Hart | 6.00 | ██████ (2.1); analyze and designate ██████████████ ████████ (3.2); revise responses to requests for admissions (.5); review correspondence from Plaintiff's counsel regarding discovery dispute (.2). |
| 12/4/18 | M. Johnson | 6.60 | Work on testimony outlines (2.4); ████████████████ (1.5); review and revise response on Commerce Bank subpoena (.4); preparation for Biernat deposition (1.5); review draft of response to plaintiff's requests for admissions (.8). |
| 12/5/18 | M. Johnson | 7.30 | Response to several emails from Mr. McinTyre (.5); review depo excerpts ████████████████ (2.3); work on testimony outlines (Bracco, Eggers, and Eaton) (2.3); review Winkler, Watt, and McMaster depos (2.2). |
| 12/5/18 | K. Hart | 3.60 | Review correspondence and summaries regarding Commerce Bank discovery dispute (.3); correspondence with ████████ ████████████████████.5); strategize regarding discovery (.1); strategize regarding ████████████ (.5); draft responses to requests for production (2.2). |

110441944

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/6/18 | K. Hart | 4.50 | Strategize regarding ███████████ (1.3); strategize regarding discovery responses (.6); finalize and file discovery dispute statement (.2); ███████████ (1.7); revise and file motion for extension of time (.7). |
| 12/6/18 | M. Johnson | 7.10 | Preparation of examination for Biernat deposition (2.5); review documents to be used in Biernat deposition (1.5); telephone call with Mr. McIntyre concerning discovery extension (.3); draft motion for extension of time to respond to plaintiff's discovery requests (.5); draft notice for Biernat deposition (.4); provide suggestions for plaintiff's upcoming deposition (.7); work on testimony outlines for trial (1.2). |
| 12/7/18 | M. Johnson | 7.50 | Take Biernat deposition (7.5). |
| 12/7/18 | K. Hart | 0.90 | Revise discovery responses (.2); strategize regarding ███████ (.7). |
| 12/8/18 | M. Johnson | 2.00 | Work on ███████████ (.8); prepare for discussion of discovery dispute on Commerce Bank subpoena (1.2). |
| 12/8/18 | K. Hart | 5.70 | Analyze and ███████████ video clips (1.7); analyze and ███████████ (1.3); coordinate ███████████ (.4); draft ███████████ (2.3). |
| 12/9/18 | M. Johnson | 2.90 | Review and revise draft discovery response (1.3); work on Biernat summary (.8); prepare notes for plaintiff's deposition (.8). |
| 12/10/18 | M. Johnson | 6.00 | Review plaintiff's interrogatory answers and documents concerning income tax filings (.8); draft deposition questions on income tax filings for use in plaintiff's deposition (1.3); work on ███████████ (.7); work on motion in limine for Prof. Biernat (1.5); prepare for evidentiary hearing (1.2); argument before Judge Phillips (.5). |
| 12/10/18 | M. Johnson | 1.50 | Confer with Mr. McIntyre to prepare for plaintiff's deposition. |
| 12/11/18 | K. Hart | 3.70 | Coordinate regarding ███████████ (.8); strategize regarding ███████████ (1.1); strategize regarding ███████████ (1.3); analyze court orders regarding fact and expert witnesses (.5). |

Matter: 15261691-000001
Invoice No.: 2097188

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/12/18 | M. Johnson | 7.30 | Conference call among counsel to discuss preparation issues (1.5); review court orders on expert witnesses and "me too" witnesses (1.1); work on trial testimony outlines (1.7); review latest documents produced by plaintiff (.8); work on list of trial preparation sessions (.4); review court orders on pending issues and update chart on promotions (1.2); exchange calls with opposing counsel on continuing plaintiff's deposition (.2); exchange of emails with Mr. McIntyre on discovery and trial prep issues (.4). |
| 12/12/18 | K. Hart | 2.20 | Strategize regarding ▮▮▮▮▮ motions, witness preparations, motion to exclude, motion for reconsideration, and discovery dispute. |
| 12/13/18 | M. Johnson | 7.30 | Draft proposed opening and closing statements (1.3); email from opposing counsel concerning extension of plaintiff's deposition (.4); telephone call with Mr. McIntyre re consulting with court on plaintiff's deposition (.3); Work on one-page summary of plaintiff deposition discovery issue (.6); review transcript of second day of Biernat deposition (2.3); research and update law on Biernat admissibility (2.4). |
| 12/14/18 | M. Johnson | 5.60 | Revise and finalize one-page summary for use in deposition dispute (.5); contact court concerning time for argument (.3); review Biernat transcript (1.3); update research for use in excluding Biernat testimony (2.1); preparation for ▮▮▮▮▮▮ (.9); review ▮▮▮▮▮▮ (.5). |
| 12/14/18 | K. Hart | 2.50 | Revise motion for reconsideration (.8); revise deposition dispute summary (.1); strategize regarding mock trial (1.3); strategize regarding confidentiality concerns (.2); correspondence regarding witness preparation (.1). |
| 12/17/18 | M. Johnson | 8.00 | Preparation for ▮▮▮▮▮▮ (2.5); work on discovery dispute (.5); work on Biernat deposition and exclusion of expert witness (3.5); review Watt deposition transcript (1.5). |
| 12/17/18 | K. Hart | 5.60 | Review court order quashing Commerce Bank subpoena in part (.1); review correspondence from Plaintiff's counsel regarding discovery responses (.2); strategize regarding document production (.2); prepare for and attend discovery dispute hearing (.5); revise motion for reconsideration and draft accompanying motion (1.2); prepare for ▮▮▮▮▮▮ including ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (3.4). |

Cooper Discrimination
#0909004015

January 11, 2019

Matter: 15261691-000001
Invoice No.: 2097188

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/18/18 | K. Hart | 8.00 | Prepare for ██████████████████████ and ███████████████████ revision of █████ (6.4); strategize regarding depositions, motions in limine, and witness preparations (.7); strategize regarding outstanding document production (.4); strategize regarding and participation in discovery dispute conference with Plaintiff's counsel (.5). |
| 12/18/18 | M. Johnson | 8.00 | Preparation for ███████████ (4.0); work on discovery dispute (2.0); work on Biernat deposition and exclusion of expert witness (2.0). |
| 12/19/18 | M. Johnson | 8.00 | ██████████ (10.5). |
| 12/19/18 | K. Hart | 8.00 | ██████████ (12.5). |
| 12/20/18 | M. Johnson | 8.00 | Work on Biernat pleadings (3.5); review anaylsis of ███████ (.5); analysis of draft motion in limine (1); update claim matrix (.8); work on Shively claim analysis (.9); research for expert witness exclusion motion (2.6). |
| 12/20/18 | K. Hart | 4.80 | Review Plaintiff's motions in limine and strategize regarding responses (.7); revise motions in limine and strategize regarding additional motions in limine (1.7); analyze ██████████ and ██████ (1.0); strategize regarding supplemental document production (.8); analyze and confirm inclusion of L. Shively promotion in pending claims (.6). |
| 12/21/18 | M. Johnson | 7.90 | Trial preparation tasks, including drafting testimony (2.5), outlining voir dire and closing statement (1.7), revise draft of motion concerning exclusion of expert testimony (2.1), and review both sets of motions in limine (1.6). |
| 12/21/18 | K. Hart | 6.80 | Revise motions in limine (3.6); revise motion to exclude Dr. Biernat (2.3); correspondence regarding Commerce Bank subpoena (.3); review Plaintiff's filings (.6). |
| 12/21/18 | K. Hart | 1.40 | Final review of documents for production. |
| 12/22/18 | M. Johnson | 2.70 | Analyze plaintiff's motions in limine (.7); work on revisions to Miller testimony (.7); review cases cited by court in earlier rulings on admissibility of expert testimony on implicit bias (1.3) |
| 12/24/18 | M. Johnson | 1.40 | Work on revisions to Miller examination (.6) and Biernat presentation (.8). |
| 12/25/18 | M. Johnson | 3.50 | Review Cooper and Biernat transcripts. |
| 12/26/18 | M. Johnson | 7.20 | Work on Biernat argument (1.2), review deposition transcripts (2.4), revise Miller testimony (1.3), and review Bracco and Eggers transcripts (2.3). |

110441944

Cooper Discrimination
#0909004015

Matter: 15261691-000001
Invoice No.: 2097188

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/26/18 | K. Hart | 1.40 | Draft witness meeting outlines (1.2); correspondence with ███████████ (.2). |
| 12/27/18 | K. Hart | 1.00 | Strategize regarding voir dire (.4); strategize regarding responses to motions in limine (.6). |
| 12/27/18 | M. Johnson | 7.20 | Revisions to examination of Al Miller (.9) and argument on admissibility of Biernat testimony (.8); telephone call with Mr. McIntyre to discuss tomorrow's court hearing, schedule for interviews of witnesses, and upcoming telephone call with ████████ (1.0); research on latest cases for in limine motions, especially Biernat (1.3); review Bracco, Eggers, and Hofmann depositions for testimony on Al Miller (.7); outline ████████ ████████ (2.5). |
| 12/28/18 | M. Johnson | 7.30 | Final preparation for Miller hearing and argument concerning admissibility of Biernat testimony (2.5); to court for hearing (3.0); conference call with ████████ (1.5); telephone call with witness Brian Bracco (.3). |
| 12/28/18 | K. Hart | 6.00 | Prepare for and attend proffer hearing (2.7); analyze ████████ ████████ (.8); teleconference with ████████ (2.0); prepare for witness meetings (.5). |
| 12/30/18 | M. Johnson | 2.00 | Prepare draft of closing argument. |
| 12/31/18 | M. Johnson | 6.00 | Review draft of closing argument and make revisions (.5); email to co-counsel copies of draft argument (.2); review transcript of Bracco and Eggers depositions (2.2); outline Bracco examination (.8); outline Eggers examination (.5); review notes from ████████ (1.3); review notes from Miller hearing and Biernat argument (.5). |
| 12/31/18 | K. Hart | 8.00 | Address business records affidavits, correspondence regarding same (.3); coordinate regarding witness preparations (.6); review deposition transcripts (3.4); prepare for witness meetings (3.7). |

110441944



Dentons US LLP
American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

Alston Hunt Floyd & Ing is
now Dentons -- Continuing
services throughout Hawai`i
dentons.com

SCRIPPS MEDIA, INC.
Attention: Steve Watt, General Manager
KSHB
4720 Oak Street
Kansas City, MO 64112
USA

February 19, 2019

**Invoice No. 2109146**

Client/Matter: 15261691-000001

Cooper Discrimination
#0909004015

---

For Professional Services Rendered through January 31, 2019:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/1/19 | M. Johnson | 5.30 | Organize documents for witness interviews and testimony preparation (2.5); work on voir dire (.7); review plaintiff's email concerning response to discovery requests, and review responses (1.3); detailed review of all Ethicspoint complaints (.8). |
| 1/2/19 | M. Johnson | 7.50 | Work on Mulligan testimony (.6); select documents for Mulligan and Newsome (1.1); review deposition testimony on Mulligan and Newsome (1.3); confer with Brian Bracco (.6); outline demonstrative exhibits on hiring over the years (.9); telephone call with Mr. Winkler (.3); telephone call with Ann Molloy (.2); email correspondence with Mr. McIntyre (.3); review court orders on motions to reconsider (.3); review additional documents for Hartle interview (.6); close review of Molloy report in advance of meeting with her to discuss testimony (1.3). |
| 1/2/19 | K. Hart | 2.00 | Review court orders (.3); strategize regarding exhibits for trial (1.2); strategize regarding draft closing argument (.5). |
| 1/3/19 | M. Johnson | 8.00 | Review documents in advance of Mulligan interview (.9); meeting with Jeff Mulligan (3); work on Mulligan testimony (2); to station to meet with Cynthia Newsome (1); review documents provided by Jeff Mulligan (.4); work on voir dire questions (.5); review court order rejecting testimony of Al Miller (.3); review exchange of emails concerning extension to respond to motions in limine (.2); review documents for Sam Hartle meeting (.6); review deposition references to Hartle, Newsome, and Mulligan (1.2). |
| 1/3/19 | K. Hart | 4.10 | Strategize regarding witness presentation (1.9); revise voir dire (.5); review court order (.2); strategize regarding motion in limine responses (.2); revise and file deposition designations, correspondence regarding same (.4); revise ███████████ ███████ .1); strategize about Amethyst Place testimony (.3); strategize regarding trial themes (.5). |

110441996

Cooper Discrimination
#0909004015

February 19, 2019

Matter: 15261691-000001
Invoice No.: 2109146

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 1/4/19 | M. Johnson | 8.00 | Meeting with witness Ann Molloy (1.3); select documents for Hartle meeting (.7); meeting with Sam Hartle (2.1); work on Jeff Mulligan testimony (2.3); review latest revisions to voir dire questions (.6); confer with Ms. Hart on Winkler demonstrative exhibits and additional witness interviews (.6); review plaintiff's responses to in limine motions(2.5). |
| 1/4/19 | K. Hart | 8.00 | Strategize regarding jury selection (.4); revise witness list (.3); strategize regarding exhibit list (.4); review reply in support of motion to consider and request for discovery conference (.4); strategize regarding demonstratives (1.2); correspondence with Commerce Bank regarding subpoena (.1); prepare for witness preparation meetings (1.9); review Plaintiff's opposition to motions in limine (1.8); coordinate witness scheduling (.3); review Defendant's opposition to motions in limine (1.2). |
| 1/5/19 | K. Hart | 4.80 | Draft deposition objections and counter designations (1.5); prepare for witness preparation meetings (2.5); draft trial brief (.8). |
| 1/5/19 | M. Johnson | 7.40 | Telephone call with Mr. McIntyre to discuss trial issues (.6); work on Mulligan and Hartle testimony (2.3); preparation for Winkler meeting, including reading deposition (2.5); prepare for meeting with Chris Morrison (.7); review plaintiff's opposition to motions in limine (1.3). |
| 1/6/19 | M. Johnson | 6.00 | REview Winkler deposition (2); work on testimony (2.5); review plaintiff's filings (1.5). |
| 1/6/19 | K. Hart | 8.00 | Correspondence with C. Hofmann regarding scheduling (.1); draft trial brief (1.9); review D. Wall deposition testimony (.8); draft deposition objections and counter designations (3.8); prepare mockups for S. Winkler trial demonstratives (1.4). |
| 1/7/19 | K. Hart | 8.00 | Follow up correspondence and telephone call to Commerce Bank counsel regarding response to subpoena (.2); participate in S. Winkler witness preparation (1.6); participate in D. Wall witness preparation (3.2); telephone calls with T. Nunes regarding deposition testimony and trial exhibits (.4); review court order on motion for reconsideration (.3); review draft objection to Knobel Deposition duces tecum (.2); review opposition to motion to exclude Dr. Biernat (.3); prepare for C. Morrison witness meeting (.5); revise S. Winkler demonstratives and instruct C. Everly and T. Nunes regarding same (.8); draft trial brief (.5). |

110441996

Matter: 15261691-000001
Invoice No.: 2109146

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/7/19 | M. Johnson | 8.00 | Draft questions for meeting with Scott Winkler (1); meeting with Scott Winkler (2.5); outline and revise demonstrative exhibits (.5); review deposition notice for Beth Knobel and draft objection thereto (.6); revisions to Mulligan, Winkler, and Newsome testimony (1.2); prepare for Morrison meeting (.4); telephone call to Ms. Hofmann concerning scheduling witnesses (2.); call from counsel for plaintiff concerning Knobel deposition (.1); outline changes to closing statement (.8); review Eggers deposition (2). |
| 1/8/19 | K. Hart | 7.50 | Review settlement correspondence (.1); review correspondence with the Court regarding discovery dispute (.3); witness meeting with C. Morrison (1.8); coordinate regarding paralegal assistance (.2); revise trial brief (.3); revise deposition designations (1.9); strategize regarding witnesses and methods of addressing potentially negative testimony (1.5); communications with J. Conway regarding declaration (.2); prepare for J. Goede witness meeting (1.2). |
| 1/8/19 | M. Johnson | 8.00 | Meeting with Chris Morrison (1.5); revisions to trial brief (.6); revisions to draft closing statement (.5); organize witness files and testimony (.6); confer with Mr. McIntyre concerning ███████████████████ (.3); email to court concerning plaintiff's discovery dispute (.5); draft Mulligan testimony (2.1); revise Shively testimony (.6); review of Eggers Deposition (1.2); revise objections to plaintiff's designations from Eaton deposition (.5). |
| 1/9/19 | K. Hart | 5.40 | Communications with ███████████████████ (.3); J. Goede witness meeting and summary of same (2.8); review Commerce Bank response to subpoena (.1); correspondence regarding discovery dispute (.1); correspondence regarding K. Martens witness meeting (.1); review Plaintiff's opposition to motion to seal (.1); work with T. Nunes on Winkler demonstratives (.3); strategize regarding witnesses, witness preparations, pretrial filings, and key testimony to bring out at trial (1.6). |
| 1/9/19 | M. Johnson | 6.60 | Draft ting testimony (2.5); revise opening statement and closing argument (1.5); confer with Ms. Hart on Goede meeting (.3); email from Ms. Hart re Goede meeting (.3); work on Eggers and Bracco testimony (1.5). |
| 1/10/19 | K. Hart | 0.60 | Review Plaintiff's expert disclosure of H. Levy. |

Cooper Discrimination
#0909004015

February 19, 2019

Matter: 15261691-000001
Invoice No.: 2109146

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/10/19 | M. Johnson | 8.00 | Complete review of Eggers deposition (2.3); review and analyze plaintiff's response to motion to exclude expert witness Biernat (.8); work on reply to plaintiff's response on Biernat (1.2); review Bracco deposition (1.3); prepare for meeting the Ms. Eggers (.4); work on Winkler testimony and demonstrative exhibits (1.5); review Watt deposition (1.3). |
| 1/10/19 | K. Hart | 2.60 | Revise and strategize regarding pretrial filings (.4); review Plaintiff's discover dispute summary (.2); strategize regarding May 19 incident (.3); provide instructions to C. Everly regarding joint deposition designations (.2); review joint deposition designations for filing (.5); work with C. Everly and T. Nunes on development and revisions of S. Winkler demonstratives (.9). |
| 1/11/19 | M. Johnson | 8.00 | Meeting with Jessica Eggers (1.5); review latest drafts of witness list and voir dire questions, and make suggested changes (.8); work on Eggers notes and testimony (1.7); work on Winkler testimony and demonstrative exhibits (1.2); review email traffic on trial prep issues (.4); draft and revise response on motion to exclude expert witness Monica Biernat (.9); review expert witness report and CV from plaintiff's expert Howard Levy (1.1); email to Pat McInerney concerning Levy report (.3); outline possible motion to strike Levy Report (.4); outline examination to be used in deposition of expert witness Levy (.7). |
| 1/11/19 | K. Hart | 5.40 | Revise pretrial filings including witness list, exhibit list, trial brief, voir dire, and deposition designations (4.8); revise S. Winkler demonstratives (.6). |
| 1/12/19 | M. Johnson | 6.30 | Further review of Bracco, Winkler and Molloy depositions (4.5); exchange emails with Mr. McIntyre to respond to various questions raised in the course of preparing testimony for witnesses (.6); revise opening and closing statement drafts (1.2). |
| 1/13/19 | M. Johnson | 5.90 | Draft ████████████ (1.5); revise ████████ (.9); conference call with co-counsel to discuss numerouis trial prep issues and tasks (2); review and comments on ████████ (1.5). |
| 1/13/19 | K. Hart | 3.90 | Trial preparation planning conference (2.1); review Plaintiff's witness list, voir dire, and exhibit list (1.8). |

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/14/19 | M. Johnson | 8.00 | Work on Mulligan testimony (1.3); prepare to meet with Mr. Mulligan for witness session (.8); emails concerning plaintiff's complaint about May 19 suspension (.4); review plaintiff's deposition to gather information concerning response on May 19 suspension (.5); work on Bracco and Winkler testimony (2.1); telephone call with witness Lindsay Shively concerning scope of participation in case (.4); telephone call with Mr. McIntyre concerning call with court on discovery dispute (.2); prepare comments on individual discovery responses for use in call with court (.7); participate in conference call with court on discovery dispute (.5); exchange calls and emails with plaintiff's counsel on taking deposition of tax expert witness (.4); review tax expert report and outline questions for use in deposition (1.4); review and comment on draft jury instructions (.6); select documents from plaintiff's exhibit list for proposed stipulations on admissibility and email same to co-counsel for their review (.9). |
| 1/15/19 | M. Johnson | 8.00 | Revise Mulligan testimony draft (.5); meeting with Jeff Mulligan for ▮▮▮▮▮▮▮ (2.5); work on exhibit stipulations (.8); review proposed objections to plaintiff's voir dire (.5); review plaintiff's proposed stipulations of fact and jury instructions (1.2); review Bracco and Winkler depositions (2.1); telephone call with Mr. McIntyre concerning several trial prep matters (.3); work on Winkler demonstrative exhibits (.8). |
| 1/15/19 | K. Hart | 4.50 | Revise reply in support of motion to exclude Dr. Biernat (.3); strategize regarding proposed stipulated exhibits for trial (1.2); revise objections to voir dire (.3); witness preparation for S. Hirschberg (.5); revise draft jury instructions (1.2); review Plaintiff's objections to Defendant's voir dire (.6); review proposed stipulation to uncontroverted facts (.4). |
| 1/16/19 | M. Johnson | 8.00 | Meeting with witness Scott Winkler for trial prep. |
| 1/16/19 | K. Hart | 0.10 | Finalize and file reply in support of motion to exclude Dr. Biernat (.1). |
| 1/17/19 | M. Johnson | 8.00 | Meeting with Sam Hartle (2.0); telephone call with Lindsay Shively (1.0); work on Winkler and Hartle testimony (1.5); review Molloy and Watt depositions (1.3); review proposed filings on voir dire, jury instructions, and stipulated facts (.8); telephone call with Mr. McIntyre to prepare for call with opposing counsel (.5); call to opposing counsel on stipulations (.5); review draft slides and provide comments and suggestions for changes (.6); work on testimony for Jeff Mulligan (.8); revise draft of opening (.6); conference call to discuss stipulations (.6). |

110441996

Cooper Discrimination
#0909004015

February 19, 2019

Matter: 15261691-000001
Invoice No.: 2109146

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/17/19 | K. Hart | 1.00 | Review reply in support of motions in limine (.4); review Plaintiff's motion to reconsider (.2); review order granting motion to exclude Biernat (.4). |
| 1/18/19 | M. Johnson | 8.00 | Meeting with co-counsel to prepare for pretrial conference (1); to court for pretrial conference (2.5); meeting with trial team to discuss witness order, witness press, etc. (3.5); exchange emails with opposing counsel on witness order and availability (.4); work on testimony outlines for several witnesses (3). |
| 1/18/19 | K. Hart | 8.00 | Prepare for and attend pretrial conference (4.9); strategize regarding witness testimony and order (1.2); prepare trial exhibits (.8); strategize regarding witness preparations (1.1). |
| 1/19/19 | M. Johnson | 6.00 | Draft testimony for Brian Bracco, Jessica Eggers, Scott Winkler, and Jeff Mulligan (4.5); work on closing argument (.5); review Chapline deposition (1). |
| 1/20/19 | M. Johnson | 6.90 | Work on Lindsay Shively testimony (2.5); update opening argument and email same to Mr. McIntyre (1); review emails concerning evidence and trial examination (.6); exchange emails with Mr. Bracco concerning Lindsay Shively promotion (.3); Work on Ann Molloy testimony (2.5). |
| 1/21/19 | M. Johnson | 8.00 | Work on trial testimony (2.5); email concerning witnesses and witness order (.5); review Chapline and Watt depositions (2.0); work on Shively testimony (1.5); further review of Molloy deposition (2.0). |
| 1/21/19 | K. Hart | 4.50 | Review deposition transcripts for trial (4.5). |
| 1/22/19 | K. Hart | 8.00 | Review discovery responses (.6); prepare for meeting with S. Hirshberg for trial preparation (1.2); review deposition transcripts for trial (5.0); review interview notes for trial witnesses (1.2). |
| 1/22/19 | M. Johnson | 8.00 | Work on Molloy testimony (2); exchange emails with Ms Molloy (.3); exchange emails with Mr. McIntyre on time allocation proposal (.5); review Molloy deposition (2.5); work on Hartle testimony and Levy deposition outline (2.3); review Molloy file, including her interview notes and document file (1.6). |
| 1/23/19 | M. Johnson | 8.00 | Trial preparation, including draft testimony, review depositions transcripts, and prepare for Levy deposition. |

6

110441996

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/23/19 | K. Hart | 8.00 | Strategize regarding trial exhibits (.5); strategize regarding order and inclusion of trial witnesses (.4); correspondence regarding courtroom technology request (.4); review motion for reconsideration pleadings and court order (.6); prepare for and meet with S. Hirshberg for trial preparation (2.2); trial preparation correspondence and strategy (1.5); coordinate Levy deposition, trial exhibits, and witness preparations (.5); research regarding admissibility of hearsay evidence through exceptions (.4). |
| 1/24/19 | M. Johnson | 8.00 | Trial preparation, including meeting with Jessica Eggers, practice and revise her testimony, reviews emails among team, proposed demonstrative exhibits, revisions to McMaster and plaintiff's testimony, and revise Bracco testimony. |
| 1/24/19 | K. Hart | 8.00 | Strategize regarding potential pocket briefs and initial research for same (1.7); review exhibits for inclusion of specific details in witness examinations (.6); revise deposition notice of H. Levy and correspond with opposing counsel and court reporter regarding same (.4); correspondence and call with S. Winkler regarding information and exhibits (.3); witness preparations (1.8); coordinate trial needs (1.5); review and strategize regarding proposed demonstrative from opposing counsel (.3); strategize regarding cross examinations (.6). |
| 1/25/19 | M. Johnson | 8.00 | Trial Preparation. |
| 1/25/19 | K. Hart | 11.30 | Courtroom preparation visit (2.7); preparation of trial materials (.8); strategize regarding corroboration across witness testimony (.8); review filings for earliest public document regarding Plaintiff's non-filing of tax returns and strategize regarding introducing evidence of same (.5); coordinate and prepare for Levy deposition, amend notice and exhibits (.8); analyze demonstratives for accuracy, confirming against supporting data (.5); trial coordination, preparation, and strategy (4.4); discuss pocket briefing with S. McIntyre (.4); strategize regarding personal information redactions, final exhibits and exchange, and demonstratives with R. Smith (.4). |
| 1/26/19 | M. Johnson | 8.00 | Revise closing argument (.6); Levy Deposition issues (1)); work on testimony (4.5); review and make suggestions concerning opening statement (.5); outline Shively testimony for her first appearance (.7); draft Cooper cross (1.5); review Shively documents (1); telephone call with Ms. Hofmann (.4). |

110441996

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/26/19 | K. Hart | 10.00 | Trial preparation, including detail confirmation, confirmation of corroboration, revise S. Hirshberg outline, coordination of trial exhibits, revision of witness outlines, review opening and closing arguments, strategize regarding slides, revise demonstratives, strategize regarding Shively trial testimony, coordinate Levy deposition. |
| 1/27/19 | M. Johnson | 8.00 | Trial preparation, including meeting with jury consultants, revisions to testimony, telephone call with plaintiff's counsel (several calls), take Howard Levy deposition, review witness and exhibits lists, work with Mr. Nunes on use of Trial Director, work with Mr. Kelly on preparation of trial briefs, and review of Carl Cooper deposition. |
| 1/27/19 | K. Hart | 8.00 | Trial preparation, including detail confirmation, confirmation of corroboration, coordination of trial exhibits, revision of witness outlines, review opening and closing arguments, strategize regarding slides, revise demonstratives, strategize regarding trial testimony. |
| 1/28/19 | K. Hart | 10.00 | Appear at trial, day one. |
| 1/28/19 | M. Johnson | 10.00 | First day of trial. |
| 1/28/19 | K. Hart | 3.00 | Strategize regarding J. McMaster and C. Dubill testimony with their counsel (2.0); strategize regarding S. Hirshberg and D. Jackson testimony with S. McIntyre (0.5); review daily transcript (.5). |
| 1/29/19 | M. Johnson | 10.00 | Second day of trial. |
| 1/29/19 | K. Hart | 5.00 | Strategize regarding and contact with J. Sifford regarding potential testimony (.3); witness preparation with S. Hirshberg (.4); prepare for S. Hirshberg trial testimony, including re-reading deposition and revising outline (1.2); preparations for tomorrow's witnesses (2.0); strategize regarding trial presentation in truncated time with R. Smith (.5); review daily transcript (.6). |
| 1/29/19 | K. Hart | 10.00 | Appear at trial, day two. |
| 1/30/19 | K. Hart | 1.70 | Strategize regarding witness order and testimony (.6); trial preparations for tomorrow and Friday (.7). |
| 1/30/19 | K. Hart | 10.00 | Appear at trial, day three. |
| 1/30/19 | M. Johnson | 10.00 | Third day of trial. |
| 1/31/19 | K. Hart | 10.00 | Appear at trial, day four. |
| 1/31/19 | M. Johnson | 10.00 | Fourth day of trial. |

8

110441996