# EXHIBIT D

# BakerHostetler

Baker&Hostetler LLP

312 Walnut Street
Suite 3200
Cincinnati, OH 45202-4074

T 513.929.3400
F 513.929.0303
www.bakerlaw.com
M. Scott McIntyre
direct dial: 513.852.2622
smcintyre@bakerlaw.com

October 2, 2018

**VIA E-MAIL DEGAN@POPHAMLAW.COM**
**MMEYERS@MEYERSLAW.COM**
**AND REGULAR US MAIL**

Dennis E. Egan
The Popham Law Firm, P.C.
712 Broadway, Suite 100
Kansas City, MO 64105

Martin M. Meyers
The Meyers Law Firm
4435 Main Street, Suite 503
Kansas City, MO 64111

Re: *Lisa Benson Cooper v. E.W Scripps Company and Scripps Media, Inc. d/b/a KSHB TV-41*; In the United States District Court for the Western District of Missouri.

Dear Counsel:

Attached please find Defendant's Offer of Judgment to Plaintiff.

Sincerely,

*M. Scott McIntyre*

M. Scott McIntyre

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| LISA BENSON COOPER, | ) |
| Plaintiff, | ) |
| v. | ) No. 17-00041-CV-W-BP |
| KSHB-TV 41, et al., | ) |
| Defendants. | ) |

## OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

To: Plaintiff Lisa Benson Cooper
c/o Dennis E. Egan
The Popham Law Firm
712 Broadway, Suite 100
Kansas City, Missouri 64105

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant submits this offer of judgment to Plaintiff, requesting that Plaintiff allow judgment in the above-referenced action, against her and in favor of Defendant, in exchange for the gross amount of five hundred thousand dollars (**$500,000.00**) to fully satisfy all relief sought in this action, including, but not limited to, any and all actual damages, attorneys' fees and costs, post-judgment interest, and pre-judgment interest. As such, Plaintiff's acceptance of this offer fully satisfies all relief sought in this action and, therefore, requires a dismissal of all claims pending against Defendant in their entirety. Plaintiff must serve written acceptance of this offer within fourteen (14) days of the date this Offer of Judgment is served.

This offer is made for purposes pursuant to and consistent with Fed. R. Civ. P. 68 only, and neither the offer made herein nor any judgment resulting from the offer may be construed as an admission of liability or unlawful conduct by Defendant.

Dated: October 2, 2018

Respectfully submitted,

/s/ *M. Scott McIntyre*

M. Scott McIntyre (*pro hac vice*)
Baker & Hostetler LLP
312 Walnut Street, Suite 3200
Cincinnati, OH 45202
Telephone: (513) 852-2622
Facsimile: (513) 929-0303
Email: smcintyre@bakerlaw.com

Rachel M. Smith (*pro hac vice*)
Baker & Hostetler LLP
811 Main Street, Suite 1100
Houston, TX 77002-6111
Telephone: (713) 646-1386
Facsimile: (713) 751-1717
Email: rsmith@bakerlaw.com

Mark P. Johnson (MBN 30740)
Dentons US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
Telephone (816) 460-2400
Facsimile (816) 531-7545
Email: mark.johnson@dentons.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that, on October 2nd, 2018, the foregoing FED. R. CIV. P. 68 OFFER OF JUDGMENT was served via U.S. first class mail, postage prepaid, and e-mail upon Plaintiff's attorneys of record, addressed:

Dennis E. Egan
The Popham Law Firm
712 Broadway, Suite 100
Kansas City, Missouri 64105
degan@pophamlaw.com

Martin M. Meyers
The Meyers Law Firm, LC
503 One Main Plaza
4435 Main Street
Kansas City, MO 64111

/s/ M. Scott McIntyre
_____
*Attorney for Defendant*

3