IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LISA BENSON COOPER,      )  | |
|     Plaintiff,       ) | |
| v.                           ) | No. 17-00041-CV-W-BP |
|                              ) | |
| KSCRIPPS MEDIA, INC.,    ) | |
|     Defendant.          ) | |

## AMENDED JUDGMENT IN A CIVIL CASE

\_\_\_X\_\_\_    **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

\_\_\_\_X\_\_\_    **Decision by Court.**  This action has come before the Court as a briefed matter and a decision has been rendered.

ORDER AND JURY VERDICT ON 2/11/2019:

Summary Judgment granted to Defendant on April 2, 2018, with respect to (1) claims of hostile work environment and (2) claims arising before limitation period.  (Doc. 115)

All claims of discrimination based on events in September 2016, August 2017, and February 2018 dismissed by Order dated September 26, 2018, (Doc. 215).

All claims under the Missouri Human Rights Act withdrawn by Plaintiff on the ninth day of trial.

Judgment in favor of Defendant on Plaintiff's claims of discriminatory denial of promotions, pursuant to jury's verdict as reflected on Verdict Forms A and B.

Judgment in favor of Plaintiff on Plaintiff's claim of retaliatory suspension.  Pursuant to jury's verdict as reflected on Verdict Form C, Plaintiff awarded $1,000 in actual damages and $50,000 in punitive damages.

Judgment in favor of Plaintiff on Plaintiff's claim of retaliatory nonrenewal of contract.  Pursuant to jury's verdict as reflected on Verdict Form D, Plaintiff awarded $25,000 in actual damages and $125,000 in punitive damages.

ORDER DATED 6-26-19:

Defendant's Motion for Attorney's Fees and Costs is **DENIED**. Plaintiff's motion for equitable relief, fees and costs is **GRANTED IN PART** as follows:
1. Plaintiff is awarded an additional $110,000, representing front pay in lieu of reinstatement.
2. Defendant is **ORDERED** to include a copy of the completed Verdict Forms C and D in Plaintiff's employment file.
3. Plaintiff is awarded attorney's fees in the amount of $691,659.55 and costs and expenses in the amount of $31,047.70.

Dated : 6/26/2019

/s/Paige Wymore-Wynn
Clerk of Court

/s/ K. McIlvain
Deputy Clerk