**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| LISA BENSON COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 17-00041-CV-W-BP |
| | ) | |
| SCRIPPS MEDIA, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**SATISFACTION OF JUDGMENT**

Plaintiff Lisa Benson Cooper, through her attorneys of record, acknowledges satisfaction in full of the Amended Judgment entered of record in this case.

There will be no appeal or cross-appeal by any party, and this case can be closed.

Respectfully submitted,

**THE POPHAM LAW FIRM**
By:/s/ Dennis E. Egan
DENNIS E. EGAN - MO #27449
712 Broadway, Suite 100
Kansas City, MO 64105
Telephone: (816) 221-2288
Telecopier: (816) 221-3999
degan@pophamlaw.com

**THE MEYERS LAW FIRM, LC**
Martin M. Meyers – MO #29524
503 One Main Plaza
4435 Main St.
Kansas City, MO 64111
Telephone: (816) 444-8500
Telecopier: (816) 444-8508
mmeyers@meyerslaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify the foregoing was served this 19th day of August, 2019 by sending via email to the following counsel:

DENTONS US LLP
Mark P. Johnson, MBN 30740
Kate E. Hart, MBN 61601
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
Ph. : (816) 460-2400
Fax : (816) 531-7545
Email: mark.johnson@dentons.com
kate.hart@dentons.com

BAKER & HOSTETLER LLP
M. Scott McIntyre (*pro hac vice*)
312 Walnut Street, Suite 3200
Cincinnati, OH 45202-4074
Ph.: (513) 929-3400
Fax: (513) 929-0303
Email : smcintyre@bakerlaw.com

**KSHB-TV AND SCRIPPS MEDIA, INC.**
**ATTORNEYS FOR DEFENDANTS**

/s/ Dennis E. Egan
Attorney for Plaintiff